IN UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF NEW MEXICO

JOLENE K. YOUNGERS,
AS PERSONAL REPRESENTATIVE OF THE
WRONGFUL DEATH ESATE OF ROXANA
HERNANDEZ,

      Plaintiff,

v.                                  1:20-cv-00465-SCY-JHR

MANAGEMENT & TRAINING CORPORATION,
LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC.,

      Defendants.

## ANSWER OF GLOBAL PRECISION SYSTEMS, LLC
## TO FIRST AMENDED COMPLAINT

DEFENDANT, Global Precision Systems, LLC, through its counsel of record, Madison, Mroz, Steinman, Kenny and Olexy, P.A., (Gregory D. Steinman and Celina C. Hoffman) answers Plaintiff's First Amended Complaint as follows:

1.     This Defendant denies the allegations of Paragraph 1, insofar as they are directed to this Defendant. Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

2.     This Defendant denies the allegations of Paragraph 2, insofar as they are directed to this Defendant. Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

3. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 3.

4. This Defendant denies the allegations of Paragraph 4, insofar as they are directed to this Defendant. Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

5. This Defendant denies the allegations of Paragraph 5, insofar as they are directed to this Defendant. Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

6. This Defendant denies the allegations of Paragraph 6, insofar as they are directed to this Defendant. Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

7. This Defendant denies the allegations of Paragraph 7, insofar as they are directed to this Defendant. Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

8. This Defendant denies the allegations of Paragraph 8, insofar as they are directed to this Defendant. Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

9. This Defendant denies the allegations of Paragraph 9, insofar as they are directed to this Defendant. Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

10. This Defendant denies the allegations of Paragraph 10, insofar as they are directed to this Defendant. Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

11.    This Defendant denies the allegations of Paragraph 11, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

12.    This Defendant denies the allegations of Paragraph 12, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

13.    This Defendant denies the allegations of Paragraph 13, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

14.    This Defendant denies the allegations of Paragraph 14, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

15.    In answer to Paragraph 15, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

16.    In answer to Paragraph 16, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

17.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 17.

18.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 18.

19. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 19.

20. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 20.

21. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 21.

22. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 22.

23. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 23.

24. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 24.

25. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 25.

26. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 26.

27. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 27.

28. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 28.

29. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 29.

30.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 30.

31.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 31.

32.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 32.

33.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 33.

34.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 34.

35.     This Defendant admits the allegations of Paragraph 35.

36.     This Defendant admits the allegations of Paragraph 36.  This Defendant further answers that it subcontracted transportation services to Asset Protection & Security Services, L.P.

37.     In answer to Paragraph 37, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant denies the allegations.

38.     This Defendant admits the allegations of Paragraph 38.

39.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 39.

40.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 40.

41.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 41.

42.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 42.

43.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 43.

44.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 44.

45.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 45.

46.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 46.

47.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 47.

48.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 48.

49.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 49.

50.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 50.

51.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 51.

52.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 52.

53.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 53.

54.     In answer to Paragraph 54, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

55.     In answer to Paragraph 55, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

56.     In answer to Paragraph 56, this Defendant admits its subcontractor, Asset Protection & Security Services, L.P., transported the decedent from El Paso to Albuquerque. Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

57.     In answer to Paragraph 57, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

58.     In answer to Paragraph 58, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

59.     In answer to Paragraph 59, this Defendant admits its subcontractor, Asset Protection & Security Services, L.P., transported the decedent from El Paso to Albuquerque. Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

60.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 60.

61. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 61.

62. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 62.

63. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 63.

64. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 64.

65. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 65.

66. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 66.

67. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 67.

68. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 68.

69. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 69.

70. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 70.

71. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 71.

72.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 72.

73.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 73.

74.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 74.

75.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 75.

76.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 76.

77.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 77.

78.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 78.

79.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 79.

80.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 80.

81.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 81.

82.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 82.

83.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 83.

84.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 84.

85.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 85.

86.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 86.

87.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 87.

88.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 88.

89.     In answer to Paragraph 89, this Defendant states that the flight arrived at approximately 1:45pm and the passengers arrived at approximately 3:45p.m.  Otherwise, this Defendant admits the allegations.

90.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 90.

91.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 91.

92.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 92.

93.    In answer to Paragraph 93, this Defendant admits that at approximately 9:30am on May 16, its subcontractor its subcontractor, Asset Protection & Security Services, L.P., transported Roxsanna and other detainees from El Paso to Albuquerque.

94.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 94.

95.    This Defendant denies the allegations of Paragraph 95.

96.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 96

97.    In answer to Paragraph 97, this Defendant answers that the allegations are too vague and general to require a specific response.  To the extent a response is required, this Defendant denies the allegations.

98.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 98.

