**IN UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF NEW MEXICO**

JOLENE K. YOUNGERS,
AS PERSONAL REPRESENTATIVE OF THE
WRONGFULD DEATH ESTATE OF ROXSANA
HERNANDEZ,

  **Plaintiff,**

v.          **1:20-cv-00465 JAP-JHR**

MANAGEMENT & TRAINING CORPORATION,
LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORRECTIVE, INC,

  **Defendants.**

### MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT

DEFENDANT, Global Precision Systems, LLC, ("GPS") though its counsel of record, Madison, Mroz, Steinman, Kenny & Olexy, P.A. (Gregory D. Steinman) hereby moves the Court for leave to file a Third-Party Complaint against Asset Protection & Security Services, L.P. As grounds for this Motion, GPS states:

1. GPS subcontracted with Asset Protection to transport Roxsana Hernandez from El Paso to Albuquerque.

2. Plaintiff alleges to have been mistreated during that transportation, which was conducted by employees of Asset Protection.

3. GPS desires to bring a Third-Party Complaint against Asset Protection, which may be liable to GPS for all or part of the claims against GPS. Fed.R.Civ.P. 14(a).

4.      Judicial economy will best be served by allowing GPS to file its Third-Party Complaint in this Action.

5.      This Motion is not opposed.

WHEREFORE, GPS respectfully requests the Court to grant it leave to file the Third-Party Complaint attached hereto.

Respectfully submitted,

Madison, Mroz, Steinman,
Kenny & Olexy, P.A.

By: */s/ Gregory D. Steinman*
        Gregory D. Steinman
        P.O. Box 25467
        Albuquerque, NM 87125-5467
        (505) 242-2177
        gds@madisonlaw.com
        *Attorneys for Defendant*
        *Global Precision Systems, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of April, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the notice of electronic filing.

Debra J. Moulton dmoulton@kmwpc.com, assistant@kmwpc.com, sesg@kmwpc.com

Adam D. Rafkin rr@rafkinlaw.com, adr@rafkinlaw.com, legal2@rafkinlaw.com

Deborah D. Wells ddwells@kmwpc.com

Daniel Yohalem Daniel.yohalem@gmail.com

Daniel P. Struck dstruck@strucklove.com, arowley@strucklove.com, swolford@strucklove.com

2

Christina Muscarella Gooch tmg@sutinfirm.com, crf@sutinfirm.com, ljw@sutinfirm.com. pva@sutinfirm.com

Jacob B. Lee JLee@strucklove.com, YTepper@strucklove.com

R. Andrew Free andrew@immigrantcivilrightrs.com

Dale Melchert dale@transgenderlawcenter.org

Lynly Egyes lynly@transgenderlawcenter.org

Alison Kitchel Goodwin AKG@sutinfirm.com

Kimberly A. Evans kevans@gelaw.com

Irene R. Lax  ilax@gelaw.com


*/s/ Gregory D. Steinman*
Madison, Mroz, Steinman, Kenny & Olexy, P.A.