**IN UNITED STATES DISTRIC COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JOLENE K. YOUNGERS,
AS PERSONAL REPRESENTATIVE OF THE
WRONGFULD DEATH ESTATE OF ROXSANA
HERNANDEZ,

      Plaintiff,

v.                                                                    1:20-cv-00465 JAP-JHR

MANAGEMENT & TRAINING CORPORATION,
LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORRECTIVE, INC,

      Defendants.


**ORDER GRANTING MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT**

THIS MATTER came before the Court upon the unopposed Motion of Global Precision

Systems, LLC, to bring a Third-Party Complaint against Asset Protection & Security Services,

L.P.  The Court finds the Motion unopposed and well-taken and grants the Motion.

WHEREFORE the Court orders that Global Precision Systems, LLC, is granted leave to

file the Third-Party Complaint attached to its Motion.


                                      _____
                                      JERRY H. RITTER
                                      UNITED STATES MAGISTRATE JUDGE

Submitted by,


*/s/ Gregory D. Steinman*
Gregory D. Steinman
Madison, Mroz, Steinman, Kenny & Olexy, P.A.
P.O. Box 25467
Albuquerque, NM 87125-5467
(505) 242-2177
gds@madisonlaw.com
*Attorneys for Global Precision Systems, LLC*


Approved by,

*No position taken via email 03/02/21*
Daniel Yohalem
Attorney at Law
1121 Paseo de Peralta
Sana Fe, NM 87501
(505) 983-9433
dyohalem@aol.com
*Attorney for Plaintiff*

Dale Melchert *Pro Hac Vice*
Lynly Egyes *Pro Hac Vice*
Transgender Law Center
P.O. Box 70976
Oakland, CA 94612
(510) 380-8229
dale@transgenderlawcenter.org
lynly@transgenderlawcenter.org
*Attorney for Plaintiff*

Kimberly A. Evans *Pro Hac Vice*
*Forthcoming*
Irene Lax *Pro Hac Vice Forthcoming*
Grant & Eisenhofer P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
(302) 622-7086
levams@gelaw.com
ilax@gelaw.com
*Attorney for Plaintiff*

*Does not oppose via email 03/02/21*
Daniel P. Struck
Jacob B. Lee
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
(480) 420-1600
dstruck@strucklove.com
jlee@strucklove.com
*Attorneys for Defendants TransCor America, LLC and CoreCivic, Inc.*

*Does not oppose via email 03/02/21*
Christina Muscarella Gooch
Alison K. Goodwin

Katherine Murray
Attorney at Law
P.O. Box 5266
Santa Fe, NM 87502
(505) 670-3943
kemurraylaw@gmail.com
*Attorney for Plaintiff*

R. Andrew Free *Pro Hac Vice*
The Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
(844) 321-3221
andrew@immigrantcivilrights.com
*Attorney for Plaintiff*

*Approved via Email on 03/02/21*
Adam D. Rafkin
Adam D. Rafkin, P.C.
P.O. Box 1912
Ruidoso, NM 88355
(575) 257-0129
adr@rafkinlaw.com
*Attorney for Defendant*
*LaSalle Corrections Transport LLC,*
*LaSalle Corrections West LLC, and*
*LaSalle Management Company, LLC*

Deborah D. Wells
Debra J. Moulton
Kennedy, Moulton & Wells, P.C.
2201 San Pedro NE, Bldg 3, Suite 200
Albuquerque, NM 87110
(505) 884-7887
dwells@kmwpc.com
dmoulton@kmwpc.com
*Attorneys for Defendants TransCor America, LLC and Core Civic Inc.*

Sutin, Thayer & Browne, P.C.
PO Box 1945
Albuquerque, NM 87103
(505) 883-2500
tmg@sutinfirm.com
akg@sutinfirm.com
*Attorneys for Defendant Management &*
*Training Corporation*