# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**Joleen K. Youngers**, as the Personal
Representative of the Wrongful Death
Estate of Roxsana Hernandez,

        Plaintiff,

vs.

**Management & Training Corporation,
LaSalle Corrections Transport LLC,
LaSalle Corrections West LLC,
LaSalle Management Company LLC,
Global Precision Systems LLC,
TransCor America LLC,
CoreCivic, Inc.,**

        Defendants.

NO. 20-cv-00465-SCY-JHR

## DEFENDANTS TRANSCOR'S AND CORECIVIC'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT (DOC. 9)

Defendants TransCor America, LLC ("TransCor") and CoreCivic, Inc. ("CoreCivic"), through counsel, as and for their Amended Answer to Plaintiff's First Amended Complaint ("FAC") (collectively, "Defendants"),[1] deny each allegation and each claim for relief contained in Plaintiff's FAC which is not expressly admitted or otherwise pled to.  Defendants admit, deny, and allege as follows:

---

[1] The Court granted in part and denied in part TransCor's and CoreCivic's Motion to Dismiss, dismissing with prejudice Counts One, Two, and Sixteen, and Count Fourteen with respect to the negligent hiring and retention claim. (Doc. 58.) The Court allowed Count Fourteen to proceed against TransCor as to the negligent training and supervision claim. (Id.)

3860486

1

## INTRODUCTION

1. In answering Paragraph 1 of Plaintiff's FAC, Defendants are without sufficient knowledge or information to form a belief as to the reason Roxsana Hernandez ("Hernandez") was in the United States, and on that basis denies the allegation. Defendants deny all remaining allegations in Paragraph 1, and specifically deny all allegations of wrongdoing.

2. In answering Paragraph 2 of Plaintiff's FAC, Defendants deny the allegations.

3. In answering Paragraph 3 of Plaintiff's FAC, Defendants admit only that employees of TransCor and CoreCivic were acting within the scope of their employment during the time Hernandez was in their respective physical custody. By so admitting, Defendants do not admit the sufficiency or validity of the claims asserted in the FAC, both of which are specifically denied. Defendants are without sufficient knowledge or information to form a belief as to the remaining allegations in Paragraph 3, and on that basis deny them.

4. In answering Paragraph 4 of Plaintiff's FAC, Defendants deny the allegations.

5. In answering Paragraph 5 of Plaintiff's FAC, Defendants admit only that Hernandez weighed 89 pounds when she arrived at CoreCivic's Cibola County Correctional Center ("CCCC"). Defendants deny all remaining allegations.

6. In answering Paragraph 6 of Plaintiff's FAC, Defendants deny the allegations.

7. In answering Paragraph 7 of Plaintiff's FAC, Defendants deny the allegations.

3860486

2

8.     In answering Paragraph 8 of Plaintiff's FAC, Defendants deny the allegations.

9.     In answering Paragraph 9 of Plaintiff's FAC, Defendants deny the allegations.

10.     In answering Paragraph 10 of Plaintiff's FAC Defendants deny the allegations.

11.     In answering Paragraph 11 of Plaintiff's FAC, Defendants deny the allegations, and affirmatively allege that TransCor transported Hernandez to CCCC, where she was evaluated by medical staff and transported to a local hospital less than 12 hours later. Defendants further affirmatively allege that, as private government contractors, they had no involvement in determining whether and where to transport and/or house Hernandez.

12.     In answering Paragraph 12 of Plaintiff's FAC, Defendants deny the allegations.

13.     In answering Paragraph 13 of Plaintiff's FAC, Defendants deny the allegations.

14.     In answering Paragraph 14 of Plaintiff's FAC, Defendants deny the allegations.

<strong><u>JURISDICTION AND VENUE</u></strong>

15.     In answering Paragraph 15 of Plaintiff's FAC, Defendants admit only that this Court has subject-matter jurisdiction based on the claims alleged and the diversity of the parties. By so admitting, Defendants do not admit the sufficiency or validity of the claims asserted in the FAC, both of which are specifically denied.

16.     In answering Paragraph 16 of Plaintiff's FAC, Defendants admit only that this Court is a proper venue for resolution of Plaintiff's claims. By so admitting,

3860486

Defendants do not admit the sufficiency or validity of the claims asserted in the FAC, both of which are specifically denied.

## PARTIES

17.    The allegations in Paragraph 17 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

18.    The allegations in Paragraph 18 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

19.    The allegations in Paragraph 19 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

20.    The allegations in Paragraph 20 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

21.    The allegations in Paragraph 21 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

22.    The allegations in Paragraph 22 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response

3860486

4

is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

23. The allegations in Paragraph 23 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

24. The allegations in Paragraph 24 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

25. The allegations in Paragraph 25 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

26. The allegations in Paragraph 26 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

27. The allegations in Paragraph 27 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

28. The allegations in Paragraph 28 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief

as to the allegations, and on that basis deny them.

29.    The allegations in Paragraph 29 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

30.    The allegations in Paragraph 30 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

31.    The allegations in Paragraph 31 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

32.    The allegations in Paragraph 32 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

33.    The allegations in Paragraph 33 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

34.    The allegations in Paragraph 34 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3860486

35.    The allegations in Paragraph 35 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

36.    The allegations in Paragraph 36 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

37.    The allegations in Paragraph 37 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

38.    The allegations in Paragraph 38 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

39.    In answering Paragraph 39 of Plaintiff's FAC, Defendants admit the allegations.

40.    In answering Paragraph 40 of Plaintiff's FAC, Defendants admit and affirmatively allege that TransCor contracted with CoreCivic to perform transportation services for CoreCivic at CCCC, which CoreCivic owned and operated pursuant to its detention services agreement with ICE to house immigration detainees at CCCC at all times relevant to the FAC. Defendants deny all remaining allegations.

