**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

Joleen K. Youngers,
as the Personal Representative of the
Wrongful Death Estate of Roxsana
Hernandez,
        Plaintiff,

vs.                             Cause No. 1:20-cv-00465-JAP-JHR

Management & Training Corporation,
LaSalle Corrections Transport LLC,
LaSalle Corrections West LLC,
LaSalle Management Company LLC,
Global Precision Systems LLC,
TransCor America LLC,
CoreCivic, Inc.,
        Defendants.

**DEFENDANTS LASALLE CORRECTIONS TRANSPORT LLC, LASALLE
CORRECTIONS WEST LLC, and LASALLE MANAGEMETNCOMPANY LLC's
<u>ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT (Doc. 9)</u>**

      **COMES NOW**, the Defendants **LASALLE CORRECTIONS TRANSPORT LLC,**

**LASALLE CORRECTIONS WEST LLC, and LASALLE MANAGEMENT COMPANY**

**LLC** (collectively referred to as Defendants and/or LaSalle), by and through their attorney of

record, ADAM D. RAFKIN, P.C. (Adam Daniel Rafkin, Esq.), and hereby submit their *Answer to*

*Plaintiff's First Amended Complaint* (Doc. 9), and in support thereof, would state the following:

      1.      Paragraph 1 one of the First Amended Complaint (FAC) states legal conclusions

which these Defendants are not competent to respond to and which otherwise requires no

response from these Defendants. To the extent that a response is deemed to be required, the

allegations contained in paragraph 1 are denied.

2.      Defendants have insufficient information to admit or deny the truth of the allegations contained in paragraph 2 of the FAC as it relates to Decedent's condition while she was in the custody of the other Defendants in this matter and therefore deny same. With respect to the time Decedent was in the custody of these Defendants, the allegations are denied.

3.      Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 3 of the FAC as it pertains to the allegations against the other Defendants in this matter, and therefore deny same. Defendants deny the allegations as they pertain to these Defendants.

4.      Defendants have insufficient information to admit or deny the truth of the allegations contained in paragraph 4 of the FAC as it relates to Decedent's condition while she was in the custody of the other Defendants in this matter and therefore deny same. With respect to the time Decedent was in the custody of these Defendants, the allegations are denied.

5.      The allegations contained in paragraph 5 of the FAC are denied to the extent they pertain to these Defendants. Defendants have insufficient information to form a belief as to the truth of the allegations against the other Defendants and therefore deny same.

6.      The allegations contained in paragraph 6 of the FAC are denied to the extent they pertain to these Defendants. Defendants have insufficient information to form a belief as to the truth of the allegations against the other Defendants and therefore deny the same.

7.      The allegations contained in paragraph 7 of the FAC are denied to the extent they pertain to these Defendants. Defendants have insufficient information to form a belief as to the truth of the allegations against the other Defendants and therefore deny the same.

8.    The allegations contained in paragraph 8 of the FAC are denied to the extent they pertain to these Defendants. Defendants have insufficient information to form a belief as to the truth of the allegations against the other Defendants and therefore deny the same.

9.    The allegations contained in paragraph 9 of the FAC are denied to the extent they pertain to these Defendants. Defendants have insufficient information to form a belief as to the truth of the allegations against the other Defendants and therefore deny the same.

10.    The allegations contained in paragraph 10 of the FAC are denied to the extent they pertain to these Defendants. Defendants have insufficient information to form a belief as to the truth of the allegations against the other Defendants and therefore deny the same.

11.    The allegations contained in paragraph 11 of the FAC are denied to the extent they pertain to these Defendants. Defendants have insufficient information to form a belief as to the truth of the allegations against the other Defendants and therefore deny the same.

12.    The allegations contained in paragraph 12 of the FAC are denied to the extent they pertain to these Defendants. Defendants have insufficient information to form a belief as to the truth of the allegations against the other Defendants and therefore deny the same.

13.    The allegations contained in paragraph 13 of the FAC are denied to the extent they pertain to these Defendants. Defendants have insufficient information to form a belief as to the truth of the allegations against the other Defendants and therefore deny the same.

