IN UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF NEW MEXICO

**JOLENE K. YOUNGERS,**
**AS PERSONAL REPRESENTATIVE OF THE**
**WRONGFULD DEATH ESTATE OF ROXSANA**
**HERNANDEZ,**

      Plaintiff,

v.                                              1:20-cv-00465 JAP-JHR

**MANAGEMENT & TRAINING CORPORATION,**
**LASALLE CORRECTIONS TRANSPORT LLC,**
**LASALLE CORRECTIONS WEST LLC,**
**LASALLE MANAGEMENT COMPANY LLC,**
**GLOBAL PRECISION SYSTEMS LLC,**
**TRANSCOR AMERICA LLC,**
**CORRECTIVE, INC,**

      Defendants.

## GLOBAL PRECISION SYSTEMS, LLC'S MOTION TO DISMISS COUNTS I and II

      DEFENDANT, Global Precision Systems, LLC ("GPS"), through its counsel of record, Madison, Mroz, Steinman, Kenny & Olexy, P.A., (Gregory D. Steinman), pursuant to Fed.R.Civ.P. 12(b)(6), hereby moves the Court to dismiss Counts I and II against it. As grounds for this Motion, GPS states:

      1.      The Court has dismissed Plaintiff's Counts I and II pursuant to a Motion filed by Defendants TransCor America, LLC and CoreCivic, Inc.

      2.      Plaintiff's allegations against GPS, pursuant to Counts I and II, are identical to those asserted, and dismissed, against TransCor America, LLC and CoreCivic, Inc.

      3.      To the extent the Court's Order of April 19, 2021, has not already done so, GPS respectfully requests that the Court dismiss Counts I and II against GPS.

Respectfully submitted,

Madison, Mroz, Steinman,
Kenny & Olexy, P.A.


By: */s/ Gregory D. Steinman*
Gregory D. Steinman
P.O. Box 25467
Albuquerque, NM 87125-5467
(505) 242-2177
gds@madisonlaw.com
*Attorneys for Defendant*
*Global Precision Systems, LLC*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of May, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the notice of electronic filing.

Debra J. Moulton dmoulton@kmwpc.com, assistant@kmwpc.com, sesg@kmwpc.com
Adam D. Rafkin rr@rafkinlaw.com, adr@rafkinlaw.com, legal2@rafkinlaw.com
Deborah D. Wells ddwells@kmwpc.com
Daniel Yohalem Daniel.yohalem@gmail.com
Daniel P. Struck dstruck@strucklove.com, arowley@strucklove.com, swolford@strucklove.com
Christina Muscarella Gooch tmg@sutinfirm.com, crf@sutinfirm.com, ljw@sutinfirm.com. pva@sutinfirm.com
Jacob B. Lee JLee@strucklove.com, YTepper@strucklove.com
R. Andrew Free andrew@immigrantcivilrightrs.com
Dale Melchert dale@transgenderlawcenter.org
Lynly Egyes lynly@transgenderlawcenter.org
Alison Kitchel Goodwin AKG@sutinfirm.com
Kimberly A. Evans kevans@gelaw.com
Irene R. Lax  ilax@gelaw.com


*/s/ Gregory D. Steinman*
Madison, Mroz, Steinman, Kenny & Olexy, P.A.