**IN UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF NEW MEXICO**

**JOLENE K. YOUNGERS,
AS PERSONAL REPRESENTATIVE OF THE
WRONGFULD DEATH ESTATE OF ROXSANA
HERNANDEZ,**

     **Plaintiff,**

**v.**                                                                         **1:20-cv-00465 JAP-JHR**

**MANAGEMENT & TRAINING CORPORATION,
LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORRECTIVE, INC,**

     **Defendants.**
**and**

**GLOBAL PRECISION SYSTEMS, LLC,**

     **Third-Party Plaintiff,**

**v.**

**ASSET PROTECTION AND SECURITY SERVICES, L.P.**

     **Third-Party Defendant.**

## ORDER GRANTING SECOND MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT AGAINST ASSET PROTECTION AND SECURITY SERVICES, LP

THIS MATTER comes before the Court upon Global Precision Systems, LLC's Second

Motion for Leave to File Third-Party Complaint Against Asset Protection and Security Services,

LP.  The Court finds the Motion well-taken and grants the Motion.

It is hereby ORDERED that Global Precision Systems, LLC may file the Third-Party Complaint attached to its Second Motion.

_____

JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE

Submitted by,

*/s/ Gregory D. Steinman*
Gregory D. Steinman
Madison, Mroz, Steinman, Kenny & Olexy, P.A.
P.O. Box 25467
Albuquerque, NM 87125-5467
(505) 242-2177
gds@madisonlaw.com
*Attorneys for Global Precision Systems, LLC*


Approved by,

Daniel Yohalem
Attorney at Law
1121 Paseo de Peralta
Sana Fe, NM 87501
(505) 983-9433
dyohalem@aol.com
*Attorney for Plaintiff*

*Consented via email on 05/21/21*
Dale Melchert *Pro Hac Vice*
Lynly Egyes *Pro Hac Vice*
Transgender Law Center
P.O. Box 70976
Oakland, CA 94612
(510) 380-8229
dale@transgenderlawcenter.org
lynly@transgenderlawcenter.org
*Attorney for Plaintiff*

Kimberly A. Evans *Pro Hac Vice*
*Forthcoming*
Irene Lax *Pro Hac Vice Forthcoming*
Grant & Eisenhofer P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
(302) 622-7086
levams@gelaw.com
ilax@gelaw.com
*Attorney for Plaintiff*

*No Objection via email on 05/20/21*
Daniel P. Struck
Jacob B. Lee
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
(480) 420-1600
dstruck@strucklove.com
jlee@strucklove.com
*Attorneys for Defendants TransCor America, LLC and CoreCivic, Inc.*

*Does not oppose via email on 05/20/21*
Christina Muscarella Gooch
Alison K. Goodwin

Katherine Murray
Attorney at Law
P.O. Box 5266
Santa Fe, NM 87502
(505) 670-3943
kemurraylaw@gmail.com
*Attorney for Plaintiff*

R. Andrew Free *Pro Hac Vice*
The Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
(844) 321-3221
andrew@immigrantcivilrights.com
*Attorney for Plaintiff*

*Stipulated to via email on 05/20/21*
Adam D. Rafkin
Adam D. Rafkin, P.C.
P.O. Box 1912
Ruidoso, NM 88355
(575) 257-0129
adr@rafkinlaw.com
*Attorney for Defendant*
*LaSalle Corrections Transport LLC,*
*LaSalle Corrections West LLC, and*
*LaSalle Management Company, LLC*

Deborah D. Wells
Debra J. Moulton
Kennedy, Moulton & Wells, P.C.
2201 San Pedro NE, Bldg 3, Suite 200
Albuquerque, NM 87110
(505) 884-7887
dwells@kmwpc.com
dmoulton@kmwpc.com
*Attorneys for Defendants TransCor America, LLC and Core Civic Inc.*

Sutin, Thayer & Browne, P.C.
PO Box 1945
Albuquerque, NM 87103
(505) 883-2500
tmg@sutinfirm.com
akg@sutinfirm.com
*Attorneys for Defendant Management &*
*Training Corporation*