**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JOLEEN K. YOUNGERS, as the Personal
Representative of the Wrongful Death
Estate of Roxsana
Hernandez,

      Plaintiff,

vs.                                                                 Civ. No. 20-465 JAP/JHR

MANAGEMENT & TRAINING
CORPORATION *et al.*,

      Defendants.

**STIPULATED ORDER DISMISSING DEFENDANT MANAGEMENT & TRAINING**
**CORPORATION WITHOUT PREJUDICE**

On May 28, 2021, Plaintiff Joleen K. Youngers, as the Personal Representative of the Wrongful Death Estate of Roxsana Hernandez, and Defendant Management & Training Corporation ("MTC") submitted a STIPULATED MOTION TO DISMISS DEFENDANT MANAGEMENT & TRAINING CORPORATION WITHOUT PREJUDICE, Doc. 74. Having reviewed the Motion and being otherwise fully advised, the Court FINDS the Motion should be GRANTED.

IT IS ORDERED THAT:

1.     Defendant MTC is DISMISSED WITHOUT PREJUDICE.

2.     By stipulation of the parties, the statute of limitations for any of Plaintiff's claims against MTC set forth in Plaintiff's FIRST AMENDED COMPLAINT (Doc. 9) is tolled until two weeks after the close of discovery in this lawsuit.

_____
SENIOR UNITED STATES DISTRICT JUDGE