**IN UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF NEW MEXICO**

**JOLENE K. YOUNGERS,
AS PERSONAL REPRESENTATIVE OF THE
WRONGFULD DEATH ESTATE OF ROXSANA
HERNANDEZ,**

     **Plaintiff,**

**v.**                                            **1:20-cv-00465 JAP-JHR**

**MANAGEMENT & TRAINING CORPORATION,
LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORRECTIVE, INC,**

     **Defendants.**
**and**

**GLOBAL PRECISION SYSTEMS, LLC,**

     **Third-Party Plaintiff,**

**v.**

**ASSET PROTECTION AND SECURITY SERVICES, L.P.**

     **Third-Party Defendant.**

### ORDER GRANTING JOINT MOTION REGARDING JOINT STATUS REPORT AND INITIAL DISCOVERY

THIS MATTER came before the Court upon the Parties' Joint Motion Regarding Joint

Status Report and Initial Discovery.  The Court finds the Motion well taken and grants the Motion.

The Court Orders:

1.      The Court will set a new deadline for the filing of the Joint Status Report after Asset Protection and Security Services, L.P., has entered its appearance and, if applicable, after the United States of America enters its appearance.

2.      The Scheduling Conference currently set for June 28, 2021 is vacated.

3.      The current Parties will make their Initial Disclosures no later than June 18, 2021.

4.      The current Parties may serve as many as 25 interrogatories and 25 requests for admission on any other party.  Responses will be due within 30 days.

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE

Submitted by,


*/s/ Gregory D. Steinman*
Gregory D. Steinman
Madison, Mroz, Steinman, Kenny & Olexy, P.A.
P.O. Box 25467
Albuquerque, NM 87125-5467
(505) 242-2177
gds@madisonlaw.com
*Attorneys for Global Precision Systems, LLC*


Approved by,


| | |
|---|---|
| Daniel Yohalem<br>Attorney at Law<br>1121 Paseo de Peralta<br>Santa Fe, NM 87501<br>(505) 983-9433<br>dyohalem@aol.com<br>*Attorney for Plaintiff* | Katherine Murray<br>Attorney at Law<br>P.O. Box 5266<br>Santa Fe, NM 87502<br>(505) 670-3943<br>kemurraylaw@gmail.com<br>*Attorney for Plaintiff* |
| *Approved via email on 06/07/21*<br>Dale Melchert *Pro Hac Vice*<br>Lynly Egyes *Pro Hac Vice*<br>Transgender Law Center<br>P.O. Box 70976<br>Oakland, CA 94612<br>(510)380-8229<br>dale@transgenderlawcenter.org<br>lnly@transgenderlawcenter.org<br>*Attorney for Plaintiff* | R. Andrew Free *Pro Hac Vice*<br>The Law Office of R. Andrew Free<br>P.O. Box 90568<br>Nashville, TN 37209<br>(844) 321-3221<br>andrew@immigrantcivilrights.com<br>*Attorney for Plaintiff* |

| | |
|---|---|
| Kimberly A. Evans *Pro Hac Vice Forthcoming*<br>Irene Lax *Pro Hac Vice Forthcoming*<br>Grant & Eisenhofer P.A.<br>123 Justison Street, 7th Floor<br>Wilmington, DE 19801<br>(302) 622-7086<br>levams@gelaw.com<br>ilax@gelaw.com<br>*Attorney for Plaintiff* | *Approved via email on 06/01/21*<br>Adam D. Rafkin<br>Adam D. Rafkin, P.C.<br>P.O. Box 1912<br>Ruidoso, NM 88355<br>(575) 257-0129<br>adr@rafkinlaw.com<br>*Attorney for Defendant*<br>*LaSalle Corrections Transport LLC,*<br>*LaSalle Corrections West LLC, and*<br>*LaSalle Management Company, LLC* |
| *Approved via email on 06/03/21*<br>Daniel P. Struck<br>Jacob B. Lee<br>Struck Love Bojanowski & Acedo, PLC<br>3100 West Ray Road, Suite 300<br>Chandler, AZ 85226<br>(480) 420-1600<br>dstruck@strucklove.com<br>jlee@strucklove.com<br>*Attorneys for Defendants TransCor America, LLC and Core Civic, Inc.* | Deborah D. Wels<br>Debra J. Moulton<br>Kennedy, Moulton & Wells, P.C.<br>2201 San Pedro NE, Bldg 3, Suite 200<br>Albuquerque, NM 87110<br>(505) 884-7887<br>dwells@kmwpc.com<br>dmoulton@kmwpc.com<br>*Attorneys for Defendants TransCor America, LLC and Core Civic, Inc.* |