IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOLENE K. YOUNGERS,
AS PERSONAL REPRESENTATIVE OF THE
WRONGFULD DEATH ESTATE OF ROXSANA
HERNANDEZ,

     Plaintiff,

v.                                               1:20-cv-00465 WPJ-JHR

MANAGEMENT & TRAINING CORPORATION,
LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORRECTIVE, INC,

     Defendants.

and

GLOBAL PRECISION SYSTEMS, LLC,

     Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.

     Third-Party Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND THIRD-PARTY DEFENDANT ASSET PROTECTION AND SECURITY SERVICES, L.P.'S ANSWER DEADLINE

THE COURT having reviewed the Unopposed Motion to Extend Third-Party Defendant's

Answer pursuant to Rule 12(a), and finding that good cause exists, it is hereby ORDERED that

Third-Party Defendant Asset Protection and Security Services, L.P. is granted an extension of time

to file their Answer by November 12, 2021.

_____

THE HONORABLE JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE


SUBMITTED:

GUEBERT GENTILE & PIAZZA P.C.



By_____*/s/ Clinton E. Dow*_____
        Robert F. Gentile
        Clinton E. Dow
        P.O. Box 93880
        Albuquerque, NM 87199-3880
        (505) 823-2300
        rgentile@guebertlaw.com
        cdow@guebertlaw.com
        *Attorneys for Third-Party Defendant*
        *Asset Protection and Security Services, L.P.*


APPROVED AS TO FORM

MADISON, MROZ, STEINMAN, KENNY & OLEXY, P.A.



By _____*Approved Electronically on 10/14/2021*_____
        Gregory D. Steinman
        Aaron K. Thompson
        P.O. Box 25467
        Albuquerque, NM 87125-5467
        (505) 242-2177
        gds@madisonlaw.com
        akt@madisonlaw.com
        *Attorneys for Defendant*
        *Global Precision Systems, LLC*


F:\Clients\0300.982\Pleadings\Draft\120-cv-00465 WPJ-JHR.Proposed.Order.Mtn.Ext.Answer.docx/krg


2

OTHER PARTIES TO BE NOTIFIED

Daniel Yohalem
Attorney at Law
1121 Paseo de Peralta
Santa Fe, New Mexico 87501
Phone: 505-983-9433 Fax 505-989-4844
During Covid: 505-690-2193
daniel.yohalem@gmail.com
*Attorney for Plaintiff*

Kimberly A. Evans, *Pro Hac Vice*
Carla Agbiro, Pro Hac Vice
Forthcoming
Grant & Eisenhofer P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
Tel: (302) 622-7086
kevans@gelaw.com
*Attorney for Plaintiff*

R. Andrew Free *Pro Hac Vice*
The Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
(844) 321-3221
andrew@immigrantcivilrights.com
*Attorney for Plaintiff*

Adam D. Rafkin
Adam D. Rafkin, P.C.
P.O. Box 1912
Ruidoso, NM 88355
(575) 257-0129
adr@rafkinlaw.com
*Attorney for Defendants*
*LaSalle Corrections Transport LLC,*
*LaSalle Corrections West LLC, and*
*LaSalle Management Company, LLC*

Katherine Murray
Attorney at Law
P.O. Box 5266
Santa Fe, New Mexico 87502
Phone: 505-670-3943
Dale Melchert, *Pro Hac Vice*
Lynly Egyes, *Pro Hac Vice*
Transgender Law Center P.O. Box 70976
Oakland, CA 94612
dale@transgenderlawcenter.org
lynly@transgenderlawcenter.org
*Attorney for Plaintiff*

Irene R. Lax, *Pro Hac Vice*
Grant & Eisenhofer P.A.
485 Lexington Avenue
New York, NY 10017
Tel: (646)-722-8512
ilax@gelaw.com
*Attorney for Plaintiff*
Daniel P. Struck
Jacob B. Lee
Anne Orcutt
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel: (480) 420-1600
jlee@strucklove.com
*Attorneys for Defendants TransCor America, LLC and*
*Core Civic, Inc.*

Deborah D. Wells
Debra J. Moulton
Kennedy, Moulton & Wells, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, NM 87110
ddwells@kmwpc.com
dmoulton@kmwpc.com
*Attorneys for Defendants TransCor America, LLC*
*and CoreCivic Inc.*

Christina Muscarella Gooch
Alison K. Goodwin
Sutin, Thayer & Brown, P.C.
PO Box 1945
Albuquerque, NM 87103
(505) 883-2500
tmg@sutinfirm.com
akg@sutinfirm.com
*Attorneys for Defendant Management &
Training Corporation*