**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JOLEEN K. YOUNGERS, as Personal
Representative of the Wrongful Death
Estate of ROXSANA HERNANDEZ,

      **Plaintiff,**

v.                                                              **No. 1:21-cv-00620-WJ-JFR**

UNITED STATES OF AMERICA,

      **Defendant.**

## ORDER CONSOLIDATING RELATED CASES

THIS MATTER came before the Court upon Plaintiff's Unopposed Motion to Consolidate Related Cases. Based on the fact that this case is closely related to the earlier-filed *Youngers v. Management and Training Corporation et al.*, No. 1:20-cv-00465-WJ-JHR (D.N.M.), that both cases arise out of a common set of facts, that consolidation of the cases will serve the interests of judicial and litigation economy and efficiency, and that consolidation is not opposed, and for good cause shown, the Court **GRANTS** Plaintiff's motion and **ORDERS** that this case is hereby consolidated with the related action, captioned *Youngers v. Management and Training Corporation et al.*, No. 1:20-cv-00465-WJ-JHR (D.N.M.). Within 21 days of the issuance of this Order, Plaintiff shall file a Second Amended Complaint in *Youngers v. Management and Training Corporation et al.*, complying with the requirements outlined in the Order regarding reconsideration and amendment (filed concurrently with this Order) and stating all claims to be asserted against the United States of America in the consolidated cases.

    **IT IS SO ORDERED.**

                                   _____
                                   WILLIAM P. JOHNSON
                                   CHIEF UNITED STATES DISTRICT JUDGE