## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

     Plaintiff,

v.                                                                          Case No. 20-cv-00465-WJ-JHR

MANAGEMENT & TRAINING CORPORATION,
LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC, and
CORECIVIC, INC.,

     Defendants.

## ORDER VACATING CONSOLIDATION ORDER

The Court's Order Granting Motion to Consolidate Related Cases (Doc. 107) was filed

prematurely. The Court therefore VACATES the above-named Order (Doc. 107).

**IT IS SO ORDERED.**

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE