**UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF NEW MEXICO**

**JOLENE K. YOUNGERS,
AS PERSONAL REPRESENTATIVE OF THE
WRONGFUL DEATH ESATE OF ROXSANA
HERNANDEZ,**

> **Plaintiff,**

**v.**                                      **1:20-cv-00465-WJ-JHR**

**MANAGEMENT & TRAINING CORPORATION,
LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC.,**

> **Defendants.**

**and**

**GLOBAL PRECISION SYSTEMS, LLC,**

> **Third-Party Plaintiff,**

**v.**

**ASSET PROTECTION AND SECURITY SERVICES, L.P.,**

> **Third-Party Defendant.**

**<ins>ANSWER OF GLOBAL PRECISION SYSTEMS, LLC TO SECOND AMENDED
COMPLAINT AND THIRD-PARTY COMPLAINT AGAINST ASSET
PROTECTION AND SECURITY SERVICES, L.P.</ins>**

1

DEFENDANT, Global Precision Systems, LLC, through its counsel of record, Madison, Mroz, Steinman, Kenny and Olexy, P.A., (Gregory D. Steinman and Jari L. Rubio), answers Plaintiff's Second Amended Complaint as follows:

1.    This Defendant denies the allegations of Paragraph 1, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

2.    This Defendant denies the allegations of Paragraph 2, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

3.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 3.

4.    This Defendant denies the allegations of Paragraph 4, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

5.    This Defendant denies the allegations of Paragraph 5, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

6.    This Defendant denies the allegations of Paragraph 6, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

7.    This Defendant denies the allegations of Paragraph 7, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

8.      This Defendant denies the allegations of Paragraph 8, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

9.      This Defendant denies the allegations of Paragraph 9, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

10.     This Defendant denies the allegations of Paragraph 10, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

11.     This Defendant denies the allegations of Paragraph 11, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

12.     This Defendant denies the allegations of Paragraph 12, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

13.     This Defendant denies the allegations of Paragraph 13, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

14.     In answer to Paragraph 14, this Defendant lacks sufficient information to admit or deny that no Defendant is a citizen of New Mexico and that the amount in controversy exceeds $75,000.  Otherwise, this Defendant admits the allegations of Paragraph 14.

15.     In answer to Paragraph 15, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

16.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 16.

17.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 17.

18.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 18.

19.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 19.

20.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 20.

21.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 21.

22.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 22.

23.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 23.

24.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 24.

25.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 25.

26.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 26.

27.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 27.

28.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 28.

29.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 29.

30.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 30.

31.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 31.

32.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 32.

33.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 33.

34.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 34.

35.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 35.

36.    This Defendant admits the allegations of Paragraph 36.

37.    This Defendant admits the allegations of Paragraph 37.  This Defendant further answers that it subcontracted transportation services to Asset Protection & Security Services, L.P.

38.     In answer to Paragraph 38, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant denies the allegations.

39.     This Defendant denies receiving any subsidy and therefore denies the allegations of Paragraph 39.

40.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 40.

41.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 41.

42.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 42.

43.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 43.

44.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 44.

45.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 45.

46.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 46.

47.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 47.

48.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 48.

49. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 49.

50. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 50.

51. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 51.

52. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 52.

53. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 53.

54. In answer to Paragraph 54, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required. To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

55. In answer to Paragraph 55, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required. To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

56. In answer to Paragraph 56, this Defendant admits its subcontractor, Asset Protection & Security Services, L.P., transported the decedent from El Paso to Albuquerque. Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

57. In answer to Paragraph 57, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required. To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

58.    In answer to Paragraph 58, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

59.    In answer to Paragraph 59, this Defendant admits its subcontractor, Asset Protection & Security Services, L.P., transported the decedent from El Paso to Albuquerque. Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

60.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 60.

61.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 61.

62.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 62.

63.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 63.

64.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 64.

65.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 65.

66.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 66.

67.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 67.

68. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 68.

69. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 69.

70. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 70.

71. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 71.

72. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 72.

73. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 73.

74. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 74.

75. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 75.

76. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 76.

77. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 77.

78. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 78.

79.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 79.

80.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 80.

81.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 81.

82.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 82.

83.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 83.

84.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 84.

85.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 85.

86.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 86.

87.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 87.

88.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 88.

