## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS, as Personal
Representative of the Wrongful Death
Estate of Roxsana Hernandez,

Plaintiff,

vs.

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., and
UNITED STATES OF AMERICA,

Defendants.

NO. 20-cv-00465-WJ-JHR

### <u>DEFENDANTS TRANSCOR'S AND CORECIVIC'S AMENDED ANSWER TO SECOND AMENDED COMPLAINT (DOC. 111)</u>

Defendants TransCor America, LLC ("TransCor") and CoreCivic, Inc. ("CoreCivic"), through counsel, as and for their Amended Answer to Plaintiff's Second Amended Complaint ("SAC") (collectively, "Defendants") deny each allegation and each claim for relief contained in Plaintiff's SAC which is not expressly admitted or otherwise pled to. Defendants admit, deny, and allege as follows:

3972059

1

**INTRODUCTION**

1.      In answering Paragraph 1 of Plaintiff's SAC, Defendants are without sufficient knowledge or information to form a belief as to the reason Roxsana Hernandez ("Hernandez") was in the United States, and on that basis deny the allegations regarding the same. Defendants deny all remaining allegations in Paragraph 1, and specifically deny all allegations of wrongdoing.

2.      In answering Paragraph 2 of Plaintiff's SAC, Defendants deny the allegations.

3.      In answering Paragraph 3 of Plaintiff's SAC, Defendants admit only that employees of TransCor and CoreCivic were acting within the scope of their employment during the time Hernandez was in their respective physical custody. By so admitting, Defendants do not admit the sufficiency or validity of the claims asserted in the SAC, both of which are specifically denied. Defendants are without sufficient knowledge or information to form a belief as to the remaining allegations in Paragraph 3, and on that basis deny them.

4.      In answering Paragraph 4 of Plaintiff's SAC, Defendants deny the allegations.

5.      In answering Paragraph 5 of Plaintiff's SAC, Defendants admit only that Hernandez weighed 89 pounds when she arrived at CoreCivic's Cibola County Correctional Center ("CCCC"). Defendants deny all remaining allegations.

6.      In answering Paragraph 6 of Plaintiff's SAC, Defendants deny the allegations.

7.      In answering Paragraph 7 of Plaintiff's SAC, Defendants deny the allegations.

3972059

8.  In answering Paragraph 8 of Plaintiff's SAC, Defendants deny the allegations.

9.  In answering Paragraph 9 of Plaintiff's SAC, Defendants deny the allegations.

10.  In answering Paragraph 10 of Plaintiff's SAC Defendants deny the allegations.

11.  In answering Paragraph 11 of Plaintiff's SAC, Defendants deny the allegations.

12.  In answering Paragraph 12 of Plaintiff's SAC, Defendants deny the allegations, and affirmatively allege that TransCor transported Hernandez to CCCC, where she was evaluated by medical staff and transported to a local hospital less than 12 hours later. Defendants further affirmatively allege that, as private government contractors, they had no involvement in determining whether and where to transport and/or house Hernandez.

13.  In answering Paragraph 13 of Plaintiff's SAC, Defendants deny the allegations.

**<u>JURISDICTION AND VENUE</u>**

14.  In answering Paragraph 14 of Plaintiff's SAC, Defendants admit only that this Court has subject-matter jurisdiction based on the claims alleged and the diversity of the parties. By so admitting, Defendants do not admit the sufficiency or validity of the claims asserted in the SAC, both of which are specifically denied. Defendants deny that Plaintiff has a remaining claim against them under Section 504 of the Rehabilitation Act, as this claim was dismissed against them, and the Court declined to reconsider the dismissal. (Doc. 58, 109.)

15.  In answering Paragraph 15 of Plaintiff's SAC, Defendants admit only that

3972059

this Court is a proper venue for resolution of Plaintiff's claims. By so admitting, Defendants do not admit the sufficiency or validity of the claims asserted in the SAC, both of which are specifically denied.

## PARTIES

16. The allegations in Paragraph 16 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

17. The allegations in Paragraph 17 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

18. The allegations in Paragraph 18 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

19. The allegations in Paragraph 19 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

20. The allegations in Paragraph 20 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

21. The allegations in Paragraph 21 of Plaintiff's SAC are not directed at these

3972059

4

Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

22. The allegations in Paragraph 22 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

23. The allegations in Paragraph 23 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

24. The allegations in Paragraph 24 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

25. The allegations in Paragraph 25 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

26. The allegations in Paragraph 26 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

27. The allegations in Paragraph 27 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response

3972059

is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

28.     The allegations in Paragraph 28 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

29.     The allegations in Paragraph 29 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

30.     The allegations in Paragraph 30 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

31.     The allegations in Paragraph 31 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

32.     The allegations in Paragraph 32 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

33.     The allegations in Paragraph 33 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief

3972059

as to the allegations, and on that basis deny them.

34.    The allegations in Paragraph 34 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

35.    The allegations in Paragraph 35 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

36.    The allegations in Paragraph 36 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

37.    The allegations in Paragraph 37 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

38.    The allegations in Paragraph 38 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

39.    The allegations in Paragraph 39 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3972059

40.     In answering Paragraph 40 of Plaintiff's SAC, Defendants admit the allegations.

41.     In answering Paragraph 41 of Plaintiff's SAC, Defendants admit and affirmatively allege that TransCor contracted with CoreCivic to perform transportation services for CoreCivic at CCCC, which CoreCivic owned and operated pursuant to its detention services agreement with ICE to house immigration detainees at CCCC at all times relevant to the SAC. Defendants deny all remaining allegations.

42.     In answering Paragraph 42 of Plaintiff's SAC, Defendants admit only that TransCor had physical custody over Hernandez on May 16, 2018 while it transported her from Albuquerque to CCCC. Defendants deny all remaining allegations and affirmatively allege that TransCor is an inmate and detainee transportation company and does not provide regular medical services to the inmates and detainees it transports. Defendants further affirmatively allege that TransCor transported Hernandez to CCCC, where she was evaluated by medical staff and transported to a local hospital less than 12 hours later.

43.     In answering Paragraph 43 of Plaintiff's SAC, Defendants admit only that TransCor received compensation for services it provided pursuant to its inmate and detainee transportation agreement with CoreCivic. Defendants deny all remaining allegations.

44.     In answering Paragraph 44 of Plaintiff's SAC, Defendants admit the allegations.

45.     In answering Paragraph 45 of Plaintiff's SAC, Defendants admit and affirmatively allege that CoreCivic owned and operated CCCC and had a detention services agreement with ICE to house immigration detainees at CCCC, at all times relevant to the SAC. Defendants deny all remaining allegations.