99.    This Defendant denies the allegations of Paragraph 99, upon its present information and belief.

100.    This Defendant denies the allegations of Paragraph 100, upon its present information and belief.

101.    This Defendant denies the allegations of Paragraph 101, upon its present information and belief.

102.    This Defendant denies the allegations of Paragraph 102, upon its present information and belief.

103.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 103.

104.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 104.

105.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 105.

106.    This Defendant denies the allegations of Paragraph 106, upon its present information and belief.

107.    This Defendant denies the allegations of Paragraph 107, upon its present information and belief.

108.    This Defendant admits the allegations of Paragraph 108, upon its present information and belief.

109.    This Defendant denies the allegations of Paragraph 109.

110.    This Defendant denies the allegations of Paragraph 110.

111.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 111.

112.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 112.

113.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 113.

114.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 114.

115.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 115.

116.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 116.

117.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 117.

118.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 118.

119.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 119.

120.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 120.

121.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 121.

122.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 122.

123.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 123.

124.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 124.

125.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 125.

126.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 126.

127.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 127.

128.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 128.

129.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 129.

130.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 130.

131.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 131.

132.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 132.

133.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 133.

134.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 134.

135.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 135.

136.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 136.

137.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 137.

138. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 138.

139. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 139.

140. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 140.

141. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 141.

142. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 142.

143. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 143.

144. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 144.

145. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 145.

146. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 146.

147. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 147.

148. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 148.

149.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 149.

150.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 150.

151.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 151.

152.    In answer to Paragraph 152, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

153.    In answer to Paragraph 153, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

154.    In answer to Paragraph 154, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

155.    In answer to Paragraph 155, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

156.    In answer to Paragraph 156, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

157.    In answer to Paragraph 157, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

158.    In answer to Paragraph 158, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

159.    In answer to Paragraph 159, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

160.    In answer to Paragraph 160, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

161.    In answer to Paragraph 161, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

162.    In answer to Paragraph 162, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

163.    In answer to Paragraph 163, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

164. In answer to Paragraph 164, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required. To the extent an answer is required, this Defendant denies the allegations.

165. This Defendant denies the allegations of Paragraph 165, insofar as they are directed to this Defendant. Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

166. This Defendant denies the allegations of Paragraph 166, insofar as they are directed to this Defendant. Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

167. In answer to Paragraph 167, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required. To the extent an answer is required, this Defendant denies the allegations.

168. In answer to Paragraph 168, this Defendant incorporates by reference its answers to Paragraphs 1 through 167.

169. In answer to Paragraph 169, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required. To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

170. In answer to Paragraph 170, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required. To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

171. In answer to Paragraph 171, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required. To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

172.    In answer to Paragraph 172, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

173.    In answer to Paragraph 173, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

174.    In answer to Paragraph 174, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

175.    In answer to Paragraph 175, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

176.    In answer to Paragraph 176, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

177.    In answer to Paragraph 177, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

178.    In answer to Paragraph 178, this Defendant answers that the allegations are too vague and general to require a specific response.  To the extent a response is required, this Defendant denies the allegations.

179.    This Defendant admits the allegations of Paragraph 179, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

180.    This Defendant denies the allegations of Paragraph 180, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

181.    This Defendant denies the allegations of Paragraph 181, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

182.    This Defendant denies the allegations of Paragraph 182, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

183.    This Defendant denies the allegations of Paragraph 183, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

184.    This Defendant denies the allegations of Paragraph 184, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

185.    This Defendant denies the allegations of Paragraph 185, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

186.    This Defendant denies the allegations of Paragraph 186, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

187.    In answer to Paragraph 187, this Defendant incorporates by reference its answers top Paragraphs 1 through 186.

188.    In answer to Paragraph 188, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant denies the allegations.

189.    In answer to Paragraph 189, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant denies the allegations.

190.    In answer to Paragraph 190, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant denies the allegations.

191.    In answer to Paragraph 191, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant denies the allegations.

192.    In answer to Paragraph 192, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant denies the allegations.

193.    In answer to Paragraph 193, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant denies the allegations.

194.    In answer to Paragraph 194, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant denies the allegations.

195.    In answer to Paragraph 195, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant denies the allegations.

196.    In answer to Paragraph 196, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

197.    In answer to Paragraph 197, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

198.    In answer to Paragraph 198, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant denies the allegations.

199.    In answer to Paragraph 199, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

200.    In answer to Paragraph 200, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

201.    This Defendant denies the allegations of Paragraph 201, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

202.    In answer to Paragraph 202, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

203.    This Defendant denies the allegations of Paragraph 203, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

204.    In answer to Paragraph 204, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

205.    In answer to Paragraph 205, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

206.    In answer to Paragraph 206, this Defendant answers that the allegations are too vague and general to require a specific response.  To the extent a response is required, this Defendant denies the allegations.