41.    In answering Paragraph 41 of Plaintiff's FAC, Defendants admit only that TransCor had physical custody over Hernandez on May 16, 2018 while it transported her

3860486

7

from Albuquerque to CCCC. Defendants deny all remaining allegations and affirmatively allege that TransCor is an inmate and detainee transportation company, and does not provide regular medical services to the inmates and detainees it transports. Defendants further affirmatively allege that TransCor transported Hernandez to CCCC, where she was evaluated by medical staff and transported to a local hospital less than 12 hours later.

42.     In answering Paragraph 42 of Plaintiff's FAC, Defendants admit only that TransCor received compensation for services it provided pursuant to its inmate and detainee transportation agreement with CoreCivic. Defendants deny all remaining allegations.

43.     In answering Paragraph 43 of Plaintiff's FAC, Defendants admit the allegations.

44.     In answering Paragraph 44 of Plaintiff's FAC, Defendants admit and affirmatively allege that CoreCivic owned and operated CCCC, and had a detention services agreement with ICE to house immigration detainees at CCCC, at all times relevant to the FAC. Defendants deny all remaining allegations.

45.     In answering Paragraph 45 of Plaintiff's FAC, CoreCivic admits only that it had physical custody over Hernandez from approximately 8:43 p.m. on May 16, 2018 to May 25, 2018. Defendants affirmatively allege that CoreCivic did not provide medical services at CCCC at the times at issue in the FAC. Defendants deny all remaining allegations.

46.     In answering Paragraph 46 of Plaintiff's FAC, Defendants admit only that CoreCivic received compensation for services it provided pursuant to its detention services agreement with ICE. Defendants deny all remaining allegations.

/ / /

/ / /

3860486

8

## FACTS

47.     The allegations in Paragraph 47 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

48.     The allegations in Paragraph 48 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

49.     The allegations in Paragraph 49 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

50.     The allegations in Paragraph 50 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

51.     The allegations in Paragraph 51 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

52.     The allegations in Paragraph 52 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3860486

53.     The allegations in Paragraph 53 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

54.     The allegations in Paragraph 54 of Plaintiff's FAC call for a legal conclusion and are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

55.     The allegations in Paragraph 55 of Plaintiff's FAC call for a legal conclusion and are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

56.     In answering Paragraph 56 of Plaintiff's FAC, Defendants admit only that TransCor transported Hernandez and other detainees from Albuquerque to CCCC on May 16, 2018. Defendants are without sufficient knowledge or information to form a belief as to the remaining allegations, and on that basis deny them.

57.     The allegations in Paragraph 57 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

58.     The allegations in Paragraph 58 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief

3860486

10

as to the allegations, and on that basis deny them.

59.    In answering Paragraph 59 of Plaintiff's FAC, Defendants admit only that TransCor transported Hernandez and other detainees from Albuquerque to CCCC on May 16, 2018. Defendants are without sufficient knowledge or information to form a belief as to the remaining allegations, and on that basis deny them.

60.    The allegations in Paragraph 60 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

61.    The allegations in Paragraph 61 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

62.    The allegations in Paragraph 62 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

63.    The allegations in Paragraph 63 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

64.    The allegations in Paragraph 64 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

65. The allegations in Paragraph 65 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

66. The allegations in Paragraph 66 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

67. The allegations in Paragraph 67 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

68. The allegations in Paragraph 68 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

69. The allegations in Paragraph 69 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

70. The allegations in Paragraph 70 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3860486

71.     The allegations in Paragraph 71 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

72.     The allegations in Paragraph 72 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

73.     The allegations in Paragraph 73 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

74.     The allegations in Paragraph 74 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

75.     The allegations in Paragraph 75 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

76.     The allegations in Paragraph 76 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3860486

77.	The allegations in Paragraph 77 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

78.	The allegations in Paragraph 78 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

79.	The allegations in Paragraph 79 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

80.	The allegations in Paragraph 80 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

81.	The allegations in Paragraph 81 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

82.	The allegations in Paragraph 82 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3860486

83.    The allegations in Paragraph 83 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

84.    The allegations in Paragraph 84 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

85.    The allegations in Paragraph 85 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

86.    The allegations in Paragraph 86 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

87.    The allegations in Paragraph 87 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

88.    The allegations in Paragraph 88 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3860486

89.     The allegations in Paragraph 89 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

90.     The allegations in Paragraph 90 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

91.     The allegations in Paragraph 91 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

92.     The allegations in Paragraph 97 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

93.     The allegations in Paragraph 93 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

94.     The allegations in Paragraph 94 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3860486

95.     The allegations in Paragraph 95 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

96.     The allegations in Paragraph 96 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

97.     The allegations in Paragraph 97 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

98.     The allegations in Paragraph 98 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

99.     The allegations in Paragraph 99 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

100.    The allegations in Paragraph 100 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

101.    The allegations in Paragraph 101 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

102.    The allegations in Paragraph 102 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

103.    The allegations in Paragraph 103 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

104.    The allegations in Paragraph 104 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

105.    The allegations in Paragraph 105 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

106.    The allegations in Paragraph 106 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3860486

107. The allegations in Paragraph 107 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

108. The allegations in Paragraph 108 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

109. The allegations in Paragraph 109 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

110. The allegations in Paragraph 110 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

111. In answering Paragraph 111 of Plaintiff's FAC, Defendants admit only that TransCor transported Hernandez and other detainees from Albuquerque to CCCC on May 16, 2018. Defendants affirmatively allege that the transport vehicle arrived at CCCC at approximately 7:59 p.m., that a group of detainees including Hernandez were removed from the bus at approximately 8:13 p.m., and that the detainees were escorted into the facility at approximately 8:43 p.m. Defendants deny all remaining allegations.

112. In answering Paragraph 112 of Plaintiff's FAC, Defendants deny the allegations. Defendants affirmatively allege that TransCor transportation officers are trained to identify medical conditions requiring emergency treatment such as chest pain,

3860486

shortness of breath, loss of consciousness, and lack of response, and that no such conditions were observed during the trip from Albuquerque to CCCC on May 16, 2018.