14.    The allegations contained in paragraph 14 of the FAC are denied to the extent they pertain to these Defendants. Defendants have insufficient information to form a belief as to the truth of the allegations against the other Defendants and therefore deny the same.

15. Paragraph 15 of the FAC states legal conclusions which these Defendants are not qualified to respond to. To the extent that a response can be deemed necessary from these Defendants, the allegations are denied.

16. Paragraph 16 of the FAC states legal conclusions which these Defendants are not qualified to respond to. To the extent that a response can be deemed necessary from these Defendants, the allegations are denied.

17. The allegations contained in paragraph 17 of the FAC are admitted.

18. The allegations contained in paragraph 18 of the FAC are admitted.

19. Paragraph 19 of the FAC states legal conclusions which these Defendants are not qualified to respond to. To the extent that a response can be deemed necessary from these Defendants, the allegations are denied.

20. Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 20 of the FAC and therefore deny the same

21. Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 21 of the FAC and therefore deny the same.

22. The allegations contained in paragraph 22 of the FAC are denied.

23. Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 23 of the FAC and therefore deny the same.

24. Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 24 of the FAC and therefore deny the same.

25. The allegations contained in paragraph 25 of the FAC are admitted.

26. The allegations contained in paragraph 26 of the FAC are admitted.

27.    The allegations contained in paragraph 27 of the FAC are admitted.

28.    The allegations contained in paragraph 28 of the FAC are admitted.

29.    The allegations contained in paragraph 29 of the FAC are admitted.

30.    The allegations contained in paragraph 30 of the FAC are admitted.

31.    The allegations contained in paragraph 31 of the FAC are admitted.

32.    The allegations contained in paragraph 32 of the FAC are admitted.

33.    The allegations contained in paragraph 33 of the FAC are admitted.

34.    The allegations contained in paragraph 34 of the FAC are admitted with the exception that the corporate address for LaSalle Management Company, LLC, is 192 Bastille Lane, Suite 200, Ruston, Louisiana, 71270.

35.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 35 of the FAC and therefore deny the same.

36.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 36 of the FAC and therefore deny the same.

37.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 37 of the FAC and therefore deny the same.

38.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 38 of the FAC and therefore deny the same.

39.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 39 of the FAC and therefore deny the same.

40.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 40 of the FAC and therefore deny the same.

41.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 41 of the FAC and therefore deny the same.

42.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 42 of the FAC and therefore deny the same.

43.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 43 of the FAC and therefore deny the same.

44.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 44 of the FAC and therefore deny the same.

45.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 45 of the FAC and therefore deny the same.

46.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 46 of the FAC and therefore deny the same.

47.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 47 of the FAC and therefore deny the same.

48.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 48 of the FAC and therefore deny the same.

49.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 49 of the FAC and therefore deny the same.

50.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 50 of the FAC and therefore deny the same.

51.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 51 of the FAC and therefore deny the same.

52.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 52 of the FAC and therefore deny the same.

53.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 53 of the FAC and therefore deny the same.

54.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 54 of the FAC and therefore deny the same.

55.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 55 of the FAC and therefore deny the same.

56.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 56 of the FAC and therefore deny the same, with the exception that these Defendants admit that they transported Decedent from Imperial to SLRDC and then from there to Mesa Airport.

57.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 57 of the FAC and therefore deny the same.

58.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 58 of the FAC and therefore deny the same.

59.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 59 of the FAC and therefore deny the same, with the exception that these Defendants admit that they were aware that they were transporting Decedent on part of her journey to a destination in New Mexico.

60.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 60 of the FAC and therefore deny the same.

61.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 61 of the FAC and therefore deny the same.

62.     The allegations contained in paragraph 62 of the FAC are denied, as LaSalle Transportation Services is the entity which transported Decedent from Imperial to SLRDC.

63.     Defendants deny the allegations contained in paragraph 63 of the FAC.

64.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 64 of the FAC and therefore deny the same. Defendants admit that Roxsana arrived roughly around 5:30 pm.

65.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 65 of the FAC and therefore deny the same, except that Defendants admit that they transported Roxsana from Imperial to SLRDC.

66.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 66 of the FAC and therefore deny the same.

67.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 67 of the FAC and therefore deny the same.