89.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 89.

90. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 90.

91. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 91.

92. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 92.

93. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 93.

94. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 94.

95. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 95.

96. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 96.

97. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 97.

98. This Defendant denies the allegations of Paragraph 98, insofar as they are directed to this Defendant. Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

99. In answer to Paragraph 99, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required. To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

100.     In answer to Paragraph 100, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

101.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 101.

102.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 102.

103.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 103.

104.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 104.

105.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 105.

106.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 106.

107.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 107.

108.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 108.

109.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 109.

110.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 110.

111.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 111.

112.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 112.

113.    In answer to Paragraph 113, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

114.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 114.

115.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 115.

116.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 116.

117.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 117.

118.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 118.

119.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 119.

120.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 120.

121.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 121.

122.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 122.

123.    In answer to Paragraph 152, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

124.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 124.

125.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 125.

126.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 126.

127.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 127.

128.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 128.

129.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 129.

130.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 130.

131.    In answer to Paragraph 131, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

132. In answer to Paragraph 132, this Defendant states that the flight arrived at approximately 1:45pm and the passengers arrived at approximately 3:45p.m. Otherwise, this Defendant admits the allegations.

133. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 133.

134. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 134.

135. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 135.

136. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 136.

137. In answer to Paragraph 137, this Defendant admits that at approximately 9:30am on May 16, its subcontractor its subcontractor, Asset Protection & Security Services, L.P., transported Roxsana and other detainees from El Paso to Albuquerque.

138. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 138.

139. This Defendant denies the allegations of Paragraph 139.

140. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 140.

141. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 141.

142. This Defendant denies the allegations of Paragraph 142, upon its present information and belief.

143.    This Defendant denies the allegations of Paragraph 143, upon its present information and belief.

144.    This Defendant denies the allegations of Paragraph 144, upon its present information and belief.

145.    This Defendant denies the allegations of Paragraph 145, upon its present information and belief.

146.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 146.

147.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 147.

148.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 148.

149.    This Defendant denies the allegations of Paragraph 149, upon its present information and belief.

150.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 150.

151.    This Defendant denies the allegations of Paragraph 151, upon its present information and belief.

152.    This Defendant denies the allegations of Paragraph 152, upon its present information and belief.

153.    This Defendant admits the allegations of Paragraph 153, upon its present information and belief.

154.    This Defendant denies the allegations of Paragraph 154.

155.    This Defendant denies the allegations of Paragraph 155.

156.    This Defendant denies the allegations of Paragraph 156.

157.    This Defendant denies the allegations of Paragraph 157, upon its present information and belief.

158.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 158.

159.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 159.

160.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 160.

161.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 161.

162.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 162.

163.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 163.

164.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 164.

165.    In answer to Paragraph 165, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

166.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 166.

167.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 167.

168.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 168.

169.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 169.

170.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 170.

171.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 171.

172.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 172.

173.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 173.

174.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 174.

175.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 175.

176.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 176.

177.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 177.

178.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 178.

179.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 179.

180.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 180.

181.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 181.

182.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 182.

183.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 183.

184.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 184.

185.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 185.

186.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 186.

187.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 187.

188.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 188.

189. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 189.

190. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 190.

191. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 191.

192. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 192.

193. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 193.

194. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 194.

195. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 195.

196. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 196.

197. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 197.

198. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 198.

199. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 199.

200.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 200.

201.    In answer to Paragraph 201, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

202.    In answer to Paragraph 202, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

203.    This Defendant denies the allegations of Paragraph 203, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

204.    In answer to Paragraph 204, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

205.    In answer to Paragraph 205, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

206.    In answer to Paragraph 206, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

207.    In answer to Paragraph 207, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

208.    In answer to Paragraph 208, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

209.    In answer to Paragraph 209, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

210.    In answer to Paragraph 210, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

211.    In answer to Paragraph 211, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

212.    In answer to Paragraph 212, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

213.    In answer to Paragraph 213, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

214.    In answer to Paragraph 214, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

215. In answer to Paragraph 215, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required. To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

216. In answer to Paragraph 216, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required. To the extent an answer is required, this Defendant denies the allegations.

217. In answer to Paragraph 217, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required. To the extent an answer is required, this Defendant denies the allegations.