46.     In answering Paragraph 46 of Plaintiff's SAC, Defendants admit only that

3972059

8

CoreCivic had physical custody over Hernandez from approximately 8:43 p.m. on May 16, 2018 to May 25, 2018. Defendants affirmatively allege that CoreCivic did not provide medical services at CCCC at the times at issue in the SAC. Defendants deny all remaining allegations.

47.     In answering Paragraph 47 of Plaintiff's SAC, Defendants admit only that CoreCivic received compensation for services it provided pursuant to its detention services agreement with ICE. Defendants deny all remaining allegations.

## FACTS

48.     The allegations in Paragraph 48 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

49.     The allegations in Paragraph 49 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

50.     The allegations in Paragraph 50 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

51.     The allegations in Paragraph 51 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

52.     The allegations in Paragraph 52 of Plaintiff's SAC are not directed at these

3972059

Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

53. The allegations in Paragraph 53 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

54. The allegations in Paragraph 54 of Plaintiff's SAC call for a legal conclusion and are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

55. The allegations in Paragraph 55 of Plaintiff's SAC call for a legal conclusion and are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

56. In answering Paragraph 56 of Plaintiff's SAC, Defendants admit only that TransCor transported Hernandez and other detainees from Albuquerque to CCCC on May 16, 2018. Defendants are without sufficient knowledge or information to form a belief as to the remaining allegations, and on that basis deny them.

57. The allegations in Paragraph 57 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3972059

58.	The allegations in Paragraph 58 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

59.	In answering Paragraph 59 of Plaintiff's SAC, Defendants admit only that TransCor transported Hernandez and other detainees from Albuquerque to CCCC on May 16, 2018. Defendants are without sufficient knowledge or information to form a belief as to the remaining allegations, and on that basis deny them.

60.	The allegations in Paragraph 60 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

61.	In answering Paragraph 59 of Plaintiff's SAC, Defendants deny the allegations.

62.	The allegations in Paragraph 62 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

63.	The allegations in Paragraph 63 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

64.	The allegations in Paragraph 64 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief

3972059

11

as to the allegations, and on that basis deny them.

65.    The allegations in Paragraph 65 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

66.    The allegations in Paragraph 66 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

67.    The allegations in Paragraph 67 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

68.    The allegations in Paragraph 68 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

69.    The allegations in Paragraph 69 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

70.    The allegations in Paragraph 70 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3972059

71.     The allegations in Paragraph 71 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

72.     The allegations in Paragraph 72 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

73.     The allegations in Paragraph 73 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

74.     The allegations in Paragraph 74 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

75.     The allegations in Paragraph 75 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

76.     The allegations in Paragraph 76 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

77.     The allegations in Paragraph 77 of Plaintiff's SAC are not directed at these

3972059

Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

78. The allegations in Paragraph 78 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

79. The allegations in Paragraph 79 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

80. The allegations in Paragraph 80 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

81. The allegations in Paragraph 81 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

82. The allegations in Paragraph 82 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

83. The allegations in Paragraph 83 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response

3972059

14

is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

84.    The allegations in Paragraph 84 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

85.    The allegations in Paragraph 85 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

86.    The allegations in Paragraph 86 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

87.    The allegations in Paragraph 87 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

88.    The allegations in Paragraph 88 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

89.    The allegations in Paragraph 89 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief

3972059

as to the allegations, and on that basis deny them.

90.    The allegations in Paragraph 90 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

91.    The allegations in Paragraph 91 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

92.    The allegations in Paragraph 92 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

93.    The allegations in Paragraph 93 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

94.    The allegations in Paragraph 94 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

95.    The allegations in Paragraph 95 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3972059

96.     The allegations in Paragraph 96 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

97.     The allegations in Paragraph 97 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

98.     The allegations in Paragraph 98 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

99.     The allegations in Paragraph 99 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

100.    The allegations in Paragraph 100 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

101.    The allegations in Paragraph 101 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

102.    The allegations in Paragraph 102 of Plaintiff's SAC are not directed at

3972059

17

these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

103. The allegations in Paragraph 103 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

104. The allegations in Paragraph 104 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

105. The allegations in Paragraph 105 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

106. The allegations in Paragraph 106 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

107. The allegations in Paragraph 107 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

108. The allegations in Paragraph 108 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a

3972059

response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

109. The allegations in Paragraph 109 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

110. The allegations in Paragraph 110 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

111. The allegations in Paragraph 111 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

112. The allegations in Paragraph 112 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

113. The allegations in Paragraph 113 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

114. The allegations in Paragraph 114 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form

3972059

a belief as to the allegations, and on that basis deny them.

115. The allegations in Paragraph 115 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

116. The allegations in Paragraph 116 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

117. The allegations in Paragraph 117 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

118. The allegations in Paragraph 118 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

119. The allegations in Paragraph 119 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

120. The allegations in Paragraph 120 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3972059

121. The allegations in Paragraph 121 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

122. The allegations in Paragraph 122 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

123. The allegations in Paragraph 123 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

124. The allegations in Paragraph 124 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

125. The allegations in Paragraph 125 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

126. The allegations in Paragraph 126 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

127. The allegations in Paragraph 127 of Plaintiff's SAC are not directed at

these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

128. The allegations in Paragraph 128 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

129. The allegations in Paragraph 129 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

130. The allegations in Paragraph 130 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

131. The allegations in Paragraph 131 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

132. The allegations in Paragraph 132 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

133. The allegations in Paragraph 133 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a

3972059

22

response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

134. The allegations in Paragraph 134 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

135. The allegations in Paragraph 135 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

136. The allegations in Paragraph 136 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

137. The allegations in Paragraph 137 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

138. The allegations in Paragraph 138 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

139. The allegations in Paragraph 139 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form

3972059

23

a belief as to the allegations, and on that basis deny them.

140.    The allegations in Paragraph 140 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

141.    The allegations in Paragraph 141 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

142.    The allegations in Paragraph 142 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

143.    The allegations in Paragraph 143 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

144.    The allegations in Paragraph 144 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

145.    The allegations in Paragraph 145 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3972059

146.    The allegations in Paragraph 146 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

147.    The allegations in Paragraph 147 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

148.    The allegations in Paragraph 148 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

149.    The allegations in Paragraph 149 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

150.    The allegations in Paragraph 150 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

151.    The allegations in Paragraph 151 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

152.    The allegations in Paragraph 152 of Plaintiff's SAC are not directed at

these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

153.    The allegations in Paragraph 153 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

154.    The allegations in Paragraph 154 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

155.    The allegations in Paragraph 155 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

156.    The allegations in Paragraph 156 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

157.    In answering Paragraph 157 of Plaintiff's SAC, Defendants admit only that TransCor transported Hernandez and other ICE detainees from the ICE CAP facility to CCCC. Defendants are without sufficient knowledge or information to form a belief as to the remaining allegations in Paragraph 157, and on that basis deny them.