207.    This Defendant denies the allegations of Paragraph 207, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

208.    This Defendant denies the allegations of Paragraph 208, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

209.    This Defendant denies the allegations of Paragraph 209, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

210.    This Defendant denies the allegations of Paragraph 210, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

211.    In answer to Paragraph 211, this Defendant incorporates by reference its answers top Paragraphs 1 through 210.

212.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 212.

213.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 213.

214.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 214.

215.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 215.

216.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 216.

217.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 217.

218.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 218.

219.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 219.

220.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 220.

221.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 221.

222.    In answer to Paragraph 222, this Defendant incorporates by reference its answers top Paragraphs 1 through 221.

223.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 223.

224.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 224.

225.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 225.

226.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 226.

227.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 227.

228.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 228.

229.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 229.

230.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 230.

231.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 231.

232.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 232.

233.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 233.

234.    In answer to Paragraph 234, this Defendant incorporates by reference its answers top Paragraphs 1 through 233.

235.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 235.

236.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 236.

237.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 237.

238.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 238.

239.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 239.

240. In answer to Paragraph 240, this Defendant incorporates by reference its answers top Paragraphs 1 through 239.

241. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 241.

242. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 242.

243. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 243.

244. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 244.

245. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 245.

246. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 246.

247. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 247.

248. In answer to Paragraph 248, this Defendant incorporates by reference its answers to Paragraphs 1 through 247.

249. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 249.

250. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 250.

251.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 251.

252.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 252.

253.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 253.

254.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 254.

255.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 255.

256.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 256.

257.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 257.

258.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 258.

259.    In answer to Paragraph 259, this Defendant incorporates by reference its answers to Paragraphs 1 through 258.

260.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 260.

261.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 261.

262.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 262.

263.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 263.

264.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 264.

265.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 265.

266.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 266.

267.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 267.

268.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 268.

269.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 269.

270.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 270.

271.    In answer to Paragraph 271, this Defendant incorporates by reference its answers to Paragraphs 1 through 270.

272.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 272.

273.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 273.

274.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 274.

275.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 275.

276.    In answer to Paragraph 276, this Defendant incorporates by reference its answers to Paragraphs 1 through 275.

277.    In answer to Paragraph 277, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant denies the allegations.

278.    In answer to Paragraph 278, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant denies the allegations.

279.    This Defendant denies the allegations of Paragraph 279.

280.    This Defendant denies the allegations of Paragraph 280.

281.    This Defendant denies the allegations of Paragraph 281.

282.    This Defendant denies the allegations of Paragraph 282.

283.    This Defendant denies the allegations of Paragraph 283.

284.    This Defendant denies the allegations of Paragraph 284.

285.    This Defendant denies the allegations of Paragraph 285.

286.    In answer to Paragraph 286, this Defendant incorporates by reference its answers to Paragraphs 1 through 285.

287.   This Defendant denies the allegations of Paragraph 287.

288.   This Defendant denies the allegations of Paragraph 288.

289.   This Defendant denies the allegations of Paragraph 289.

290.   This Defendant denies the allegations of Paragraph 290.

291.   This Defendant denies the allegations of Paragraph 291.

292.   This Defendant denies the allegations of Paragraph 292.

293.   This Defendant denies the allegations of Paragraph 293.

294.   This Defendant denies the allegations of Paragraph 294.

295.   This Defendant denies the allegations of Paragraph 295.

296.   This Defendant denies the allegations of Paragraph 296.

297.   This Defendant denies the allegations of Paragraph 297.

298.   This Defendant denies the allegations of Paragraph 298.

299.   This Defendant denies the allegations of Paragraph 299.

300.   This Defendant denies the allegations of Paragraph 300.

301.   This Defendant denies the allegations of Paragraph 301.

302.   This Defendant denies the allegations of Paragraph 302.

303.   In answer to Paragraph 303, this Defendant incorporates by reference its answers to Paragraphs 1 through 302.

304.   This Defendant denies the allegations of Paragraph 304.

305.   This Defendant denies the allegations of Paragraph 305.

306.   This Defendant denies the allegations of Paragraph 306.

307.   This Defendant denies the allegations of Paragraph 307.

308.   This Defendant denies the allegations of Paragraph 308.

309.    This Defendant denies the allegations of Paragraph 309.

310.    This Defendant denies the allegations of Paragraph 310.

311.    This Defendant denies the allegations of Paragraph 311.

312.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 312.

313.    In answer to Paragraph 313, this Defendant incorporates by reference its answers to Paragraphs 1 through 312.

314.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 314.

315.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 315.

316.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 316.

317.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 317.

318.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 318.

319.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 319.

320.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 320.

321.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 321.

322.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 322.