113.    In answering Paragraph 113 of Plaintiff's FAC, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

114.    In answering Paragraph 114 of Plaintiff's FAC, Defendants deny the allegations. Defendants affirmatively allege that TransCor transportation officers are trained to identify medical conditions requiring emergency treatment such as chest pain, shortness of breath, loss of consciousness, and lack of response, and that no such conditions were observed during the trip from Albuquerque to CCCC on May 16, 2018.

115.    In answering Paragraph 115 of Plaintiff's FAC, Defendants deny the allegations.

116.    In answering Paragraph 116 of Plaintiff's FAC, Defendants deny the allegations. Defendants affirmatively allege that, shortly after Hernandez's arrival at CCCC, CoreCivic intake officers notified medical staff of the detainees' arrival at approximately 9:30 p.m.

117.    In answering Paragraph 117 of Plaintiff's FAC, Defendants deny the allegations.

118.    In answering Paragraph 118 of Plaintiff's FAC, Defendants admit and affirmatively allege that CoreCivic owns and operates CCCC; that CoreCivic houses immigration detainees at CCCC pursuant to an Intergovernmental Service Agreement between ICE and Cibola County and a Management Agreement between Cibola County and CoreCivic; and that CCCC intake staff completed the booking process for Hernandez at approximately 1:15 a.m. Defendants deny all remaining allegations.

3860486

20

119. In answering Paragraph 119 of Plaintiff's FAC, Defendants admit the allegations.

120. In answering Paragraph 120 of Plaintiff's FAC, Defendants admit only that Hernandez got up to drink a beverage and use the restroom shortly after 4:00 a.m. Defendants deny the remaining allegations. Defendants affirmatively allege that Hernandez got up to retrieve a breakfast tray at approximately 6:00 a.m., and that she ate the contents of that tray before returning it to staff at approximately 6:14 a.m.

121. The allegations in Paragraph 121 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

122. The allegations in Paragraph 122 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

123. In answering Paragraph 123 of Plaintiff's FAC, Defendants deny the allegations. Defendants affirmatively allege that CoreCivic did not provide medical services at CCCC at the times at issue in the FAC.

124. In answering Paragraph 124 of Plaintiff's FAC, Defendants admit only that Hernandez's vital signs were checked at approximately 7:26 a.m., and affirmatively allege that a nurse conducted an intake screening of Hernandez at approximately 7:35 a.m. Defendants deny all remaining allegations.

125. In answering Paragraph 125 of Plaintiff's FAC, Defendants admit only that Hernandez received Ensure and Pedialyte at approximately 8:08 a.m., after which she returned to the medical waiting area and laid down. Defendants are without sufficient

3860486

21

knowledge or information to form a belief as to the remaining allegations, and on that basis deny them.

126.    In answering Paragraph 126 of Plaintiff's FAC, Defendants admit the allegations.

127.    In answering Paragraph 127 of Plaintiff's FAC, Defendants admit only that medical staff documented that Hernandez's temperature was 102 degrees at approximately 9:00 a.m. Defendants deny the remaining allegations. Defendants affirmatively allege that CoreCivic did not provide medical services at CCCC at the times at issue in the FAC.

128.    In answering Paragraph 128 of Plaintiff's FAC, Defendants admit only that Hernandez was moved to a medical isolation room pending evaluation by the physician. Defendants affirmatively allege that CoreCivic did not provide medical services at CCCC at the times at issue in the FAC. Defendants are without sufficient knowledge or information to form a belief as to the remaining allegations, and on that basis deny them.

129.    In answering Paragraph 129 of Plaintiff's FAC, Defendants admit the allegations. Defendants affirmatively allege that CoreCivic did not provide medical services at CCCC at the times at issue in the FAC.

130.    In answering Paragraph 130 of Plaintiff's FAC, Defendants admit the allegations.

131.    In answering Paragraph 131 of Plaintiff's FAC, Defendants admit only that Hernandez was evaluated by a physician. As to Hernandez's diagnoses, the medical records speak for themselves. Defendants affirmatively allege that CoreCivic did not provide medical services at CCCC at the times at issue in the FAC.

132.    In answering Paragraph 132 of Plaintiff's FAC, Defendants admit only that Hernandez was evaluated by a physician. As to the results of Hernandez's physical exam,

3860486

22

the medical records speak for themselves. Defendants affirmatively allege that CoreCivic did not provide medical services at CCCC at the times at issue in the FAC.

133. In answering Paragraph 133 of Plaintiff's FAC, Defendants admit only that Hernandez was evaluated by a physician, who ordered that Hernandez be transported to the local hospital immediately. As to the reasons for the transport, the medical records speak for themselves.

134. In answering Paragraph 134 of Plaintiff's FAC, Defendants admit and affirmatively allege that CoreCivic employees transported Hernandez to the local hospital in a facility transport van, that they transported Hernandez from the medical isolation room in a wheelchair, and that they placed Hernandez in the van at approximately 11:08 a.m. Defendants deny the remaining allegations

135. In answering Paragraph 135 of Plaintiff's FAC, Defendants admit the allegations.

136. The allegations in Paragraph 136 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the medical records speak for themselves.

137. The allegations in Paragraph 137 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the medical records speak for themselves.

138. The allegations in Paragraph 138 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the medical records speak for themselves.

139. The allegations in Paragraph 139 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the medical records speak for themselves.

3860486

23

140.    In answering Paragraph 140 of Plaintiff's FAC, Defendants admit the allegations.

141.    The allegations in Paragraph 141 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the medical records speak for themselves.

142.    The allegations in Paragraph 142 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

143.    In answering Paragraph 143 of Plaintiff's FAC, Defendants admit and affirmatively allege that Hernandez was restrained while she was outside CCCC pursuant to CoreCivic policy and standard detention practices for outside transport of detainees from a secure detention facility. Defendants deny the remaining allegations.