68.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 68 of the FAC and therefore deny the same.

69.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 69 of the FAC and therefore deny the same.

70.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 70 of the FAC and therefore deny the same.

71.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 71 of the FAC and therefore deny the same.

72.     Defendants have insufficient information to admit or deny the allegations contained in paragraph 72 and therefore deny same.

73.     The allegations contained in paragraph 73 are denied insofar as LaSalle Transport and not MTC transported Decedent to SLRDC in Arizona.

74.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 74 of the FAC and therefore deny the same.

75.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 75 of the FAC and therefore deny the same.

76.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 76 of the FAC and therefore deny the same.

77.     Defendants deny the allegations contained in paragraph 77 of the FAC.

78.     Defendants deny the allegations contained in paragraph 78 of the FAC.

79.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 79 of the FAC and therefore deny the same.

80.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 80 of the FAC and therefore deny the same.

81.     Defendants deny the allegations contained in paragraph 81 of the FAC.

82.     Defendants admit the allegations contained in paragraph 82 of the FAC, with the exception that there were 11 other asylum seekers on the bus in question, not 25.

83.     Defendants deny the allegations contained in paragraph 83 of the FAC.

84.    Defendants deny the allegations contained in paragraph 84 of the FAC.

85.    Defendants deny the allegations contained in paragraph 85 of the FAC.

86.    Defendants deny the allegations contained in paragraph 86 of the FAC, with the exception that these Defendants admit that during her time at the Mesa airport prior to boarding the aircraft, Decedent remained in LaSalle Transport's custody.

87.    Defendants deny the allegations contained in paragraph 87 of the FAC.

88.    Defendants deny the allegations contained in paragraph 88 of the FAC.

89.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 89 of the FAC and therefore deny the same.

90.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 90 of the FAC and therefore deny the same.

91.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 91 of the FAC and therefore deny the same.

92.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 92 of the FAC and therefore deny the same.

93.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 93 of the FAC and therefore deny the same.

94.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 94 of the FAC and therefore deny the same.

95.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 95 of the FAC and therefore deny the same.

96.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 96 of the FAC and therefore deny the same.

97.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 97 of the FAC and therefore deny the same.

98.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 98 of the FAC and therefore deny the same.

99.     Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 99 of the FAC and therefore deny the same.

100.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 100 of the FAC and therefore deny the same.

101.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 101 of the FAC and therefore deny the same.

102.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 102 of the FAC and therefore deny the same.

103.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 103 of the FAC and therefore deny the same.

104.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 104 of the FAC and therefore deny the same.

105.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 105 of the FAC and therefore deny the same.

106.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 106 of the FAC and therefore deny the same.

107.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 107 of the FAC and therefore deny the same.

108.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 108 of the FAC and therefore deny the same.

109.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 109 of the FAC and therefore deny the same.

110.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 110 of the FAC and therefore deny the same.

111.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 111 of the FAC and therefore deny the same.

112.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 112 of the FAC and therefore deny the same.

113.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 113 of the FAC and therefore deny the same.

114.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 114 of the FAC and therefore deny the same.

115.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 115 of the FAC and therefore deny the same.

116.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 116 of the FAC and therefore deny the same.

117.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 117 of the FAC and therefore deny the same.

118.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 118 of the FAC and therefore deny the same.

119.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 119 of the FAC and therefore deny the same.

120.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 120 of the FAC and therefore deny the same.

121.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 121 of the FAC and therefore deny the same.

122.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 122 of the FAC and therefore deny the same.

123.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 123 of the FAC and therefore deny the same.

124.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 124 of the FAC and therefore deny the same.

125.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 125 of the FAC and therefore deny the same.

126.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 126 of the FAC and therefore deny the same.

127.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 127 of the FAC and therefore deny the same.

128.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 128 of the FAC and therefore deny the same.

129.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 129 of the FAC and therefore deny the same.

130.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 130 of the FAC and therefore deny the same.

131.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 131 of the FAC and therefore deny the same.

132.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 132 of the FAC and therefore deny the same.

133.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 133 of the FAC and therefore deny the same.

134.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 134 of the FAC and therefore deny the same.