218. In answer to Paragraph 218, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required. To the extent an answer is required, this Defendant denies the allegations.

219. In answer to Paragraph 219, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required. To the extent an answer is required, this Defendant denies the allegations.

220. In answer to Paragraph 220, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required. To the extent an answer is required, this Defendant denies the allegations.

221. In answer to Paragraph 221, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required. To the extent an answer is required, this Defendant denies the allegations.

222.    In answer to Paragraph 222, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant denies the allegations.

223.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 223.

224.    This Defendant denies the allegations of Paragraph 224, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

225.    This Defendant denies the allegations of Paragraph 225, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

226.    In answer to Paragraph 226, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant denies the allegations.

227.    In answer to Paragraph 227, this Defendant incorporates by reference its answers top Paragraphs 1 through 226.

228.    In answer to Paragraph 228, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

229.    In answer to Paragraph 229, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

230.    In answer to Paragraph 230, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

231.    This Defendant denies the allegations of Paragraph 231, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

232.    In answer to Paragraph 232, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

233.    In answer to Paragraph 233, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

234.    In answer to Paragraph 234, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

235.    In answer to Paragraph 235, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

236.    This Defendant denies the allegations of Paragraph 236, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

237.     This Defendant denies the allegations of Paragraph 237, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

238.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 238.

239.     This Defendant denies the allegations of Paragraph 239, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

240.     This Defendant denies the allegations of Paragraph 240, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

241.     This Defendant denies the allegations of Paragraph 241, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

242.     In answer to Paragraph 242, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant denies the allegations.

243.     This Defendant denies the allegations of Paragraph 243, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

244.     This Defendant denies the allegations of Paragraph 244, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

245.    This Defendant denies the allegations of Paragraph 245, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

246.    In answer to Paragraph 246, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant denies the allegations.

247.    In answer to Paragraph 247, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant denies the allegations.

248.    This Defendant denies the allegations of Paragraph 248, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

249.    In answer to Paragraph 249, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant denies the allegations.

250.    In answer to Paragraph 250, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant denies the allegations.

251.    In answer to Paragraph 251, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant denies the allegations.

252.    In answer to Paragraph 252, this Defendant incorporates by reference its answers to Paragraphs 1 through 251.

253. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 253.

254. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 254.

255. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 255.

256. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 256.

257. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 257.

258. In answer to Paragraph 258, this Defendant incorporates by reference its answers to Paragraphs 1 through 257.

259. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 259.

260. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 260.

261. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 261.

262. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 262.

263. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 263.

264.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 264.

265.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 265.

266.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 266.

267.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 267.

268.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 268.

269.    In answer to Paragraph 269, this Defendant incorporates by reference its answers to Paragraphs 1 through 268.

270.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 270.

271.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 271.

272.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 272.

273.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 273.

274.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 274.

275.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 275.

276.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 276.

277.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 277.

278.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 278.

279.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 279

280.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 280.

281.    In answer to Paragraph 281, this Defendant incorporates by reference its answers to Paragraphs 1 through 280.

282.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 282.

283.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 283.

284.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 284.

285.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 285.

286.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 286.

287.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 287.

288.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 288.

289.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 289.