158.    In answering Paragraph 158 of Plaintiff's SAC, Defendants admit only that TransCor transported Hernandez and other detainees from Albuquerque to CCCC on

3972059

26

May 16, 2018. Defendants affirmatively allege that the transport vehicle arrived at CCCC at approximately 7:59 p.m., that a group of detainees, including Hernandez, was removed from the bus at approximately 8:13 p.m., and that the detainees were escorted into the facility at approximately 8:43 p.m. Defendants deny all remaining allegations.

159.    In answering Paragraph 159 of Plaintiff's SAC, Defendants deny the allegations. Defendants affirmatively allege that TransCor transportation officers are trained to identify medical conditions requiring emergency treatment such as chest pain, shortness of breath, loss of consciousness, and lack of response, and that no such conditions were observed during the trip from Albuquerque to CCCC on May 16, 2018.

160.    In answering Paragraph 160 of Plaintiff's SAC, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

161.    In answering Paragraph 161 of Plaintiff's SAC, Defendants deny the allegations. Defendants affirmatively allege that TransCor transportation officers are trained to identify medical conditions requiring emergency treatment such as chest pain, shortness of breath, loss of consciousness, and lack of response, and that no such conditions were observed during the trip from Albuquerque to CCCC on May 16, 2018.

162.    In answering Paragraph 162 of Plaintiff's SAC, Defendants deny the allegations.

163.    In answering Paragraph 163 of Plaintiff's SAC, Defendants deny the allegations. Defendants affirmatively allege that, shortly after Hernandez's arrival at CCCC, CoreCivic intake officers notified medical staff of the detainees' arrival at approximately 9:30 p.m.

164.    In answering Paragraph 164 of Plaintiff's SAC, Defendants deny the allegations.

3972059

165.    In answering Paragraph 165 of Plaintiff's SAC, Defendants deny the allegations.

166.    In answering Paragraph 166 of Plaintiff's SAC, Defendants admit and affirmatively allege that CoreCivic owns and operates CCCC; that CoreCivic houses immigration detainees at CCCC pursuant to an Intergovernmental Service Agreement between ICE and Cibola County and a Management Agreement between Cibola County and CoreCivic; and that CCCC intake staff completed the booking process for Hernandez at approximately 1:15 a.m. Defendants deny all remaining allegations.

167.    In answering Paragraph 167 of Plaintiff's SAC, Defendants admit the allegations.

168.    In answering Paragraph 168 of Plaintiff's SAC, Defendants admit only that Hernandez got up to drink a beverage and use the restroom shortly after 4:00 a.m. Defendants deny the remaining allegations. Defendants affirmatively allege that Hernandez got up to retrieve a breakfast tray at approximately 6:00 a.m., and that she ate the contents of that tray before returning it to staff at approximately 6:14 a.m.

169.    The allegations in Paragraph 169 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

170.    The allegations in Paragraph 170 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

171.    In answering Paragraph 171 of Plaintiff's SAC, Defendants deny the allegations. Defendants affirmatively allege that CoreCivic did not provide medical

3972059

28

services at CCCC at the times at issue in the SAC.

172.    In answering Paragraph 172 of Plaintiff's SAC, Defendants admit only that Hernandez's vital signs were checked at approximately 7:26 a.m., and affirmatively allege that a nurse conducted an intake screening of Hernandez at approximately 7:35 a.m. Defendants deny all remaining allegations.

173.    In answering Paragraph 173 of Plaintiff's SAC, Defendants admit only that Hernandez received Ensure and Pedialyte at approximately 8:08 a.m., after which she returned to the medical waiting area and laid down. Defendants are without sufficient knowledge or information to form a belief as to the remaining allegations, and on that basis deny them.

174.    In answering Paragraph 174 of Plaintiff's SAC, Defendants admit the allegations.

175.    In answering Paragraph 175 of Plaintiff's SAC, Defendants admit only that medical staff documented that Hernandez's temperature was 102 degrees at approximately 9:00 a.m. Defendants deny the remaining allegations. Defendants affirmatively allege that CoreCivic did not provide medical services at CCCC at the times at issue in the SAC.

176.    In answering Paragraph 176 of Plaintiff's SAC, Defendants admit only that Hernandez was moved to a medical isolation room pending evaluation by the physician. Defendants affirmatively allege that CoreCivic did not provide medical services at CCCC at the times at issue in the FAC. Defendants are without sufficient knowledge or information to form a belief as to the remaining allegations, and on that basis deny them.

177.    In answering Paragraph 177 of Plaintiff's SAC, Defendants admit the allegations. Defendants affirmatively allege that CoreCivic did not provide medical services at CCCC at the times at issue in the SAC.

3972059

178.    In answering Paragraph 178 of Plaintiff's SAC, Defendants admit the allegations.

179.    In answering Paragraph 179 of Plaintiff's SAC, Defendants admit only that Hernandez was evaluated by a physician. As to Hernandez's diagnoses, the medical records speak for themselves. Defendants affirmatively allege that CoreCivic did not provide medical services at CCCC at the times at issue in the SAC.

180.    In answering Paragraph 180 of Plaintiff's SAC, Defendants admit only that Hernandez was evaluated by a physician. As to the results of Hernandez's physical exam, the medical records speak for themselves. Defendants affirmatively allege that CoreCivic did not provide medical services at CCCC at the times at issue in the SAC.

181.    In answering Paragraph 181 of Plaintiff's SAC, Defendants admit only that Hernandez was evaluated by a physician, who ordered that Hernandez be transported to the local hospital immediately. As to the reasons for the transport, the medical records speak for themselves. Defendants affirmatively allege that CoreCivic did not provide medical services at CCCC at the times at issue in the SAC.

182.    In answering Paragraph 182 of Plaintiff's SAC, Defendants admit and affirmatively allege that CoreCivic employees transported Hernandez to the local hospital in a facility transport van, that they transported Hernandez from the medical isolation room in a wheelchair, and that they placed Hernandez in the van at approximately 11:08 a.m. Defendants deny the remaining allegations

183.    In answering Paragraph 183 of Plaintiff's SAC, Defendants admit the allegations.

184.    The allegations in Paragraph 184 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the medical records speak for themselves.

185.    The allegations in Paragraph 185 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the medical records speak for themselves.

186.    The allegations in Paragraph 186 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the medical records speak for themselves.