323.    In answer to Paragraph 323, this Defendant incorporates by reference its answers to Paragraphs 1 through 322.

324.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 324.

325.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 325.

326.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 326.

327.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 327.

328.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 328.

329.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 329.

330.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 330.

331.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 331.

332.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 332.

333. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 333.

334. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 334.

335. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 335.

336. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 336.

337. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 337.

338. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 338.

339. In answer to Paragraph 339, this Defendant incorporates by reference its answers top Paragraphs 1 through 338.

340. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 340.

341. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 341.

342. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 342.

343. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 343.

344.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 344.

345.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 345.

346.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 346.

347.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 347.

348.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 348.

349.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 349.

350.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 350.

351.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 351.

352.    In answer to Paragraph 352, this Defendant incorporates by reference its answers to Paragraphs 1 through 351.

353.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 353.

354.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 354.

355.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 355.

356.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 356.

357.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 357.

358.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 358.

359.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 359.

360.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 360.

361.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 361.

362.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 362.

363.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 363.

364.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 364.

365.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 365.

366. In answer to Paragraph 366, this Defendant incorporates by reference its answers to Paragraphs 1 through 365.

367. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 367.

368. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 368.

369. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 369.

370. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 370.

371. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 371.

372. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 372.

**<u>OTHER/AFFIRMATIVE DEFENSES</u>**

1. Plaintiff's complaint, in whole or part, fails to state a claim upon which relief may be granted against this Defendant.

2. This Defendant preserves its defense that Plaintiff's decedent was comparatively or otherwise at fault for any injury or damages.

3. This Defendant preserves its defense that one or more of its co-defendants was comparatively or otherwise at fault for any injury or damages.

4. This Defendant preserves its defense that one or more persons or entities who are not parties to this litigation were comparatively or otherwise at fault for any injury or damages.

5.      This Defendant preserves its defense that Plaintiff or her decedent failed to mitigate their damages.

6.      This Defendant preserves all immunity defenses available to it under the laws of the United States of America, State of New Mexico, State of Texas or any other state.

7.      This Defendant preserves its defense that any punitive damages awarded against it are subject to the limitations of the Constitutions of the United States of America, State of Texas, State of New Mexico or any other state.

8.      This Defendant preserves its defense that Plaintiff lacks standing to bring some or all of the claims asserted against this Defendant.

9.      This Defendant reserves its right to plead other and additional affirmative defenses that may come to light during the course of discovery in this case.

WHEREFORE, this Defendant respectfully requests that Plaintiff take nothing on her Complaint, that the Complaint be dismissed with prejudice, that judgment be entered in favor of this Defendant, that this Defendant be awarded its costs and attorneys' fees incurred in defending this matter and that this Defendant be awarded such other and further relief as the Court deems just and proper.

Respectfully submitted,

Madison, Mroz, Steinman,
Kenny & Olexy, P.A.

By: */s/ Gregory D. Steinman*
        Gregory D. Steinman
        Celina C. Hoffman
        P.O. Box 25467
        Albuquerque, NM 87125-5467
        (505) 242-2177
        gds@madisonlaw.com

cch@madisonlaw.com
*Attorneys for Defendant*
*Global Precision Systems, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of October, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the notice of electronic filing.

Daniel Yohalem
Attorney at Law
1121 Paseo de Peralta
Sana Fe, NM 87501
(505) 983-9433
dyohalem@aol.com
*Attorney for Plaintiff*

Katherine Murray
Attorney at Law
P.O. Box 5266
Santa Fe, NM 87502
(505) 670-3943
kemurraylaw@gmail.com
*Attorney for Plaintiff*

Dale Melchert *Pro Hac Vice*
Lynly Egyes *Pro Hac Vice*
Transgender Law Center
P.O. Box 70976
Oakland, CA 94612
(510) 380-8229
dale@transgenderlawcenter.org
lynly@transgenderlawcenter.org
*Attorney for Plaintiff*

R. Andrew Free *Pro Hac Vice*
The Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
(844) 321-3221
andrew@immigrantcivilrights.com
*Attorney for Plaintiff*

Kimberly A. Evans *Pro Hac Vice*
*Forthcoming*
Irene Lax *Pro Hac Vice Forthcoming*
Grant & Eisenhofer P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
(302) 622-7086
levams@gelaw.com
ilax@gelaw.com
*Attorney for Plaintiff*

Adam D. Rafkin
Adam D. Rafkin, P.C.
P.O. Box 1912
Ruidoso, NM 88355
(575) 257-0129
adr@rafkinlaw.com
*Attorney for Defendant*
*LaSalle Corrections Transport LLC,*
*LaSalle Corrections West LLC, and*
*LaSalle Management Company, LLC*

*/s/ Gregory D. Steinman*
Madison, Mroz, Steinman, Kenny & Olexy, P.A.