144.    In answering Paragraph 144 of Plaintiff's FAC, Defendants admit and affirmatively allege that Hernandez was restrained while she was outside CCCC pursuant to CoreCivic policy and standard detention practices for outside transport of detainees from a secure detention facility. Defendants deny the remaining allegations.

145.    In answering Paragraph 145 of Plaintiff's FAC, Defendants admit and affirmatively allege that Hernandez was restrained and supervised while she was outside CCCC pursuant to CoreCivic policy and standard detention practices for outside transport of detainees from a secure detention facility. Defendants deny the remaining allegations.

146.    In answering Paragraph 146 of Plaintiff's FAC, Defendants admit and affirmatively allege that Hernandez was restrained and supervised while she was outside CCCC pursuant to CoreCivic policy and standard detention practices for outside transport of detainees from a secure detention facility. Defendants deny the remaining allegations.

3860486

147.  In answering Paragraph 147 of Plaintiff's FAC, Defendants admit and affirmatively allege that Hernandez was restrained while she was outside CCCC pursuant to CoreCivic policy and standard detention practices for outside transport of detainees from a secure detention facility. Defendants deny the remaining allegations.

148.  In answering Paragraph 148 of Plaintiff's FAC, Defendants are without sufficient knowledge or information regarding the unidentified "preliminary autopsy report" referenced in Paragraph 148 to form a belief as to the allegations, and on that basis deny them.

149.  In answering Paragraph 149 of Plaintiff's FAC, Defendants deny the allegations. Defendants affirmatively allege that CoreCivic did not provide medical services at CCCC at the times at issue in the FAC, and that no actions or inactions by CoreCivic or its employees caused Hernandez's injuries and damages, which occurred months before she arrived at CCCC.

150.  In answering Paragraph 150 of Plaintiff's FAC, Defendants admit and affirmatively allege that Hernandez was restrained while she was outside CCCC pursuant to CoreCivic policy and standard detention practices for outside transport of detainees from a secure detention facility. Defendants deny the remaining allegations.

151.  In answering Paragraph 151 of Plaintiff's FAC, Defendants deny the allegations.

152.  The allegations in Paragraph 152 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the standards speak for themselves.

153.  In answering Paragraph 153 of Plaintiff's FAC, Defendants deny the allegations.

3860486

25

154.    The allegations in Paragraph 154 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the standards and handbook speak for themselves.

155.    The allegations in Paragraph 155 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the standards speak for themselves.

156.    The allegations in Paragraph 156 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the standards speak for themselves.

157.    The allegations in Paragraph 157 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the directives speak for themselves. Defendants deny all allegations of wrongdoing.

158.    The allegations in Paragraph 158 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the directives speak for themselves.

159.    The allegations in Paragraph 159 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the standards speak for themselves.

160.    The allegations in Paragraph 160 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the policy speaks for itself.

161.    The allegations in Paragraph 161 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the policy speaks for itself.

3860486

162.    The allegations in Paragraph 162 of Plaintiff's FAC call for a legal conclusion, such that no response is required and none is given. To the extent a response is required, Defendants deny the allegations.

163.    The allegations in Paragraph 163 of Plaintiff's FAC call for a legal conclusion, such that no response is required and none is given. To the extent a response is required, Defendants admit only that they owed a general duty of care. Defendants deny the remaining allegations.

164.    The allegations in Paragraph 164 of Plaintiff's FAC call for a legal conclusion, such that no response is required and none is given. To the extent a response is required, Defendants admit only that they owed a general duty of care. Defendants deny the remaining allegations.

165.    In answering Paragraph 165 of Plaintiff's FAC, Defendants deny the allegations.

166.    In answering Paragraph 166 of Plaintiff's FAC, Defendants deny the allegations.

167.    The allegations in Paragraph 167 of Plaintiff's FAC call for a legal conclusion, such that no response is required and none is given. To the extent a response is required, Defendants admit only that they owed a general duty of care. Defendants deny the remaining allegations.

## CLAIMS FOR RELIEF
### COUNT ONE AGAINST ALL DEFENDANTS
### VIOLATION OF SECTION 504 OF THE REHABILITATION ACT, 29 U.S.C. § 794

168.    In answering Paragraph 168 of Plaintiff's FAC, Defendants incorporate by reference their responses to Paragraphs 1–167, above.

169.    In answering Paragraph 169 of Plaintiff's FAC, this claim has been

3860486

27

dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

170. In answering Paragraph 170 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

171. In answering Paragraph 171 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

172. In answering Paragraph 172 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

173. In answering Paragraph 173 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

174. In answering Paragraph 174 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

175. In answering Paragraph 175 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

176. In answering Paragraph 176 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

177. In answering Paragraph 177 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

178. In answering Paragraph 178 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

179. In answering Paragraph 179 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

180. In answering Paragraph 180 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

181. In answering Paragraph 181 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

3860486

182.   In answering Paragraph 182 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

183.   In answering Paragraph 183 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

184.   In answering Paragraph 184 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

185.   In answering Paragraph 185 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

186.   In answering Paragraph 186 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

## COUNT TWO AGAINST ALL DEFENDANTS
## NEGLIGENCE PER SE

187.   In answering Paragraph 187 of Plaintiff's FAC, Defendants incorporate by reference their responses to Paragraphs 1–186, above.

188.   In answering Paragraph 188 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

189.   In answering Paragraph 189 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

190.   In answering Paragraph 190 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

191.   In answering Paragraph 191 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

192.   In answering Paragraph 192 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

193.   In answering Paragraph 193 of Plaintiff's FAC, this claim has been

3860486

29

dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

194. In answering Paragraph 194 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

195. In answering Paragraph 195 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

196. In answering Paragraph 196 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

197. In answering Paragraph 197 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

198. In answering Paragraph 198 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

199. In answering Paragraph 199 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

200. In answering Paragraph 200 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

201. In answering Paragraph 201 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

202. In answering Paragraph 202 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

203. In answering Paragraph 203 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

204. In answering Paragraph 204 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

205. In answering Paragraph 205 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

3860486

206. In answering Paragraph 206 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

207. In answering Paragraph 207 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

208. In answering Paragraph 208 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

209. In answering Paragraph 209 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

210. In answering Paragraph 210 of Plaintiff's FAC, this claim has been dismissed with prejudice as to Defendants TransCor and CoreCivic. (Doc. 58.)