135.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 135 of the FAC and therefore deny the same.

136.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 136 of the FAC and therefore deny the same.

137.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 137 of the FAC and therefore deny the same.

138.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 138 of the FAC and therefore deny the same.

139.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 139 of the FAC and therefore deny the same.

140.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 140 of the FAC and therefore deny the same.

141.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 141 of the FAC and therefore deny the same.

142.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 142 of the FAC and therefore deny the same.

143.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 143 of the FAC and therefore deny the same.

144.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 144 of the FAC and therefore deny the same.

145.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 145 of the FAC and therefore deny the same.

146.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 146 of the FAC and therefore deny the same.

147.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 147 of the FAC and therefore deny the same.

148.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 148 of the FAC and therefore deny the same.

149.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 149 of the FAC and therefore deny the same.

150.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 150 of the FAC and therefore deny the same.

151.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 151 of the FAC and therefore deny the same.

152.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in paragraph 152 of the FAC and therefore deny the same. Further these allegations constitute legal conclusions which these Defendants are not competent to respond to.

153.    Defendants have insufficient information to form a belief as to the truth of the allegations contained in the first sentence of paragraph 153 of the FAC and therefore deny the same. The remaining allegations contain legal conclusions which these Defendants are not competent to respond to. To the extent that a response can be deemed to be required, the allegations are denied.

154.    The allegations contained in paragraph 154 set forth legal conclusions which these Defendants are not competent to respond to. To the extent that a response can be deemed to be required, the allegations are denied and Defendants state that the applicable standards speak for themselves.

155.    The allegations contained in paragraph 155 set forth legal conclusions which these Defendants are not competent to respond to. To the extent that a response can be deemed to be required, the allegations are denied and Defendants state that the applicable standards speak for themselves.

156.    The allegations contained in paragraph 156 set forth legal conclusions which these Defendants are not competent to respond to. To the extent that a response can be deemed to be required, the allegations are denied and Defendants state that the applicable standards speak for themselves.

157.    The allegations contained in paragraph 157 set forth legal conclusions which these Defendants are not competent to respond to, with the exception that these Defendants deny the last sentence of paragraph 157 to the extent that the same is directed at them.  To the extent that a response can be deemed to be required as to the remaining allegations contained in paragraph 157, the allegations are denied and Defendants state that the applicable standards speak for themselves.

158.    The allegations contained in paragraph 158 set forth legal conclusions which these Defendants are not competent to respond to.  To the extent that a response can be deemed to be required as to the remaining allegations contained in paragraph 158, the allegations are denied and Defendants state that the applicable standards speak for themselves.

159.    The allegations contained in paragraph 159 set forth legal conclusions which these Defendants are not competent to respond to.  To the extent that a response can be deemed to be required as to the remaining allegations contained in paragraph 159, the allegations are denied and Defendants state that the applicable standards speak for themselves.

160.    The allegations contained in paragraph 160 set forth legal conclusions which these Defendants are not competent to respond to.  To the extent that a response can be deemed to be required as to the remaining allegations contained in paragraph 160, the allegations are denied and Defendants state that the applicable standards and/or policies speak for themselves.

161.    The allegations contained in paragraph 161 set forth legal conclusions which these Defendants are not competent to respond to.  To the extent that a response can be deemed to be required as to the remaining allegations contained in paragraph 161, the allegations are denied and Defendants state that the applicable standards and/or policies speak for themselves.

162.    The allegations contained in paragraph 162 set forth legal conclusions which these Defendants are not competent to respond to.  To the extent that a response can be deemed to be required as to the remaining allegations contained in paragraph 162, the allegations are denied.

163.    The allegations contained in paragraph 163 set forth legal conclusions which these Defendants are not competent to respond to.  To the extent that a response can be deemed to be required as to the remaining allegations contained in paragraph 163, the allegations are denied.

164.    The allegations contained in paragraph 164 set forth legal conclusions which these Defendants are not competent to respond to.  To the extent that a response can be deemed to be required as to the remaining allegations contained in paragraph 164, the allegations are denied.