290.    In answer to Paragraph 290, this Defendant incorporates by reference its answers to Paragraphs 1 through 289.

291.    This Defendant denies the allegations of Paragraph 291.

292.    This Defendant denies the allegations of Paragraph 292.

293.    This Defendant denies the allegations of Paragraph 293

294.    This Defendant denies the allegations of Paragraph 294.

295.    This Defendant denies the allegations of Paragraph 295.

296.    This Defendant denies the allegations of Paragraph 296.

297.    This Defendant denies the allegations of Paragraph 297.

298.    This Defendant denies the allegations of Paragraph 298.

299.    This Defendant denies the allegations of Paragraph 299.

300.    In answer to Paragraph 300, this Defendant incorporates by reference its answers to Paragraphs 1 through 299.

301.    This Defendant denies the allegations of Paragraph 301.

302.    This Defendant denies the allegations of Paragraph 302.

303. This Defendant denies the allegations of Paragraph 303.

304. This Defendant denies the allegations of Paragraph 304.

305. This Defendant denies the allegations of Paragraph 305.

306. This Defendant denies the allegations of Paragraph 306.

307. This Defendant denies the allegations of Paragraph 307.

308. This Defendant denies the allegations of Paragraph 308.

309. This Defendant denies the allegations of Paragraph 309.

310. This Defendant denies the allegations of Paragraph 310.

311. This Defendant denies the allegations of Paragraph 311.

312. This Defendant denies the allegations of Paragraph 312.

313. This Defendant denies the allegations of Paragraph 313.

314. This Defendant denies the allegations of Paragraph 314.

315. This Defendant denies the allegations of Paragraph 315.

316. This Defendant denies the allegations of Paragraph 316.

317. In answer to Paragraph 317, this Defendant incorporates by reference its answers to Paragraphs 1 through 316.

318. This Defendant denies the allegations of Paragraph 318.

319. This Defendant denies the allegations of Paragraph 319.

320. This Defendant denies the allegations of Paragraph 320.

321. This Defendant denies the allegations of Paragraph 321.

322. This Defendant denies the allegations of Paragraph 322.

323. This Defendant denies the allegations of Paragraph 323.

324. This Defendant denies the allegations of Paragraph 324.

325.    This Defendant denies the allegations of Paragraph 325.

326.    This Defendant denies the allegations of Paragraph 326.

327.    This Defendant denies the allegations of Paragraph 327.

328.    In answer to Paragraph 328, this Defendant incorporates by reference its answers to Paragraphs 1 through 327.

329.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 329.

330.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 330.

331.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 331.

332.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 332.

333.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 333.

334.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 334.

335.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 335.

336.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 336.

337.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 337.

338.    In answer to Paragraph 338, this Defendant incorporates by reference its answers to Paragraphs 1 through 337.

339.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 339.

340.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 340.

341.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 341.

342.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 342.

343.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 343.

344.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 344.

345.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 345.

346.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 346.

347.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 347.

348.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 348.

349.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 349.

350.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 350.

351.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 351.

352.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 352.

353.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 353.

354.    In answer to Paragraph 354, this Defendant incorporates by reference its answers to Paragraphs 1 through 353.

355.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 355.

356.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 356.

357.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 357.

358.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 358.

359.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 359.

360.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 360.

361.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 361.

362.    In answer to Paragraph 362, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

363.    In answer to Paragraph 363, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

364.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 364.

365.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 365.

366.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 366.

367.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 367.

368.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 368.

369.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 369.

370.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 370.

371.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 371.

372.    In answer to Paragraph 372, this Defendant incorporates by reference its answers to Paragraphs 1 through 371.

373.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 373.

374.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 374.

375.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 375.

376.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 376.

377.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 377.

378.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 378.

379.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 379.

380.    In answer to Paragraph 380, this Defendant incorporates by reference its answers to Paragraphs 1 through 379.

381. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 381.

382. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 382.

383. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 383.

384. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 384.

385. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 385.

386. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 386.

387. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 387.

388. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 388.

389. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 389.

390. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 390.

391. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 391.

392.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 392.

393.     This Defendant denies the allegations of Paragraph 393, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

394.     In answer to Paragraph 394, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

395.     This Defendant denies the allegations of Paragraph 395, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

396.     This Defendant denies the allegations of Paragraph 396, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

397.     This Defendant denies the allegations of Paragraph 397, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

398.     This Defendant denies the allegations of Paragraph 398, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

399.     This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 399.

400.    This Defendant denies the allegations of Paragraph 400, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations

401.    This Defendant denies the allegations of Paragraph 401, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

402.    This Defendant denies the allegations of Paragraph 402, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

403.    In answer to Paragraph 403, this Defendant incorporates by reference its answers top Paragraphs 1 through 402.

404.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 404.

405.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 405.

406.    Defendant lacks sufficient information to admit or deny the allegations of Paragraph 406.

407.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 407.

408.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 408.

409.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 409.

410. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 410.

411. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 411.

412. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 412.

413. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 413.

414. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 414.

415. In answer to Paragraph 415, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required. To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

416. In answer to Paragraph 416, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required. To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

417. In answer to Paragraph 417, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required. To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

418. In answer to Paragraph 418, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required. To the extent an answer is required, this Defendant denies the allegations.

419. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 419.

420. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 420.

421. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 421.