187.    The allegations in Paragraph 187 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the medical records speak for themselves.

188.    In answering Paragraph 188 of Plaintiff's SAC, Defendants admit the allegations.

189.    The allegations in Paragraph 189 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the medical records speak for themselves.

190.    The allegations in Paragraph 190 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

191.    The allegations in Paragraph 191 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

192.    In answering Paragraph 192 of Plaintiff's SAC, Defendants admit and affirmatively allege only that Hernandez was restrained while she was outside CCCC pursuant to CoreCivic policy and standard detention practices for outside transport of

3972059

31

detainees from a secure detention facility. Defendants deny the remaining allegations.

193.   In answering Paragraph 193 of Plaintiff's SAC, Defendants admit and affirmatively allege only that Hernandez was restrained while she was outside CCCC pursuant to CoreCivic policy and standard detention practices for outside transport of detainees from a secure detention facility. Defendants deny the remaining allegations.

194.   In answering Paragraph 194 of Plaintiff's SAC, Defendants admit and affirmatively allege only that Hernandez was restrained while she was outside CCCC pursuant to CoreCivic policy and standard detention practices for outside transport of detainees from a secure detention facility. Defendants deny the remaining allegations.

195.   In answering Paragraph 195 of Plaintiff's SAC, Defendants admit and affirmatively allege only that Hernandez was restrained while she was outside CCCC pursuant to CoreCivic policy and standard detention practices for outside transport of detainees from a secure detention facility. Defendants deny the remaining allegations.

196.   In answering Paragraph 196 of Plaintiff's SAC, Defendants admit and affirmatively allege only that Hernandez was restrained while she was outside CCCC pursuant to CoreCivic policy and standard detention practices for outside transport of detainees from a secure detention facility. Defendants deny the remaining allegations.

197.   In answering Paragraph 197 of Plaintiff's SAC, Defendants are without sufficient knowledge or information regarding the unidentified "preliminary autopsy report" or "autopsy reports" referenced in Paragraph 197 to form a belief as to the allegations, and on that basis deny them.

198.   In answering Paragraph 198 of Plaintiff's SAC, Defendants deny the allegations. Defendants affirmatively allege that CoreCivic did not provide medical services at CCCC at the times at issue in the SAC, and affirmatively allege that no actions or inactions by CoreCivic or its employees caused Hernandez's injuries and

3972059

damages, which occurred months before she arrived at CCCC.

199. In answering Paragraph 199 of Plaintiff's SAC, Defendants admit and affirmatively allege only that Hernandez was restrained while she was outside CCCC pursuant to CoreCivic policy and standard detention practices for outside transport of detainees from a secure detention facility. Defendants deny the remaining allegations.

200. In answering Paragraph 200 of Plaintiff's SAC, Defendants admit and affirmatively allege only that Hernandez was restrained while she was outside CCCC pursuant to CoreCivic policy and standard detention practices for outside transport of detainees from a secure detention facility. Defendants deny the remaining allegations.

201. In answering Paragraph 201 of Plaintiff's SAC, Defendants deny the allegations.

202. The allegations in Paragraph 202 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the standards speak for themselves.

203. In answering Paragraph 203 of Plaintiff's SAC, Defendants deny the allegations.

204. The allegations in Paragraph 204 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the standards and handbook speak for themselves.

205. The allegations in Paragraph 205 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the standards speak for themselves.

206. The allegations in Paragraph 206 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the standards speak for themselves.

3972059

207. The allegations in Paragraph 207 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the directives speak for themselves. Defendants deny all allegations of wrongdoing.

208. The allegations in Paragraph 208 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the directives speak for themselves.

209. The allegations in Paragraph 209 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the directives speak for themselves.

210. The allegations in Paragraph 210 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the policy speaks for itself.

211. The allegations in Paragraph 211 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the policy speaks for itself.

212. The allegations in Paragraph 212 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the standards speak for themselves.

213. The allegations in Paragraph 213 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

214. The allegations in Paragraph 214 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a

3972059

34

response is required, the directives speak for themselves.

215.    The allegations in Paragraph 215 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

216.    The allegations in Paragraph 216 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

217.    The allegations in Paragraph 217 of Plaintiff's SAC call for a legal conclusion, such that no response is required and none is given. To the extent a response is required, Defendants deny the allegations. Defendants further deny that Plaintiff has a remaining claim against them under Section 504 of the Rehabilitation Act, as this claim was dismissed against them, and the Court declined to reconsider the dismissal. (Doc. 58, 109.)

218.    The allegations in Paragraph 218 of Plaintiff's SAC call for a legal conclusion, such that no response is required and none is given. To the extent a response is required, Defendants admit only that they owed a general duty of care. Defendants deny the remaining allegations. Defendants further deny that Plaintiff has a remaining claim against them under Section 504 of the Rehabilitation Act, as this claim was dismissed against them, and the Court declined to reconsider the dismissal. (Doc. 58, 109.)

219.    The allegations in Paragraph 219 of Plaintiff's SAC call for a legal conclusion, such that no response is required and none is given. To the extent a response is required, Defendants admit only that they owed a general duty of care. Defendants

3972059

deny the remaining allegations.

220. In answering Paragraph 220 of Plaintiff's SAC, Defendants deny the allegations.

221. In answering Paragraph 221 of Plaintiff's SAC, Defendants deny the allegations.

222. The allegations in Paragraph 222 of Plaintiff's SAC call for a legal conclusion, such that no response is required and none is given. To the extent a response is required, Defendants admit only that they owed a general duty of care. Defendants deny the remaining allegations.

223. The allegations in Paragraph 223 of Plaintiff's SAC call for a legal and/or medical expert conclusion, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

224. Paragraph 224 of Plaintiff's SAC calls for a medical expert conclusion, such that no response is required and none is given. Additionally, many of the allegations are directed at other Defendants than these Defendants, such that no response is required and none is given. To the extent a response is required from these Defendants, the medical records speak for themselves. Defendants further affirmatively allege that CoreCivic did not provide medical services at CCCC at the times at issue in the SAC; that when Hernandez was evaluated by a physician at CCCC upon intake, the physician ordered that Hernandez be transported to the local hospital immediately; and that CoreCivic did so.

225. The allegations in Paragraph 225 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required from these Defendants, the medical records speak for themselves.

3972059

Defendants further affirmatively allege that CoreCivic did not provide medical services at CCCC at the times at issue in the SAC; that when Hernandez was evaluated by a physician at CCCC upon intake, the physician ordered that Hernandez be transported to the local hospital immediately; and that CoreCivic did so.