**COUNT THREE AGAINTS DEFENDANT MTC**
**NEGLIGENCE UNDER CALIFORNIA LAW**

211. In answering Paragraph 211 of Plaintiff's FAC, Defendants incorporate by reference their responses to Paragraphs 1–210, above.

212. The allegations in Paragraph 212 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

213. The allegations in Paragraph 213 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

214. The allegations in Paragraph 214 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3860486

31

215. The allegations in Paragraph 215 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

216. The allegations in Paragraph 216 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

217. The allegations in Paragraph 217 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

218. The allegations in Paragraph 218 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

219. The allegations in Paragraph 219 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

220. The allegations in Paragraph 220 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3860486

221.   The allegations in Paragraph 221 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

## COUNT FOUR AGAINST DEFENDANT MTC
## NEGLIGENT HIRING, RETENTION, TRAINING AND SUPERVISION
## UNDER CALIFORNIA LAW

222.   In answering Paragraph 222 of Plaintiff's FAC, Defendants incorporate by reference their responses to Paragraphs 1–221, above.

223.   The allegations in Paragraph 223 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

224.   The allegations in Paragraph 224 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

225.   The allegations in Paragraph 225 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

226.   The allegations in Paragraph 226 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3860486

227.    The allegations in Paragraph 227 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

228.    The allegations in Paragraph 228 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

229.    The allegations in Paragraph 229 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

230.    The allegations in Paragraph 230 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

231.    The allegations in Paragraph 231 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

232.    The allegations in Paragraph 232 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3860486

233. The allegations in Paragraph 233 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

## COUNT FIVE AGAINST DEFENDANT MTC
## FAILURE TO SUMMON MEDICAL CARE FOR PRISONERS, UNDER CAL. GOV. CODE § 845.6

234. In answering Paragraph 234 of Plaintiff's FAC, Defendants incorporate by reference their responses to Paragraphs 1–233, above.

235. The allegations in Paragraph 235 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

236. The allegations in Paragraph 236 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

237. The allegations in Paragraph 237 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

238. The allegations in Paragraph 238 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3860486

239.    The allegations in Paragraph 239 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

## COUNT SIX AGAINST DEFENDANT MTC
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS UNDER CALIFORNIA LAW

240.    In answering Paragraph 240 of Plaintiff's FAC, Defendants incorporate by reference their responses to Paragraphs 1–239, above.

241.    The allegations in Paragraph 241 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

242.    The allegations in Paragraph 242 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

243.    The allegations in Paragraph 243 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

244.    The allegations in Paragraph 244 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3860486

245. The allegations in Paragraph 245 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

246. The allegations in Paragraph 246 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

247. The allegations in Paragraph 247 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

### COUNT SEVEN AGAINST DEFENDANTS LASALLE
### NEGLIGENCE UNDER ARIZONA LAW

248. In answering Paragraph 248 of Plaintiff's FAC, Defendants incorporate by reference their responses to Paragraphs 1–247, above.

249. The allegations in Paragraph 249 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

250. The allegations in Paragraph 250 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

251. The allegations in Paragraph 251 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a

3860486

response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

252. The allegations in Paragraph 252 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

253. The allegations in Paragraph 253 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

254. The allegations in Paragraph 254 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

255. The allegations in Paragraph 255 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

256. The allegations in Paragraph 256 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

257. The allegations in Paragraph 257 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form

a belief as to the allegations, and on that basis deny them.

258. The allegations in Paragraph 258 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

## COUNT EIGHT AGAINST DEFENDANTS LASALLE
## NEGLIGENT HIRING, RETENTION, TRAINING AND SUPERVISION UNDER ARIZONA LAW

259. In answering Paragraph 259 of Plaintiff's FAC, Defendants incorporate by reference their responses to Paragraphs 1–258, above.

260. The allegations in Paragraph 260 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

261. The allegations in Paragraph 261 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

262. The allegations in Paragraph 262 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

263. The allegations in Paragraph 263 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3860486

264.    The allegations in Paragraph 264 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

265.    The allegations in Paragraph 265 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

266.    The allegations in Paragraph 266 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

267.    The allegations in Paragraph 267 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

268.    The allegations in Paragraph 268 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

269.    The allegations in Paragraph 269 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3860486

270.   The allegations in Paragraph 270 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

## COUNT NINE AGAINST DEFENDANTS LASALLE
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS UNDER ARIZONA LAW

271.   In answering Paragraph 271 of Plaintiff's FAC, Defendants incorporate by reference their responses to Paragraphs 1–270, above.

272.   The allegations in Paragraph 272 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

273.   The allegations in Paragraph 273 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

274.   The allegations in Paragraph 274 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

275.   The allegations in Paragraph 275 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3860486

## COUNT TEN AGAINST DEFENDANT GPS
## NEGLIGENCE UNDER NEW MEXICO AND TEXAS LAW

276.    In answering Paragraph 276 of Plaintiff's FAC, Defendants incorporate by reference their responses to Paragraphs 1–275, above.

277.    The allegations in Paragraph 277 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

278.    The allegations in Paragraph 278 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

279.    The allegations in Paragraph 279 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

280.    The allegations in Paragraph 280 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

281.    The allegations in Paragraph 281 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

282.    The allegations in Paragraph 282 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a

3860486

42

response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

283. The allegations in Paragraph 283 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

284. The allegations in Paragraph 284 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

285. The allegations in Paragraph 285 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

**COUNT ELEVEN AGAINST DEFENDANT GPS**
**NEGLIGENT HIRING, RETENTION, TRAINING AND SUPERVISION UNDER**
**NEW MEXICO AND TEXAS LAW**

286. In answering Paragraph 286 of Plaintiff's FAC, Defendants incorporate by reference their responses to Paragraphs 1–285, above.