165.    The LaSalle Defendants deny the allegations contained in paragraph 165 of the FAC to the extent said allegations are directed at them. These Defendants have insufficient information to admit or deny the allegations to the extent they are directed at other Defendants and therefore deny the same. Further these allegations constitute legal conclusions which these Defendants are not competent to respond to.

166.    The LaSalle Defendants deny the allegations contained in paragraph 166 of the FAC to the extent said allegations are directed at them. These Defendants have insufficient information to admit or deny the allegations to the extent they are directed at other Defendants and therefore deny the same.

167.    The allegations contained in paragraph 167 set forth legal conclusions which these Defendants are not competent to respond to.  To the extent that a response can be deemed to be required as to the remaining allegations contained in paragraph 167, the allegations are denied. Further, the cited standards or policies referred to therein speak for themselves.

168.    Paragraph 168 of the FAC contains no factual allegations which require a response from these Defendants, and therefore, none is made. To the extent that a response can be deemed to be required, the allegations therein are denied.

169.    The allegations set forth in paragraph 169 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

170.    The allegations set forth in paragraph 170 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

171.    The allegations set forth in paragraph 171 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

172.    The allegations set forth in paragraph 172 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

173.    The allegations set forth in paragraph 173 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

174.    The allegations set forth in paragraph 174 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

175. The allegations set forth in paragraph 175 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

176. The allegations set forth in paragraph 176 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

177. The allegations set forth in paragraph 177 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

178. With respect to the allegations contained in paragraph 178 of the FAC, these Defendants admit they contracted to perform transportation and detention services. Defendants have insufficient information to admit or deny the remaining allegations and therefore deny the same.

179. The allegations contained in paragraph 179 of the FAC are denied to the extent they are directed at these Defendants. Defendants have insufficient information to admit or deny the remaining allegations and therefore deny the same. These Defendants admit that they operated transportation services.

180. The allegations contained in paragraph 180 of the FAC are denied to the extent they are directed at these Defendants. Defendants have insufficient information to admit or deny the remaining allegations and therefore deny the same.

181.    The allegations contained in paragraph 181 of the FAC are denied to the extent they are directed at these Defendants. Defendants have insufficient information to admit or deny the remaining allegations and therefore deny the same.

182.    The allegations contained in paragraph 182 of the FAC are denied to the extent they are directed at these Defendants. Defendants have insufficient information to admit or deny the remaining allegations and therefore deny the same.

183.    The allegations contained in paragraph 183 of the FAC are denied to the extent they are directed at these Defendants. Defendants have insufficient information to admit or deny the remaining allegations and therefore deny the same.

184.    The allegations contained in paragraph 184 of the FAC are denied to the extent they are directed at these Defendants. Defendants have insufficient information to admit or deny the remaining allegations and therefore deny the same. Further these allegations constitute legal conclusions which these Defendants are not competent to respond to.

185.    The allegations contained in paragraph 185 of the FAC are denied to the extent they are directed at these Defendants. Defendants have insufficient information to admit or deny the remaining allegations and therefore deny the same. Further these allegations constitute legal conclusions which these Defendants are not competent to respond to.

186.    The allegations contained in paragraph 186 of the FAC are denied to the extent they are directed at these Defendants. Defendants have insufficient information to admit or deny the remaining allegations and therefore deny the same. Further these allegations constitute legal conclusions which these Defendants are not competent to respond to.

187.    Paragraph 187 of the FAC contains no factual allegations which require a response from these Defendants, and therefore, none is made. To the extent that a response can be deemed to be required, the allegations therein are denied.

188.    The allegations set forth in paragraph 188 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

189.    The allegations set forth in paragraph 189 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

190.    The allegations set forth in paragraph 190 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

191.    The allegations set forth in paragraph 191 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

192.    The allegations set forth in paragraph 192 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

193.    The allegations set forth in paragraph 193 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

194.    The allegations set forth in paragraph 194 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

195.    The allegations set forth in paragraph 195 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

196.    The allegations set forth in paragraph 196 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

197.    The allegations set forth in paragraph 197 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

198.    The allegations set forth in paragraph 198 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

199.    The allegations set forth in paragraph 199 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

200.    The allegations set forth in paragraph 200 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

201.    The allegations set forth in paragraph 201 of the FAC are denied insofar as they pertain to these Defendants. Defendants have insufficient information to form a belief as to the truth of the remaining allegations and therefore deny the same.