422. This Defendant denies the allegations of Paragraph 422, insofar as they are directed to this Defendant.  Otherwise, this Defendant denies the allegations.

423. This Defendant denies the allegations of Paragraph 423, insofar as they are directed to this Defendant.  Otherwise, this Defendant lacks sufficient information to admit or deny the allegations.

424. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 424.

425. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 425.

426. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 426.

427. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 427.

428. In answer to Paragraph 428, this Defendant incorporates by reference its answers to Paragraphs 1 through 427.

429. This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 429.

430.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 430.

431.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 431.

432.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 432.

433.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 433.

434.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 434.

435.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 435.

436.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 436.

437.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 437.

438.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 438.

439.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 439.

440.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 440.

441.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 441.

442.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 442.

443.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 443.

444.    In answer to Paragraph 444, this Defendant incorporates by reference its answers to Paragraphs 1 through 443.

445.    In answer to Paragraph 445, this Defendant states that the Paragraph alleges legal conclusions to which no answer is required.  To the extent an answer is required, this Defendant lacks sufficient information to admit or deny the allegations.

446.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 446.

447.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 447.

448.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 448.

449.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 449.

450.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 450.

451.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 451.

452.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 452.

453.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 453.

454.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 454.

455.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 455.

456.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 456.

457.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 457.

458.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 458.

459.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 459.

460.    In answer to Paragraph 460, this Defendant incorporates by reference its answers to Paragraphs 1 through 459.

461.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 461.

462.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 462.

463.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 463.

464.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 464.

465.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 465.

466.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 466.

467.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 467.

468.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 468.

469.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 469.

470.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 470.

471.    In answer to Paragraph 471, this Defendant incorporates by reference its answers to Paragraphs 1 through 470.

472.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 472.

473.    This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 473.

474.   This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 474.

475.   This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 475.

476.   This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 476.

477.   This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 477.

478.   This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 478.

479.   This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 479.

480.   This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 480.

481.   This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 481.

482.   This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 482.

483.   This Defendant lacks sufficient information to admit or deny the allegations of Paragraph 483.

## **OTHER/AFFIRMATIVE DEFENSES**

1.   Plaintiff's complaint, in whole or part, fails to state a claim upon which relief may be granted against this Defendant.

2.      This Defendant preserves its defense that Plaintiff's decedent was comparatively or otherwise at fault for any injury or damages.

3.      This Defendant preserves its defense that one or more of its co-defendants was comparatively or otherwise at fault for any injury or damages.

4.      This Defendant preserves its defense that one or more persons or entities who are not parties to this litigation were comparatively or otherwise at fault for any injury or damages.

5.      This Defendant preserves its defense that Plaintiff or her decedent failed to mitigate their damages.

6.      This Defendant preserves all immunity defenses available to it under the laws of the United States of America, State of New Mexico, State of Texas or any other state.

7.      This Defendant preserves its defense that any punitive damages awarded against it are subject to the limitations of the Constitutions of the United States of America, State of Texas, State of New Mexico or any other state.

8.      This Defendant preserves its defense that Plaintiff lacks standing to bring some or all of the claims asserted against this Defendant.

9.      This Defendant reserves its right to plead other and additional affirmative defenses that may come to light during the course of discovery in this case.

10.     Plaintiff's claims under Texas law are barred by the applicable statute of limitations.

11.     Plaintiff's claims under the Rehabilitation Act are barred by collateral estoppel and *res judicata.*

**WHEREFORE**, this Defendant respectfully requests that Plaintiff take nothing on her Complaint, that the Complaint be dismissed with prejudice, that judgment be entered in favor of

this Defendant, that this Defendant be awarded its costs and attorneys' fees incurred in defending this matter and that this Defendant be awarded such other and further relief as the Court deems just and proper.

## THIRD-PARTY COMPLAINT AGAINST ASSET PROTECTION AND SECURITY SERVICES, L.P.

DEFENDANT/THIRD-PARTY PLAINTIFF, Global Precision Systems, LLC, through its counsel of record, Madison, Mroz, Steinman, Kenny & Olexy, P.A., (Gregory D. Steinman) for its Third-Party Complaint against Asset Protection and Security Services, L.P., states as follows:

1. The Court has jurisdiction over the Parties to this Third-Party Complaint.

2. The Court has jurisdiction over the subject matter of this Third-Party Complaint.

3. Venue for this Third-Party Complaint is appropriate in this Court.

4. Pursuant to Fed.R.Civ.P. 14(a)(1), Asset Protection and Security Services, L.P. is liable to Global Precision Systems, LLC ("GPS") for all or part of the claims against GPS.