226. The allegations in Paragraph 226 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants deny the allegations.

**CLAIMS FOR RELIEF**

**COUNT ONE AGAINST THE UNITED STATES, THE LASALLE DEFENDANTS AND DEFENDANT GPS**

**VIOLATION OF SECTION 504 OF THE REHABILITATION ACT, 29 U.S.C. § 794**

227. In answering Paragraph 1227 of Plaintiff's SAC, Defendants incorporate by reference their responses to Paragraphs 1–226, above.

228. In answering Paragraph 228 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

229. In answering Paragraph 229 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

230. In answering Paragraph 230 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

231. In answering Paragraph 231 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

232. In answering Paragraph 232 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

233. In answering Paragraph 233 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

234. In answering Paragraph 234 of Plaintiff's SAC, this claim has been

dismissed with prejudice against these Defendants. (Doc. 58, 109.)

235. In answering Paragraph 235 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

236. In answering Paragraph 236 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

237. In answering Paragraph 237 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

238. In answering Paragraph 238 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

239. In answering Paragraph 239 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

240. In answering Paragraph 240 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

241. In answering Paragraph 241 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

242. In answering Paragraph 242 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

243. In answering Paragraph 243 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

244. In answering Paragraph 244 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

245. In answering Paragraph 245 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

246. In answering Paragraph 246 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

3972059

247.    In answering Paragraph 247 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

248.    In answering Paragraph 248 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

249.    In answering Paragraph 249 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

250.    In answering Paragraph 250 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

251.    In answering Paragraph 251 of Plaintiff's SAC, this claim has been dismissed with prejudice against these Defendants. (Doc. 58, 109.)

## COUNT TWO AGAINST THE LA SALLE DEFENDANTS
## FAILURE TO SUMMON MEDICAL CARE FOR PRISONERS, UNDER CAL. GOV. CODE § 845.6

252.    In answering Paragraph 252 of Plaintiff's SAC, Defendants incorporate by reference their responses to Paragraphs 1–251, above.

253.    The allegations in Paragraph 253 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

254.    The allegations in Paragraph 254 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

255.    The allegations in Paragraph 255 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form

3972059

39

a belief as to the allegations, and on that basis deny them.

256.    The allegations in Paragraph 256 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

257.    The allegations in Paragraph 257 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

## COUNT THREE AGAINT THE LA SALLE DEFENDANTS
### NEGLIGENCE

258.    In answering Paragraph 258 of Plaintiff's SAC, Defendants incorporate by reference their responses to Paragraphs 1–257, above.

259.    The allegations in Paragraph 259 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

260.    The allegations in Paragraph 260 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

261.    The allegations in Paragraph 261 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

262.    The allegations in Paragraph 262 of Plaintiff's SAC are not directed at

3972059

40

these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

263. The allegations in Paragraph 263 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

264. The allegations in Paragraph 264 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

265. The allegations in Paragraph 265 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

266. The allegations in Paragraph 266 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

267. The allegations in Paragraph 267 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

268. The allegations in Paragraph 268 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a

response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

### COUNT FOUR AGAINST THE LA SALLE DEFENDANTS
### NEGLIGENT TRAINING AND SUPERVISION

269. In answering Paragraph 269 of Plaintiff's SAC, Defendants incorporate by reference their responses to Paragraphs 1–268, above.

270. The allegations in Paragraph 270 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

271. The allegations in Paragraph 271 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

272. The allegations in Paragraph 272 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

273. The allegations in Paragraph 273 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

274. The allegations in Paragraph 274 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3972059

275.   The allegations in Paragraph 275 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

276.   The allegations in Paragraph 276 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

277.   The allegations in Paragraph 277 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

278.   The allegations in Paragraph 278 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

279.   The allegations in Paragraph 279 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

280.   The allegations in Paragraph 280 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

## COUNT FIVE AGAINST LA SALLE DEFENDANTS
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

281. In answering Paragraph 281 of Plaintiff's SAC, Defendants incorporate by reference their responses to Paragraphs 1–280, above.

282. The allegations in Paragraph 282 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

283. The allegations in Paragraph 283 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

284. The allegations in Paragraph 284 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

285. The allegations in Paragraph 285 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

286. The allegations in Paragraph 286 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

287. The allegations in Paragraph 287 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a

response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

288. The allegations in Paragraph 288 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

289. The allegations in Paragraph 289 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

## COUNT SIX AGAINST DEFENDANT GPS
### NEGLIGENCE

290. In answering Paragraph 290 of Plaintiff's SAC, Defendants incorporate by reference their responses to Paragraphs 1–289, above.

291. The allegations in Paragraph 291 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

292. The allegations in Paragraph 292 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

293. The allegations in Paragraph 293 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3972059

294.   The allegations in Paragraph 294 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

295.   The allegations in Paragraph 295 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

296.   The allegations in Paragraph 296 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

297.   The allegations in Paragraph 297 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

298.   The allegations in Paragraph 298 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

299.   The allegations in Paragraph 299 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3972059

## COUNT SEVEN AGAINST DEFENDANTS GPS
## NEGLIGENT TRAINING AND SUPERVISION

300.    In answering Paragraph 300 of Plaintiff's SAC, Defendants incorporate by reference their responses to Paragraphs 1–299, above.

301.    The allegations in Paragraph 301 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

302.    The allegations in Paragraph 302 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

303.    The allegations in Paragraph 303 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

304.    The allegations in Paragraph 304 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

305.    The allegations in Paragraph 305 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

306.    The allegations in Paragraph 306 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a

response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

307. The allegations in Paragraph 307 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

308. The allegations in Paragraph 308 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

309. The allegations in Paragraph 309 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

310. The allegations in Paragraph 310 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

311. The allegations in Paragraph 311 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

312. The allegations in Paragraph 312 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form

3972059

a belief as to the allegations, and on that basis deny them.

313. The allegations in Paragraph 313 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

314. The allegations in Paragraph 314 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

315. The allegations in Paragraph 315 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

316. The allegations in Paragraph 316 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

**COUNT EIGHT AGAINST DEFENDANT GPS**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

317. In answering Paragraph 317 of Plaintiff's SAC, Defendants incorporate by reference their responses to Paragraphs 1–316, above.

318. The allegations in Paragraph 318 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

319. The allegations in Paragraph 319 of Plaintiff's SAC are not directed at

3972059

these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

320. The allegations in Paragraph 320 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

321. The allegations in Paragraph 321 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

322. The allegations in Paragraph 322 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

323. The allegations in Paragraph 323 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

324. The allegations in Paragraph 324 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

325. The allegations in Paragraph 325 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a

3972059

response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

326. The allegations in Paragraph 326 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

327. The allegations in Paragraph 327 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

## COUNT NINE AGAINST DEFENDANT TRANSCOR
## NEGLIGENCE

328. In answering Paragraph 328 of Plaintiff's SAC, Defendants incorporate by reference their responses to Paragraphs 1–327, above.