287. The allegations in Paragraph 287 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

288. The allegations in Paragraph 288 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form

3860486

43

a belief as to the allegations, and on that basis deny them.

289.    The allegations in Paragraph 289 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

290.    The allegations in Paragraph 290 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

291.    The allegations in Paragraph 291 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

292.    The allegations in Paragraph 292 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

293.    The allegations in Paragraph 293 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

294.    The allegations in Paragraph 294 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3860486

295.    The allegations in Paragraph 295 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

296.    The allegations in Paragraph 296 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

297.    The allegations in Paragraph 297 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

298.    The allegations in Paragraph 298 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

299.    The allegations in Paragraph 299 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

300.    The allegations in Paragraph 300 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3860486

301.   The allegations in Paragraph 301 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

302.   The allegations in Paragraph 302 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

## COUNT TWELVE AGAINST DEFENDANT GPS
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
## UNDER NEW MEXICO AND TEXAS LAW

303.   In answering Paragraph 303 of Plaintiff's FAC, Defendants incorporate by reference their responses to Paragraphs 1–302, above.

304.   The allegations in Paragraph 304 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

305.   The allegations in Paragraph 305 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

306.   The allegations in Paragraph 306 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3860486

307. The allegations in Paragraph 307 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

308. The allegations in Paragraph 308 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

309. The allegations in Paragraph 309 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

310. The allegations in Paragraph 310 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

311. The allegations in Paragraph 311 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

312. The allegations in Paragraph 312 of Plaintiff's FAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3860486

## COUNT THIRTEEN AGAINST DEFENDANT TRANSCOR
## NEGLIGENCE UNDER NEW MEXICO LAW

313.    In answering Paragraph 313 of Plaintiff's FAC, Defendants incorporate by reference their responses to Paragraphs 1–312, above.

314.    The allegations in Paragraph 314 of Plaintiff's FAC call for a legal conclusion, such that no response is required and none is given. To the extent a response is required, Defendants admit only that they owed a general duty of care. Defendants deny the remaining allegations.

315.    The allegations in Paragraph 315 of Plaintiff's FAC call for a legal conclusion, such that no response is required and none is given. To the extent a response is required, Defendants admit only that they owed a general duty of care. Defendants deny the remaining allegations.

316.    In answering Paragraph 316 of Plaintiff's FAC, Defendants admit only that TransCor's employees were acting in the scope of their employment with TransCor during their transport of Hernandez. Defendants deny the remaining allegations.

317.    In answering Paragraph 317 of Plaintiff's FAC, Defendants deny the allegations.

318.    In answering Paragraph 318 of Plaintiff's FAC, Defendants deny the allegations.

319.    In answering Paragraph 319 of Plaintiff's FAC, Defendants deny the allegations.

320.    In answering Paragraph 320 of Plaintiff's FAC, Defendants deny the allegations.

321.    In answering Paragraph 321 of Plaintiff's FAC, Defendants deny the allegations.

322.    In answering Paragraph 322 of Plaintiff's FAC, Defendants deny the

3860486

allegations.

## COUNT FOURTEEN AGAINST DEFENDANT TRANSCOR
## NEGLIGENT HIRING, RETENTION, TRAINING & SUPERVISION UNDER NEW MEXICO LAW

323.    In answering Paragraph 323 of Plaintiff's FAC, Defendants incorporate by reference their responses to Paragraphs 1–322, above.

324.    In answering Paragraph 324 of Plaintiff's FAC, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them. Defendants affirmatively allege that TransCor is an inmate and detainee transportation company, and does not provide regular medical services to the inmates and detainees it transports. Defendants further affirmatively allege that TransCor transported Hernandez to CCCC, where she was evaluated by medical staff and transported to a local hospital less than 12 hours later.

325.    The allegations in Paragraph 325 of Plaintiff's FAC call for a legal conclusion, such that no response is required and none is given. To the extent a response is required, Defendants admit only that they owed a general duty of care. Defendants deny the remaining allegations.

326.    In answering Paragraph 326 of Plaintiff's FAC, Defendants admit only that TransCor transported Hernandez from Albuquerque to CCCC on May 16, 2018; that the transport vehicle arrived at CCCC at approximately 7:59 p.m.; and that a group of detainees including Hernandez were removed from the bus at approximately 8:13 p.m. Defendants affirmatively allege that TransCor is an inmate and detainee transportation company; that although TransCor does not provide regular medical services to the inmates and detainees it transports, TransCor transportation officers are trained to identify medical conditions requiring emergency treatment such as chest pain, shortness of breath, loss of consciousness, and lack of response; and that no such conditions were

3860486

observed during the trip from Albuquerque to CCCC on May 16, 2018. Defendants further affirmatively allege that Hernandez was evaluated by medical staff and transported to a local hospital less than 12 hours after arriving at CCCC. Defendants deny all remaining allegations.

327. In answering Paragraph 327 of Plaintiff's FAC, Defendants deny the allegations. Defendants affirmatively allege that Plaintiff's claims for negligent hiring and retention have been dismissed with prejudice, leaving only Plaintiff's claims for negligent training and supervision. (Doc. 58.)

328. In answering Paragraph 328 of Plaintiff's FAC, Defendants deny the allegations. Defendants affirmatively allege that Plaintiff's claims for negligent hiring and retention have been dismissed with prejudice, leaving only Plaintiff's claims for negligent training and supervision. (Doc. 58.)

329. In answering Paragraph 329 of Plaintiff's FAC, Defendants deny the allegations. Defendants affirmatively allege that Plaintiff's claims for negligent hiring and retention have been dismissed with prejudice, leaving only Plaintiff's claims for negligent training and supervision. (Doc. 58.)