202.    The allegations set forth in paragraph 202 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

203.    The allegations set forth in paragraph 203 of the FAC are denied insofar as they pertain to these Defendants. Defendants have insufficient information to form a belief as to the truth of the remaining allegations and therefore deny the same. Further these allegations constitute legal conclusions which these Defendants are not competent to respond to.

204.    The allegations set forth in paragraph 204 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

205.    The allegations set forth in paragraph 205 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied.

206.    The allegations set forth in paragraph 206 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied. Defendants have insufficient information to admit or deny the allegations insofar as they pertain to other Defendants herein, and therefore deny the same.

207.    The allegations set forth in paragraph 207 of the FAC are denied insofar as they pertain to these Defendants. Defendants have insufficient information to form a belief as to the truth of the remaining allegations and therefore deny the same. Further these allegations constitute legal conclusions which these Defendants are not competent to respond to.

208.    The allegations set forth in paragraph 208 of the FAC are denied insofar as they pertain to these Defendants. Defendants have insufficient information to form a belief as to the truth of the remaining allegations and therefore deny the same.

209.    The allegations set forth in paragraph 209 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied. Defendants have insufficient information to admit or deny the allegations insofar as they pertain to other Defendants herein, and therefore deny the same.

210.    The allegations set forth in paragraph 210 of the FAC constitute legal conclusions which these Defendants are not competent to respond to. To the extent a response can be deemed to be required, the allegations are denied. Defendants have insufficient information to admit or deny the allegations insofar as they pertain to other Defendants herein, and therefore deny the same.

211.    The allegations contained in paragraph 211 of the FAC require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

212.    The allegations contained in paragraph 212 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

213.    The allegations contained in paragraph 213 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

214.    The allegations contained in paragraph 214 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

215.    The allegations contained in paragraph 215 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

216.    The allegations contained in paragraph 216 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

217.    The allegations contained in paragraph 217 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied. These Defendants admit that LaSalle transported Roxsana from Imperial to SLRDC.

218.    The allegations contained in paragraph 218 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

219.    The allegations contained in paragraph 219 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

220.    The allegations contained in paragraph 220 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

221.    The allegations contained in paragraph 221 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

222.    The allegations contained in paragraph 222 of the FAC require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

223.    The allegations contained in paragraph 223 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

224.    The allegations contained in paragraph 224 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

225.    The allegations contained in paragraph 225 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

226. The allegations contained in paragraph 226 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

227. The allegations contained in paragraph 227 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

228. The allegations contained in paragraph 228 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

229. The allegations contained in paragraph 229 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

230. The allegations contained in paragraph 230 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

231. The allegations contained in paragraph 231 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

232. The allegations contained in paragraph 232 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

233.    The allegations contained in paragraph 233 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

234.    The allegations contained in paragraph 234 of the FAC require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

235.    The allegations contained in paragraph 235 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

236.    The allegations contained in paragraph 236 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

237.    The allegations contained in paragraph 237 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

238.    The allegations contained in paragraph 238 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

239.    The allegations contained in paragraph 239 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

240.    The allegations contained in paragraph 240 of the FAC require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

241.    The allegations contained in paragraph 241 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

242.    The allegations contained in paragraph 242 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

243.    The allegations contained in paragraph 243 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

244.    The allegations contained in paragraph 244 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

245.    The allegations contained in paragraph 245 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

246.    The allegations contained in paragraph 246 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

247. The allegations contained in paragraph 247 of the FAC do not pertain to these Defendants, require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

248. The allegations contained in paragraph 248 of the FAC require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

249. With regard to the allegations contained in paragraph 249 of the FAC, these Defendants admit that they acted pursuant to a contract with ICE with respect to their custody and transportation of Decedent. The remaining allegations in paragraph 249 are legal conclusions with these Defendants are not competent to respond to and therefore deny the same.

250. The allegations contained in the first sentence of paragraph 250 of the FAC are legal conclusions which these Defendants are not competent to respond to and therefore deny the same. The remaining allegations of paragraph 250 are denied.