5. The bringing of this Third-Party Complaint does not amount to an admission of any allegation of the Plaintiff.

## COUNT I – APPORTIONMENT OF FAULT

6. GPS incorporates by reference the allegations of paragraphs 1 through 5.

7. GPS entered into a subcontract with Asset Protection and Security Services, L.P. ("Asset Protection"), pursuant to which Asset Protection would provide certain services relative to the El Paso Services Processing Center.

8. Pursuant to that agreement, Asset Protection transported Roxsana Hernandez and others from El Paso to Albuquerque on May 16, 2018.

49

9.      Plaintiff seeks to hold GPS liable for alleged acts and omissions committed by the employees of Asset Protection while transporting those persons.

10.      To the extent plaintiff succeeds in holding GPS liable, it will be, in whole or part, by virtue of the alleged acts and omissions of Asset Protection.

11.      By reason of the foregoing and pursuant to Fed.R.Civ.P. 14, any fault attributed to Third-Party Defendant's acts or omissions should be allocated to Asset Protection and GPS should have no liability for those acts and omissions.

## COUNT II – INDEMNITY AND CONTRIBUTION

12.      GPS incorporates by reference the allegations of Paragraphs 1 – 11.

13.      GPS entered into a subcontract with Asset Protection in which Asset Protection agreed to indemnify GPS for any claims or damages that resulted from the acts or omissions of Asset Protection.

14.      Asset Protection has indemnity and contribution obligations to GPS under state and federal common law and statutory law.

15.      Without limiting the scope of this allegation, if GPS is found liable for any act or omission of Asset Protection, it is entitled to indemnity and contribution under New Mexico, Texas and Federal laws pertaining to contribution, proportional indemnity, traditional indemnity and contractual indemnity.

WHEREFORE, GPS requests that Asset Protection be added as a party for the purpose of fault assessment, that the Court enter an Order that Asset Protection must defend and indemnify GPS and that the Court award GPS such other and further relief as it deems just and proper.


Respectfully submitted,

50

Madison, Mroz, Steinman,
Kenny & Olexy, P.A.


By: */s/ Gregory D. Steinman*
      Gregory D. Steinman
      P.O. Box 25467
      Albuquerque, NM 87125-5467
      (505) 242-2177
      gds@madisonlaw.com
      *Attorneys for Defendant*
      *Global Precision Systems, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of January 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the notice of electronic filing.

Daniel Yohalem
Attorney at Law
1121 Paseo de Peralta
Sana Fe, NM 87501
(505) 983-9433
dyohalem@aol.com
*Attorney for Plaintiff*

Katherine Murray
Attorney at Law
P.O. Box 5266
Santa Fe, NM 87502
(505) 670-3943
kemurraylaw@gmail.com
*Attorney for Plaintiff*

Dale Melchert *Pro Hac Vice*
Lynly Egyes *Pro Hac Vice*
Transgender Law Center
P.O. Box 70976
Oakland, CA 94612
(510) 380-8229
dale@transgenderlawcenter.org
lynly@transgenderlawcenter.org
*Attorney for Plaintiff*

R. Andrew Free *Pro Hac Vice*
The Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
(844) 321-3221
andrew@immigrantcivilrights.com
*Attorney for Plaintiff*

Kimberly A. Evans *Pro Hac Vice
Forthcoming*
Irene Lax *Pro Hac Vice Forthcoming*
Grant & Eisenhofer P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
(302) 622-7086
levams@gelaw.com
ilax@gelaw.com
*Attorney for Plaintiff*

Adam D. Rafkin
Adam D. Rafkin, P.C.
P.O. Box 1912
Ruidoso, NM 88355
(575) 257-0129
adr@rafkinlaw.com
*Attorney for Defendant
LaSalle Corrections Transport LLC,
LaSalle Corrections West LLC, and
LaSalle Management Company, LLC*

*/s/ Gregory D. Steinman*
Madison, Mroz, Steinman, Kenny & Olexy, P.A.