329. The allegations in Paragraph 329 of Plaintiff's SAC call for a legal conclusion, such that no response is required and none is given. To the extent a response is required, Defendants admit only that TransCor owed a general duty of care. Defendants deny the remaining allegations.

330. The allegations in Paragraph 330 of Plaintiff's SAC call for a legal conclusion, such that no response is required and none is given. To the extent a response is required, Defendants admit only that TransCor owed a general duty of care. Defendants deny the remaining allegations.

331. In answering Paragraph 331 of Plaintiff's SAC, Defendants admit only that TransCor's employees were acting in the scope of their employment with TransCor during their transport of Hernandez. Defendants deny the remaining allegations.

332. In answering Paragraph 332 of Plaintiff's SAC, Defendants deny the

3972059

51

allegations.

333. In answering Paragraph 333 of Plaintiff's SAC, Defendants deny the allegations.

334. In answering Paragraph 334 of Plaintiff's SAC, Defendants deny the allegations.

335. In answering Paragraph 335 of Plaintiff's SAC, Defendants deny the allegations.

336. In answering Paragraph 336 of Plaintiff's SAC, Defendants deny the allegations.

337. In answering Paragraph 337 of Plaintiff's SAC, Defendants deny the allegations.

## COUNT TEN AGAINST DEFENDANT TRANSCOR
## NEGLIGENT TRAINING & SUPERVISION

338. In answering Paragraph 338 of Plaintiff's SAC, Defendants incorporate by reference their responses to Paragraphs 1–337, above.

339. The allegations in Paragraph 339 of Plaintiff's SAC call for a legal and/or medical conclusion, such that no response is required and none is given. To the extent a response is required, Defendants deny the allegations.

340. The allegations in Paragraph 340 of Plaintiff's SAC call for a legal conclusion, such that no response is required and none is given. To the extent a response is required, Defendants admit only that TransCor owed a general duty of care. Defendants deny the remaining allegations.

341. In answering Paragraph 341 of Plaintiff's SAC, Defendants deny the allegations.

342. In answering Paragraph 342 of Plaintiff's SAC, Defendants deny the allegations.

3972059

343. In answering Paragraph 343 of Plaintiff's SAC, Defendants deny the allegations.

344. In answering Paragraph 344 of Plaintiff's SAC, Defendants deny the allegations.

345. In answering Paragraph 345 of Plaintiff's SAC, Defendants deny the allegations.

346. In answering Paragraph 346 of Plaintiff's SAC, Defendants deny the allegations.

347. In answering Paragraph 347 of Plaintiff's SAC, Defendants deny the allegations.

348. In answering Paragraph 348 of Plaintiff's SAC, Defendants deny the allegations.

349. In answering Paragraph 349 of Plaintiff's SAC, Defendants deny the allegations.

350. In answering Paragraph 350 of Plaintiff's SAC, Defendants deny the allegations.

351. In answering Paragraph 351 of Plaintiff's SAC, Defendants deny the allegations.

352. In answering Paragraph 352 of Plaintiff's SAC, Defendants deny the allegations.

353. In answering Paragraph 353 of Plaintiff's SAC, Defendants deny the allegations.

## COUNT ELEVEN AGAINST DEFENDANT CORECIVIC
## NEGLIGENCE

354. In answering Paragraph 354 of Plaintiff's SAC, Defendants incorporate by

3972059

53

reference their responses to Paragraphs 1–353, above.

355. The allegations in Paragraph 355 of Plaintiff's SAC call for a legal conclusion, such that no response is required and none is given. To the extent a response is required, Defendants admit only that CoreCivic owed a general duty of care. Defendants deny the remaining allegations.

356. The allegations in Paragraph 356 of Plaintiff's SAC call for a legal conclusion, such that no response is required and none is given. To the extent a response is required, Defendants admit only that CoreCivic owed a general duty of care. Defendants deny the remaining allegations.

357. In answering Paragraph 357 of Plaintiff's SAC, Defendants admit only that CoreCivic's employees were acting in the scope of their employment with CoreCivic while Hernandez was in the physical custody of CoreCivic. Defendants deny the remaining allegations.

358. In answering Paragraph 358 of Plaintiff's SAC, Defendants deny the allegations.

359. In answering Paragraph 359 of Plaintiff's SAC, Defendants deny the allegations.

360. In answering Paragraph 360 of Plaintiff's SAC, Defendants deny the allegations.

361. In answering Paragraph 361 of Plaintiff's SAC, Defendants admit and affirmatively allege only that Hernandez was restrained while she was outside CCCC pursuant to CoreCivic policy and standard detention practices for outside transport of detainees from a secure detention facility. Defendants deny the remaining allegations.

362. The allegations in Paragraph 362 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a

3972059

response is required, the standards speak for themselves.

363.    The allegations in Paragraph 363 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, the standards speak for themselves.

364.    In answering Paragraph 364 of Plaintiff's SAC, Defendants admit that Hernandez weighed 89 pounds when she arrived at CCCC. As to her medical condition, the medical records speak for themselves. As to the alleged statements of the unidentified physician, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them. Defendants admit and affirmatively allege that Hernandez was restrained while she was outside CCCC pursuant to CoreCivic policy and standard detention practices for outside transport of detainees from a secure detention facility. Defendants deny the remaining allegations.

365.    In answering Paragraph 365 of Plaintiff's SAC, Defendants deny the allegations.

366.    The allegations in Paragraph 366 of Plaintiff's SAC call for a legal and/or medical expert conclusion, to which no answer is required and none is provided. To the extent an answer is required, Defendants deny the allegations.

367.    In answering Paragraph 367 of Plaintiff's SAC, Defendants deny the allegations.

368.    In answering Paragraph 368 of Plaintiff's SAC, Defendants deny the allegations.

369.    In answering Paragraph 369 of Plaintiff's SAC, Defendants deny the allegations.

370.    In answering Paragraph 370 of Plaintiff's SAC, Defendants deny the allegations.

371. In answering Paragraph 371 of Plaintiff's SAC, Defendants deny the allegations.

## COUNT TWELVE AGAINST DEFENDANT CORECIVIC
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

372. In answering Paragraph 372 of Plaintiff's SAC, Defendants incorporate by reference their responses to Paragraphs 1–371, above.