330. In answering Paragraph 330 of Plaintiff's FAC, Defendants deny the allegations. Defendants affirmatively allege that Plaintiff's claims for negligent hiring and retention have been dismissed with prejudice, leaving only Plaintiff's claims for negligent training and supervision. (Doc. 58.)

331. In answering Paragraph 331 of Plaintiff's FAC, Defendants deny the allegations. Defendants affirmatively allege that Plaintiff's claims for negligent hiring and retention have been dismissed with prejudice, leaving only Plaintiff's claims for negligent training and supervision. (Doc. 58.)

332. In answering Paragraph 332 of Plaintiff's FAC, Defendants deny the

allegations. Defendants affirmatively allege that Plaintiff's claims for negligent hiring and retention have been dismissed with prejudice, leaving only Plaintiff's claims for negligent training and supervision. (Doc. 58.)

333.    In answering Paragraph 333 of Plaintiff's FAC, Defendants admit only that TransCor's employees were acting in the scope of their employment with TransCor during their transport of Hernandez. Defendants deny the remaining allegations. Defendants affirmatively allege that Plaintiff's claims for negligent hiring and retention have been dismissed with prejudice, leaving only Plaintiff's claims for negligent training and supervision. (Doc. 58.)

334.    In answering Paragraph 334 of Plaintiff's FAC, Defendants deny the allegations.

335.    In answering Paragraph 335 of Plaintiff's FAC, Defendants deny the allegations.

336.    In answering Paragraph 336 of Plaintiff's FAC, Defendants deny the allegations.

337.    In answering Paragraph 337 of Plaintiff's FAC, Defendants deny the allegations.

338.    In answering Paragraph 338 of Plaintiff's FAC, Defendants deny the allegations.

## COUNT FIFTEEN AGAINST DEFENDANT CORECIVIC
## NEGLIGENCE UNDER NEW MEXICO LAW

339.    In answering Paragraph 339 of Plaintiff's FAC, Defendants incorporate by reference their responses to Paragraphs 1–338, above.

340.    The allegations in Paragraph 340 of Plaintiff's FAC call for a legal conclusion, such that no response is required and none is given. To the extent a response is required, Defendants admit only that they owed a general duty of care. Defendants

3860486

deny the remaining allegations.

341.    The allegations in Paragraph 341 of Plaintiff's FAC call for a legal conclusion, such that no response is required and none is given. To the extent a response is required, Defendants admit only that they owed a general duty of care. Defendants deny the remaining allegations.

342.    In answering Paragraph 342 of Plaintiff's FAC, Defendants admit only that CoreCivic's employees were acting in the scope of their employment with CoreCivic while Hernandez was in the physical custody of CoreCivic. Defendants deny the remaining allegations.

343.    In answering Paragraph 343 of Plaintiff's FAC, Defendants deny the allegations.

344.    In answering Paragraph 344 of Plaintiff's FAC, Defendants deny the allegations.

345.    In answering Paragraph 345 of Plaintiff's FAC, Defendants deny the allegations.

346.    In answering Paragraph 346 of Plaintiff's FAC, Defendants deny the allegations.

347.    In answering Paragraph 347 of Plaintiff's FAC, Defendants deny the allegations.

348.    In answering Paragraph 348 of Plaintiff's FAC, Defendants deny the allegations.

349.    In answering Paragraph 349 of Plaintiff's FAC, Defendants deny the allegations.

350.    In answering Paragraph 350 of Plaintiff's FAC, Defendants deny the allegations.

3860486

351.    In answering Paragraph 351 of Plaintiff's FAC, Defendants deny the allegations.

## COUNT SIXTEEN AGAINST DEFENDANT CORECIVIC
## NEGLIGENT HIRING, RETENTION, TRAINING AND SUPERVISION UNDER NEW MEXICO LAW

352.    In answering Paragraph 352 of Plaintiff's FAC, Defendants incorporate by reference their responses to Paragraphs 1–351, above.

353.    In answering Paragraph 353 of Plaintiff's FAC, this claim has been dismissed with prejudice. (Doc. 58.)

354.    In answering Paragraph 354 of Plaintiff's FAC, this claim has been dismissed with prejudice. (Doc. 58.)

355.    In answering Paragraph 355 of Plaintiff's FAC, this claim has been dismissed with prejudice. (Doc. 58.)

356.    In answering Paragraph 356 of Plaintiff's FAC, this claim has been dismissed with prejudice. (Doc. 58.)

357.    In answering Paragraph 357 of Plaintiff's FAC, this claim has been dismissed with prejudice. (Doc. 58.)

358.    In answering Paragraph 358 of Plaintiff's FAC, this claim has been dismissed with prejudice. (Doc. 58.)

359.    In answering Paragraph 359 of Plaintiff's FAC, this claim has been dismissed with prejudice. (Doc. 58.)

360.    In answering Paragraph 360 of Plaintiff's FAC, this claim has been dismissed with prejudice. (Doc. 58.)

361.    In answering Paragraph 361 of Plaintiff's FAC, this claim has been dismissed with prejudice. (Doc. 58.)

362.    In answering Paragraph 362 of Plaintiff's FAC, this claim has been

3860486

dismissed with prejudice. (Doc. 58.)

363. In answering Paragraph 363 of Plaintiff's FAC, this claim has been dismissed with prejudice. (Doc. 58.)

364. In answering Paragraph 364 of Plaintiff's FAC, this claim has been dismissed with prejudice. (Doc. 58.)

365. In answering Paragraph 365 of Plaintiff's FAC, this claim has been dismissed with prejudice. (Doc. 58.)

## COUNT SEVENTEEN AGAINST DEFENDANT CORECIVIC INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS UNDER NEW MEXICO LAW

366. In answering Paragraph 366 of Plaintiff's FAC, Defendants incorporate by reference their responses to Paragraphs 1–365, above.