251. The allegations contained in the first sentence of paragraph 251 of the FAC are legal conclusions which these Defendants are not competent to respond to and therefore deny the same. The remaining allegations contained in paragraph 251 are denied.

252. The allegations contained in paragraph 252 of the FAC constitute legal conclusions which these Defendants are not competent to respond to and therefore deny the same.

253. The allegations contained in paragraph 253 of the FAC are denied.

254. The allegations contained in the first sentence of paragraph 254 of the FAC are denied. The remaining allegations constitute legal conclusions which these Defendants are not competent to respond to and therefore deny the same.

255.    The allegations contained in paragraph 255 of the FAC constitute legal conclusions which these Defendants are not competent to respond to and therefore deny the same.

256.    The allegations contained in paragraph 256 of the FAC constitute legal conclusions which these Defendants are not competent to respond to and therefore deny the same.

257.    The allegations contained in paragraph 257 of the FAC constitute legal conclusions which these Defendants are not competent to respond to and therefore deny the same.

258.    The allegations contained in paragraph 258 of the FAC constitute legal conclusions which these Defendants are not competent to respond to and therefore deny the same.

259.    The allegations contained in paragraph 259 of the FAC require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

260.    The allegations contained in the paragraph 260 of the FAC are denied.

261.    The allegations contained in paragraph 261 of the FAC constitute legal conclusions which these Defendants are not competent to respond to and therefore deny the same.

262.    The allegations contained in the paragraph 262 of the FAC are denied.

263.    The allegations contained in paragraph 263 of the FAC constitute legal conclusions which these Defendants are not competent to respond to and therefore deny the same.

264.    The allegations contained in paragraph 264 of the FAC constitute legal conclusions which these Defendants are not competent to respond to and therefore deny the same. Defendants specifically deny that they denied Decedent food, water and access to a restroom.

265.    The allegations contained in the paragraph 265 of the FAC are denied.

266. The allegations contained in paragraph 266 of the FAC constitute legal conclusions which these Defendants are not competent to respond to and therefore deny the same.

267. The allegations contained in paragraph 267 of the FAC constitute legal conclusions which these Defendants are not competent to respond to and therefore deny the same.

268. The allegations contained in the paragraph 268 of the FAC are denied.

269. The allegations contained in the paragraph 269 of the FAC are admitted to the extent that the employees in question were not disciplined. All remaining allegations are denied.

270. The allegations contained in the paragraph 270 of the FAC are denied. Further these allegations constitute legal conclusions which these Defendants are not competent to respond to.

271. The allegations contained in paragraph 271 of the FAC require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

272. The allegations contained in paragraph 272 of the FAC are denied, as no LaSalle employee observed the kind of behavior on the part of Decedent Plaintiff describes.

273. The allegations contained in the paragraph 273 of the FAC are denied.

274. The allegations contained in the first sentence of paragraph 274 of the FAC are denied. Defendants have insufficient information to form a belief as to the truth of the remaining allegations and therefore deny the same.

275. The allegations contained in paragraph 275 of the FAC constitute legal conclusions which these Defendants are not competent to respond to and therefore deny the same.

276.    The allegations contained in paragraph 276 of the FAC require no response from these Defendants and therefore, none is made. To the extent that a response can be deemed to be required, the allegations are denied.

277.    The remaining allegations of the FAC, as set forth in paragraphs 277 through 372 do not pertain to these Defendants and therefore no response is required from them. To the extent that a response can be deemed to be required, the allegations contained in paragraphs 277 through 372 of the FAC are denied.

278.    Any allegations contained in the FAC which have not been specifically admitted herein are hereby denied.

## Affirmative Defenses

A.    The FAC fails to state a claim for which relief may be granted.

B.    Plaintiff's damages were caused by others named and/or not named in this action.

C.    To the extent that Defendants were negligent, which is specifically denied, their negligence must be compared to that of others named and/or not named herein.