373. In answering Paragraph 373 of Plaintiff's SAC, Defendants admit only that Hernandez weighed 89 pounds when she arrived at CCCC, and that she died on May 25, 2018. As to her medical condition, the medical records speak for themselves. As to the alleged statements of the unidentified physician, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

374. In answering Paragraph 374 of Plaintiff's SAC, Defendants deny the allegations.

375. In answering Paragraph 375 of Plaintiff's SAC, Defendants deny the allegations.

376. In answering Paragraph 376 of Plaintiff's SAC, Defendants deny the allegations.

377. In answering Paragraph 377 of Plaintiff's SAC, Defendants deny the allegations.

378. In answering Paragraph 378 of Plaintiff's SAC, Defendants deny the allegations.

379. In answering Paragraph 379 of Plaintiff's SAC, Defendants deny the allegations.

3972059

## COUNT THIRTEEN AGAINST DEFENDANT U.S.
## NEGLIGENCE AND NEGLIGENCE PER SE

380.    In answering Paragraph 380 of Plaintiff's SAC, Defendants incorporate by reference their responses to Paragraphs 1–379, above.

381.    The allegations in Paragraph 381 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

382.    The allegations in Paragraph 382 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

383.    The allegations in Paragraph 383 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

384.    The allegations in Paragraph 384 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

385.    The allegations in Paragraph 385 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

386.    The allegations in Paragraph 386 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a

3972059

response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

387. The allegations in Paragraph 387 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

388. The allegations in Paragraph 388 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

389. The allegations in Paragraph 389 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

390. The allegations in Paragraph 390 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

391. The allegations in Paragraph 391 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

392. The allegations in Paragraph 392 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form

3972059

a belief as to the allegations, and on that basis deny them.

393.    The allegations in Paragraph 393 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

394.    The allegations in Paragraph 394 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

395.    The allegations in Paragraph 395 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

396.    The allegations in Paragraph 396 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

397.    The allegations in Paragraph 397 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

398.    The allegations in Paragraph 398 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3972059

399.    The allegations in Paragraph 399 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

400.    The allegations in Paragraph 400 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

401.    The allegations in Paragraph 401 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

402.    The allegations in Paragraph 402 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

## COUNT FOURTEEN AGAINST DEFENDANT U.S.
## NEGLIGENT HIRING, RETENTION, TRAINING & SUPERVISION

403.    In answering Paragraph 403 of Plaintiff's SAC, Defendants incorporate by reference their responses to Paragraphs 1–402, above.

404.    The allegations in Paragraph 404 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

405.    The allegations in Paragraph 405 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a

3972059

response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

406.   The allegations in Paragraph 406 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

407.   The allegations in Paragraph 407 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

408.   The allegations in Paragraph 408 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

409.   The allegations in Paragraph 409 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

410.   The allegations in Paragraph 410 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

411.   The allegations in Paragraph 411 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form

3972059

61

a belief as to the allegations, and on that basis deny them.

412.    The allegations in Paragraph 412 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

413.    The allegations in Paragraph 413 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

414.    The allegations in Paragraph 414 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

415.    The allegations in Paragraph 415 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

416.    The allegations in Paragraph 416 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

417.    The allegations in Paragraph 417 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3972059

418. The allegations in Paragraph 418 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

419. The allegations in Paragraph 419 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

420. The allegations in Paragraph 420 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

421. The allegations in Paragraph 421 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

422. The allegations in Paragraph 422 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

423. The allegations in Paragraph 423 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

424. The allegations in Paragraph 424 of Plaintiff's SAC are not directed at

3972059

63

these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

425. The allegations in Paragraph 425 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

426. The allegations in Paragraph 426 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

427. The allegations in Paragraph 427 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

## COUNT FIFTEEN AGAINST DEFENDANT U.S.
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

428. In answering Paragraph 428 of Plaintiff's SAC, Defendants incorporate by reference their responses to Paragraphs 1–427, above.

429. The allegations in Paragraph 429 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

430. The allegations in Paragraph 430 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form

3972059

a belief as to the allegations, and on that basis deny them.

431.    The allegations in Paragraph 431 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

432.    The allegations in Paragraph 432 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

433.    The allegations in Paragraph 433 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

434.    The allegations in Paragraph 434 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

435.    The allegations in Paragraph 435 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

436.    The allegations in Paragraph 436 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3972059

437.    The allegations in Paragraph 437 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

438.    The allegations in Paragraph 438 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

439.    The allegations in Paragraph 439 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

440.    The allegations in Paragraph 440 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

441.    The allegations in Paragraph 441 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

442.    The allegations in Paragraph 442 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

443.    The allegations in Paragraph 443 of Plaintiff's SAC are not directed at

3972059

66

these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

## COUNT SIXTEEN AGAINST DEFENDANT U.S.
## FALSE IMPRISONMENT

444. In answering Paragraph 444 of Plaintiff's SAC, Defendants incorporate by reference their responses to Paragraphs 1–443, above.

445. The allegations in Paragraph 445 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

446. The allegations in Paragraph 446 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

447. The allegations in Paragraph 447 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

448. The allegations in Paragraph 448 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

449. The allegations in Paragraph 449 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form

3972059

a belief as to the allegations, and on that basis deny them.

450. The allegations in Paragraph 450 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

451. The allegations in Paragraph 451 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

452. The allegations in Paragraph 452 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

453. The allegations in Paragraph 453 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

454. The allegations in Paragraph 454 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

455. The allegations in Paragraph 455 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3972059

456. The allegations in Paragraph 456 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

457. The allegations in Paragraph 457 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

458. The allegations in Paragraph 458 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

459. The allegations in Paragraph 459 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

**COUNT SEVENTEEN AGAINST DEFENDANT U.S.
AND THE LASALLE DEFENDANTS
VIOLATIONS OF CAL. CIVIL CODE § 52.1 (BANE ACT) AND
CAL. GOV'T. CODE § 845.6 VIOLATIONS OF CALIFORNIA CIVIL RIGHTS
LAW**

460. In answering Paragraph 460 of Plaintiff's SAC, Defendants incorporate by reference their responses to Paragraphs 1–459, above.

461. The allegations in Paragraph 461 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

3972059

69

462. The allegations in Paragraph 462 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

463. The allegations in Paragraph 463 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

464. The allegations in Paragraph 464 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

465. The allegations in Paragraph 465 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

466. The allegations in Paragraph 466 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

467. The allegations in Paragraph 467 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

468. The allegations in Paragraph 468 of Plaintiff's SAC are not directed at

these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

469.   The allegations in Paragraph 469 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

470.   The allegations in Paragraph 470 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

**COUNT EIGHTEEN AGAINST DEFENDANT U.S.
AND THE LASALLE DEFENDANTS
VIOLATIONS OF CAL. CIVIL CODE § 43, CAL. CIVIL CODE § 51 (UNRUH)**

471.   In answering Paragraph 471 of Plaintiff's SAC, Defendants incorporate by reference their responses to Paragraphs 1–470, above.