367. In answering Paragraph 367 of Plaintiff's FAC, Defendants admit only that Hernandez weighed 89 pounds when she arrived at CCCC, and that she died on May 25, 2018. As to her medical condition, the medical records speak for themselves. As to the alleged statements of the unidentified physician, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

368. In answering Paragraph 368 of Plaintiff's FAC, Defendants deny the allegations.

369. In answering Paragraph 369 of Plaintiff's FAC, Defendants deny the allegations.

370. In answering Paragraph 370 of Plaintiff's FAC, Defendants deny the allegations.

371. In answering Paragraph 371 of Plaintiff's FAC, Defendants deny the allegations.

3860486

372.    In answering Paragraph 372 of Plaintiff's FAC, Defendants deny the allegations.

## REQUEST FOR RELIEF

In answering Plaintiff's Request for Relief, Defendants deny that Plaintiff is entitled to any of the relief she seeks.

## AFFIRMATIVE DEFENSES

1.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that Plaintiff's First Amended Complaint fails to state a claim upon which relief can be granted.

2.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that their conduct was not negligent and did not violate the applicable standard of care.

3.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that they did not breach any duty to Plaintiff.

4.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that they are severally liable, if at all, only for that portion of the negligence, if any, that can be attributed to them.

5.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that if they were negligent, which negligence is specifically denied, then Plaintiff was also negligent in failing and/or neglecting to use that degree of care which would have been used by an ordinarily reasonable and prudent person under the same or similar circumstances and that such negligence proximately caused or contributed to cause all matters complained of in the First Amended Complaint, thereby reducing the amount of Plaintiff's recovery for total damages by an amount proportionate to Plaintiff's degree of fault.

3860486

6.      As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that Plaintiff suffered no damage, injury, or otherwise, as a result of the Defendants TransCor's and CoreCivic's alleged actions and/or inactions.

7.      As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that Plaintiff's injuries, if any, were proximately caused by an independent intervening or superseding cause for which Defendants TransCor and CoreCivic are not liable.

8.      As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that Plaintiff's injuries, if any, were proximately caused by a third party over whom Defendants TransCor and CoreCivic had no control.

9.      As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that Defendant TransCor does not provide regular medical services to the inmates and detainees it transports, trains its transportation officers to identify medical conditions requiring emergency treatment such as chest pain, shortness of breath, loss of consciousness, and lack of response.

10.      As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that CoreCivic did not provide medical care at CCCC at the time of the subject incident.

11.      As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that any alleged action or inaction on their part was not the proximate cause of Plaintiff's injuries, losses, and damages.

12.      As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that at all times material herein they acted in good faith and in a reasonable manner given the information and circumstances existing at the time.

3860486

56

13. As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that Plaintiff's injuries, losses, and damages were the result of the assumption of risk by Plaintiff.

14. As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that Plaintiff's alleged injuries were the result of one or more pre-existing conditions, thereby eliminating any damages owed by Defendants TransCor and CoreCivic.

15. As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that they are entitled to all privileges and immunities existing under federal and New Mexico law.

16. As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that none of the acts or failures of Defendants TransCor and CoreCivic, as alleged in the First Amended Complaint and which are specifically denied, state a cause of action for punitive damages.

17. As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that there existed no conduct in this case motivated by an evil motive or intent, nor any conduct involving reckless or callous indifference to the rights of Hernandez, thereby precluding punitive damages.

18. As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that there existed no conduct in this case that was extreme or outrageous or that was done recklessly or with the intent to cause severe emotional distress.

19. Although Defendants TransCor and CoreCivic do not have specific facts in support of its remaining defenses at this time, Defendants TransCor and CoreCivic reserve the right to assert the following affirmative defenses pursuant to Fed. R. Civ. P. 8 and 12 should subsequent discovery disclose facts in support of the, including, but not

3860486

limited to: laches, res judicata, estoppel, and waiver.

**WHEREFORE**, Defendants TransCor and CoreCivic respectfully request that:

A.      Plaintiff's First Amended Complaint be dismissed with prejudice, and that Plaintiff take nothing therein;

B.      Defendants TransCor CoreCivic be awarded their costs, expenses, and attorneys' fees; and

C.      Defendants TransCor and CoreCivic be awarded such other and further relief as this Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Defendants TransCor and CoreCivic demand a jury trial on all triable issues.

Dated:  April 23, 2021          /s/ Jacob B. Lee
                                DANIEL P. STRUCK, AZ Bar No. 012377
                                JACOB B. LEE, AZ Bar No. 030371
                                STRUCK LOVE BOJANOWSKI & ACEDO, PLC
                                3100 West Ray Road, Suite 300
                                Chandler, AZ 85226
                                Tel.: (480) 420-1600
                                Fax: (480) 420-1696
                                dstruck@strucklove.com
                                jlee@strucklove.com

                                DEBORAH D. WELLS
                                DEBRA J. MOULTON
                                KENNEDY, MOULTON & WELLS, P.C.
                                2201 San Pedro NE, Bldg. 3, Suite 200
                                Albuquerque, New Mexico 87110
                                Tel.: (505) 884-7887
                                Fax: (505) 884-7123
                                ddwells@kmwpc.com
                                dmoulton@kmwpc.com

                                *Attorneys for Defendants TransCor America, LLC
                                and CoreCivic Inc.*

3860486

58

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Dale Melchert                    dale@transgenderlawcenter.org
Irene R. Lax                     ilax@gelaw.com
Kimberly A. Evans                kevans@gelaw.com
Lynly Egyes                      lynly@transgenderlawcenter.org
R. Andrew Free                   andrew@immigrantcivilrights.com
Daniel Yohalem                   daniel.yohalem@gmail.com
Alison Kitchel Goodwin           akg@sutinfirm.com
Christina Muscarella Gooch       tmg@sutinfirm.com
Celina Hoffman                   cch@madisonlaw.com
Gregory D. Steinman              gds@madisonlaw.com
Adam D. Rafkin                   rr@rafkinlaw.com

/s/ Jacob B. Lee

3860486