D.    Plaintiff's claims for punitive damages are barred because Defendants did not act with any culpable mental intent.

E.    Plaintiff's claims are barred by the applicable statute of limitations.

F.    Defendants' alleged acts or omissions are not the proximate cause of Plaintiff's damages.

G.    Plaintiff's damages were caused by preexisting medical conditions which acted as a superseding, intervening cause.

H.   Assumption of the risk.

I.   Estoppel.

J.   Laches.

K.   Contributory Negligence.

L.   Defendants reserve the right to assert additional affirmative defenses as warranted by discovery.

*Respectfully Submitted:*

*/s/ Adam Daniel Rafkin, Esq., Attorney at Law*
ADAM DANIEL RAFKIN, Esq.
Adam D. Rafkin, P.C.
P.O. Box 1912
Ruidoso, New Mexico  88355
(575) 257-0129/(575) 257-0113 Fax
adr@rafkinlaw.com
ATTORNEY FOR DEFENDANTS
LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC, and
LASALLE MANAGEMENT COMPANY LLC

## Certificate of Service

I HEREBY CERTIFY THAT on the 3rd day of May, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Daniel Yohalem, Esq.
Daniel Yohalem Attorney at Law
1121 Paseo de Peralta
Santa Fe, New Mexico 87501
(505) 983-9433/(505) 989-4844 Fax
daniel.yohalem@gmail.com
ATTORNEY FOR PLAINTIFF

Dale Melchert, Esq.
Lynly Egyes, Esq.
Transgender Law Center
P.O. Box 70976
Oakland, California 94612
(510) 407-6367
(973) 454-6325
dale@transgenderlawcenter.org
lynly@transgenderlawcenter.org
ATTORNEYS FOR PLAINTIFF

Katherine Murray, Esq.
Attorney at Law
P.O. Box 5266
Santa Fe, New Mexico 87502
(505) 670-3943
kemurraylaw@gmail.com
ATTORNEY FOR PLAINTIFF

R. Andrew Free, Esq.
The Law Office of R. Andrew Free
P.O. Box 90568
Nashville, Tennessee 37209
(844) 321-3221/(615) 829-8959 Fax
andrew@immigrantcivilrights.com
ATTORNEY FOR PLAINTIFF

Kimberly A. Evans, Esq.
Grant & Eisenhofer, P.A.
123 S. Justison Street, 7th Floor
Wilmington, Delaware 19801
(302) 622-7086/(302) 622-7100 Fax
kevans@gelaw.com
ATTORNEY FOR PLAINTIFF

Irene R. Lax, Esq.
Grant & Eisenhofer, P.A.
485 Lexington Avenue, 29th Floor
New York, New York 10017
(646) 722-8512/(646) 722-8501 Fax
ilax@gelaw.com
ATTORNEY FOR PLAINTIFF

Gregory D. Steinman, Esq.
Celina C. Hoffman, Esq.
Madison, Mroz, Steinman, Kenny &
Olexy, P.A.
P.O. Box 25467
Albuquerque, New Mexico 87125
(505) 242-2177/(505) 242-7184 Fax
gds@madisonlaw.com
cch@madisonlaw.com
*Attorneys for Defendant Global Precision Systems LLC*

Christina Muscarella Gooch, Esq.
Alison K. Goodwin, Esq.
Sutin, Thayer & Browne, P.C.
P.O. Box 1945
Albuquerque, New Mexico 87103
(505) 883-2500
TMG@sutinfirm.com
AKG@sutinfirm.com
*Attorneys for Defendant Management & Training Corporation*

Daniel P. Struck, Esq., Az Bar No. 012377
Jacob B. Lee, Esq., Az Bar No. 030371
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
(480) 420-1600/(48) 420-1696 Fax
dstruck@strucklove.com
jlee@strucklove.com
*Attorneys for Defendants Transcor America, LLC and CoreCivic Inc.*

Deborah D. Wells, Esq.
Debra J. Moulton, Esq.
Kennedy, Moulton & Wells, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
(505) 884-7887/(505) 884-7123 Fax
ddwells@kmwpc.com
dmoulton@kmwpc.com
*Attorneys for Defendants TransCor America, LLC and CoreCivic Inc.*

Electronically filed:

***/s/ Adam Daniel Rafkin, Esq., Attorney at Law***
ADAM DANIEL RAFKIN, Esq.