472.   The allegations in Paragraph 472 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

473.   The allegations in Paragraph 473 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

474.   The allegations in Paragraph 474 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a

3972059

71

response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

475. The allegations in Paragraph 475 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

476. The allegations in Paragraph 476 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

477. The allegations in Paragraph 477 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

478. The allegations in Paragraph 478 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

479. The allegations in Paragraph 479 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

480. The allegations in Paragraph 480 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form

3972059

a belief as to the allegations, and on that basis deny them.

481.    The allegations in Paragraph 481 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

482.    The allegations in Paragraph 482 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

483.    The allegations in Paragraph 483 of Plaintiff's SAC are not directed at these Defendants, such that no response is required and none is given. To the extent a response is required, Defendants are without sufficient knowledge or information to form a belief as to the allegations, and on that basis deny them.

## REQUEST FOR RELIEF

In answering Plaintiff's Request for Relief, Defendants deny all allegations of wrongdoing and deny that Plaintiff is entitled to any of the relief she seeks.

## AFFIRMATIVE DEFENSES

1.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that Plaintiff's SAC fails to state a claim upon which relief can be granted.

2.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that their conduct was not negligent and did not violate the applicable standard of care.

3.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that they did not breach any duty owed to Roxsana Hernandez.

3972059

4.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that they are severally liable, if at all, only for that portion of the negligence, if any, that can be attributed to them.

5.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that if they were negligent, which negligence is specifically denied, then Hernandez was also negligent in failing and/or neglecting to use that degree of care which would have been used by an ordinarily reasonable and prudent person under the same or similar circumstances and that such negligence proximately caused or contributed to cause all matters complained of in the SAC, thereby reducing the amount of Plaintiff's recovery for total damages by an amount proportionate to Hernandez's degree of fault.

6.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that neither Hernandez nor Plaintiff suffered any damage, injury, or otherwise, as a result of the Defendants TransCor's and CoreCivic's alleged actions and/or inactions.

7.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that Hernandez's injuries, if any, were proximately caused by an independent intervening or superseding cause for which Defendants TransCor and CoreCivic are not liable.

8.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that Hernandez's injuries, if any, were proximately caused by a third party over whom Defendants TransCor and CoreCivic had no control.

9.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that Defendant TransCor does not provide regular medical services to the inmates and detainees it transports, trains its transportation officers to identify

3972059

medical conditions requiring emergency treatment such as chest pain, shortness of breath, loss of consciousness, and lack of response.

10.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that CoreCivic did not provide medical care at CCCC at the time of the subject incident.

11.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that any alleged action or inaction on their part was not the proximate cause of Hernandez's injuries, losses, and damages.

12.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that at all times material herein they acted in good faith and in a reasonable manner given the information and circumstances existing at the time.

13.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that Hernandez's injuries, losses, and damages were the result of the assumption of risk by Hernandez.

14.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that Hernandez's alleged injuries were the result of one or more pre-existing conditions, thereby eliminating any damages owed by Defendants TransCor and CoreCivic.

15.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that they are entitled to all privileges and immunities existing under federal and New Mexico law.

16.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that none of the acts or failures of Defendants TransCor and CoreCivic, as alleged in the SAC and which are specifically denied, state a cause of action for punitive damages.

3972059

75

17.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that there existed no conduct in this case motivated by an evil motive or intent, nor any conduct involving reckless or callous indifference to the rights of Hernandez, thereby precluding punitive damages.

18.    As a separate defense and in the alternative, Defendants TransCor and CoreCivic allege that there existed no conduct in this case that was extreme or outrageous or that was done recklessly or with the intent to cause severe emotional distress.

19.    Although Defendants TransCor and CoreCivic do not have specific facts in support of their remaining defenses at this time, Defendants TransCor and CoreCivic reserve the right to assert the following affirmative defenses pursuant to Fed. R. Civ. P. 8 and 12 should subsequent discovery disclose facts in support of them, including but not limited to: laches, res judicata, estoppel, and waiver.

**WHEREFORE**, Defendants TransCor and CoreCivic respectfully request that:

A.    Plaintiff's SAC be dismissed with prejudice, and that Plaintiff take nothing therein;

B.    Defendants TransCor and CoreCivic be awarded their costs, expenses, and attorneys' fees; and

C.    Defendants TransCor and CoreCivic be awarded such other and further relief as this Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Defendants TransCor and CoreCivic demand a jury trial on all triable issues.

Dated: January 31, 2022        /s/ Jacob B. Lee
                              Daniel P. Struck, AZ Bar No. 012377
                              Jacob B. Lee, AZ Bar No. 030371
                              Anne M. Orcutt, AZ Bar No. 029387
                              STRUCK LOVE BOJANOWSKI & ACEDO, PLC

3972059

3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel.: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
jlee@strucklove.com
aorcutt@strucklove.com

Deborah D. Wells
Debra J. Moulton
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
Tel.: (505) 884-7887
Fax: (505) 884-7123
ddwells@kmwpc.com
dmoulton@kmwpc.com

*Attorneys for Defendants TransCor America, LLC
and CoreCivic Inc.*

3972059

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Dale Melchert | dale@transgenderlawcenter.org |
| Irene R. Lax | ilax@gelaw.com |
| Kimberly A. Evans | kevans@gelaw.com |
| Lynly Egyes | lynly@transgenderlawcenter.org |
| R. Andrew Free | andrew@immigrantcivilrights.com |
| Daniel Yohalem | daniel.yohalem@gmail.com |
| Katherine Murray | kemurraylaw@gmail.com |
| Carla Agbiro | cagbiro@gelaw.com |

*Attorneys for Plaintiff*

| | |
|---|---|
| Gregory D. Steinman | gds@madisonlaw.com |
| Celina Hoffman | cbacahoffman@parklawnm.com |

*Attorneys for Defendant Global Precision Systems LLC*

| | |
|---|---|
| Adam D. Rafkin | rr@rafkinlaw.com |

*Attorney for LaSalle Defendants*

| | |
|---|---|
| Kimberly N. Bell | kimberly.bell@usdoj.gov |

*Attorney for Defendant United States of America*

| | |
|---|---|
| Robert F. Gentile | rgentile@guebertlaw.com |
| Clinton E. Dow | cdow@guebertlaw.com |

*Attorneys for Third-Party Defendant Asset Protection*
*and Security Services, L.P.*

/s/ Jacob B. Lee

3972059