**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOLEEN K. YOUNGERS, as Personal Representative
of the Wrongful Death Estate of ROXSANA HERNANDEZ,

      Plaintiff,

      v.                                 No. 1:20-cv-00465-WJ-JHR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

      Defendants.

**UNITED STATES OF AMERICA'S
ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant United States of America hereby submits its answer to Plaintiff's Second

Amended Complaint ("Second Am. Complaint") as follows.

**Response to INTRODUCTION**

1.      In response to paragraph 1 of the Second Am. Complaint, the United States denies

that it or any of employees acted negligently. Further, the United States is without sufficient

information to admit or deny any allegation in paragraph 1 that purports to describe the decedent,

Roxsana Hernandez, or her personal circumstances and therefore denies the allegations.

2.      Defendant United States of America denies the allegations against it contained in

paragraph 2 of the Second Am. Complaint.

3.      In response to paragraph 3 of the Second Am. Complaint, Defendant United

States of America responds and states that no employees of the United States are identified in the

allegation, and the allegation is therefore denied. Further, the United States of America is without sufficient information to admit or deny any allegation regarding any other Defendant in this matter and therefore denies the allegations.

4.      Paragraph 4 of the Second Am. Complaint states a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations against it in paragraph 4 of the Second Am. Complaint

5.       In response to paragraph 5 of the Second Am. Complaint, Defendant United States of America denies that it or any of its employees "allowed [decedent] Roxsana [Hernandez] to literally waste away…[.]" In response to the portion of the allegation that identifies the decedent's weight at any given point in time, Defendant admits only that portion of the allegation that is consistent with the decedent's medical records for the specified timeframe and location, if any, and denies the allegation to the extent the allegation is inconsistent with the decedent's medical records. All remaining allegations against the United States in paragraph 5 are denied.

6.      Defendant United States of America denies the allegations against it contained in paragraph 6 of the Second Am. Complaint.

7.      Defendant United States of America denies the allegations against it contained in paragraph 7 of the Second Am. Complaint.

8.      Defendant United States of America denies the allegations against it contained in paragraph 8 of the Second Am. Complaint.

9.      Defendant United States of America denies the allegations against it contained in paragraph 9 of the Second Am. Complaint.

10. Defendant United States of America denies the allegations against it contained in paragraph 10 of the Second Am. Complaint.

11. Defendant United States of America denies the allegations against it contained in paragraph11 of the Second Am. Complaint.

12. Defendant United States of America denies the allegations against it contained in paragraph 12 of the Second Am. Complaint.

13. Defendant United States of America denies the allegations against it contained in paragraph 13 of the Second Am. Complaint.

### Response to JURISDICTION AND VENUE

14. Paragraph 14 of the Second Am. Complaint states a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations against it in paragraph 14 for any and all claims not properly exhausted.

15. Paragraph 15 of the Second Am. Complaint states a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations against it in paragraph 15.

### Response to PARTIES

16. The United States of America is without sufficient information to admit or deny the allegations in paragraph 16 of the Second Am. Complaint and therefore denies the allegations.

17. The United States of America is without sufficient information to admit or deny the allegations in paragraph 17 of the Second Am. Complaint and therefore denies the allegations.

18. The United States of America is without sufficient information to admit or deny

the allegations in paragraph 18 of the Second Am. Complaint and therefore denies the allegations.

19.     In response to paragraph 19 of the Second Am. Complaint, the United States of America admits that agencies of the United States of America include the Department of Homeland Security ("DHS"), Customs and Border Protection ("CBP") and Immigration and Customs Enforcement ("ICE") and that certain individuals are employed by the United States of America from time to time and to work in these agencies. The remainder of the allegations in paragraph 19 appear to state legal conclusions to which no response is required. To the extent that any response is required to the remainder of paragraph 19, the allegations are denied.

20.     Paragraph 20 of the Second Am. Complaint states a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations against it in paragraph 20.

21.     In response to paragraph 21 of the Second Am. Complaint, the United States of America admits that an administrative tort claim dated November 22, 2019 was submitted to the United States and admits that an amendment was subsequently submitted. All remaining allegations in paragraph 21 are denied.

22.     In response to paragraph 22 of the Second Am. Complaint, the United States of America admits that it received an administrative claim on behalf of decedent Roxsana Hernandez, which included a sum certain in its claim for damages. All remaining allegations in paragraph 22 are denied.

23.     In response to paragraph 23 of the Second Am. Complaint, the United States of America admits that on or about January 8, 2021, it issued a denial of the claim made on behalf of decedent Roxsana Hernandez. The remainder of the allegations in paragraph 23 of the Second

Am. Complaint appear to allege only legal conclusions to which no response is required. To the extent that any response is required, the remaining allegations in paragraph 23 are denied.

24.    Paragraph 24 of the Second Am. Complaint states a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations against it in paragraph 24.

25.    The allegations in paragraph 25 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 25 of the Second Am. Complaint are against the United States of America, the United States denies the allegations.

26.    The allegations in paragraph 26 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 26 of the Second Am. Complaint are against the United States of America, the United States denies the allegations.

27.    The allegations in paragraph 27 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 27 of the Second Am. Complaint are against the United States of America, the allegations appear to state only legal conclusions and do not require a response. To the extent that any response by the United States is required, the allegations against it in paragraph 27 are denied.

28.    The allegations in paragraph 28 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 28 of the Second Am. Complaint are against the United States of America, the United States denies the allegations.

5

29.     The allegations in paragraph 29 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 29 of the Second Am. Complaint are against the United States of America, the United States denies the allegations.

30.     The allegations in paragraph 30 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 30 of the Second Am. Complaint are against the United States of America, the United States denies the allegations.

31.     The allegations in paragraph 31 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 31 of the Second Am. Complaint are against the United States of America, the allegations appear to state only legal conclusions and do not require a response. To the extent that any response by the United States is required, the allegations against it in paragraph 31 are denied.

32.     The allegations in paragraph 32 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 32 of the Second Am. Complaint are against the United States of America, the allegations appear to state only legal conclusions and do not require a response. To the extent that any response by the United States is required, the allegations against it in paragraph 32 are denied.

33.     The allegations in paragraph 33 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 33 of the Second Am. Complaint are against the

United States of America, the allegations appear to state only legal conclusions and do not require a response. To the extent that any response by the United States is required, the allegations against it in paragraph 33 are denied.

34. The allegations in paragraph 34 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 34 of the Second Am. Complaint are against the United States of America, the allegations appear to state only legal conclusions and do not require a response. To the extent that any response by the United States is required, the allegations against it in paragraph 34 are denied.

35. The allegations in paragraph 35 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 35 of the Second Am. Complaint are against the United States of America, the allegations appear to state only legal conclusions and do not require a response. To the extent that any response by the United States is required, the allegations against it in paragraph 35 are denied.

36. The allegations in paragraph 36 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 36 of the Second Am. Complaint are against the United States of America, the United States denies the allegations.

37. The allegations in paragraph 37 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 37 of the Second Am. Complaint are against the United States of America, the allegations appear to state only legal conclusions and do not

require a response. To the extent that any response by the United States is required, the allegations against it in paragraph 37 are denied.

38.    The allegations in paragraph 38 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 38 of the Second Am. Complaint are against the United States of America, the allegations appear to state only legal conclusions and do not require a response. To the extent that any response by the United States is required, the allegations against it in paragraph 38 are denied.

39.    The allegations in paragraph 39 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 39 of the Second Am. Complaint are against the United States of America, the allegations appear to state only legal conclusions and do not require a response. To the extent that any response by the United States is required, the allegations against it in paragraph 39 are denied.

40.    The allegations in paragraph 40 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 40 of the Second Am. Complaint are against the United States of America, the United States denies the allegations.

41.    The allegations in paragraph 41 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 41 of the Second Am. Complaint are against the United States of America, the allegations appear to state only legal conclusions and do not

require a response. To the extent that any response by the United States is required, the allegations against it in paragraph 41 are denied.

42. The allegations in paragraph 42 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 42 of the Second Am. Complaint are against the United States of America, the allegations appear to state only legal conclusions and do not require a response. To the extent that any response by the United States is required, the allegations against it in paragraph 42 are denied.

43. The allegations in paragraph 43 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 43 of the Second Am. Complaint are against the United States of America, the allegations appear to state only legal conclusions and do not require a response. To the extent that any response by the United States is required, the allegations against it in paragraph 43 are denied.

44. The allegations in paragraph 44 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 44 of the Second Am. Complaint are against the United States of America, the United States denies the allegations.

45. The allegations in paragraph 45 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 45 of the Second Am. Complaint are against the United States of America, the allegations appear to state only legal conclusions and do not

require a response. To the extent that any response by the United States is required, the allegations against it in paragraph 45 are denied.

46. The allegations in paragraph 46 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 46 of the Second Am. Complaint are against the United States of America, the allegations appear to state only legal conclusions and do not require a response. To the extent that any response by the United States is required, the allegations against it in paragraph 46 are denied.

47. The allegations in paragraph 47 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 47 of the Second Am. Complaint are against the United States of America, the allegations appear to state only legal conclusions and do not require a response. To the extent that any response by the United States is required, the allegations against it in paragraph 47 are denied.

## Response to FACTS:

48. In response to paragraph 48 of the Second Am. Complaint appear to refer to medical or other records of Roxsana Hernandez, and in response, the United States of America responds and states that the records speak for themselves. To the extent, if any, that the allegations in paragraph 48 of the Second Am. Complaint make any allegations against the United States of America, the allegations are denied.

49. In response to paragraph 49 of the Second Am. Complaint, the United States of America admits only that, upon information and belief, the decedent, Roxsana Hernandez, received medical care at a hospital emergency department sometime after her entry into the

10

United States, and the United States of America further admits the allegations in paragraph 49 that both refer to Roxsana Hernandez's medical care and that are consistent with her medical records from the emergency department visit. All remaining allegations in paragraph 49 are denied.

50.    Defendant United States of America denies the allegations against it contained in paragraph 50 of the Second Am. Complaint.

51.    Paragraph 51 of the Second Am. Complaint states a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations against it in paragraph 51.

52.    The United States of America is without sufficient information to admit or deny the allegations in paragraph 52 of the Second Am. Complaint and therefore denies the allegations.

53.    Paragraph 53 of the Second Am. Complaint states a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations against it in paragraph 53.

54.    The United States of America is without sufficient information to admit or deny the allegations in paragraph 54 of the Second Am. Complaint and therefore denies the allegations.

55.    Paragraph 55 of the Second Am. Complaint states a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations against it in paragraph 55.

56.    In response to paragraph 56 of the Second Am. Complaint, the United States of America admits that, upon information and belief, Decedent Roxsana Hernandez was

transported from California to Arizona, Texas, and New Mexico at or near the timeframe identified in paragraph 56. The United States of America is without sufficient information to admit or deny the remaining allegations in paragraph 56 of the Second Am. Complaint and therefore denies the allegations.

57.     The allegations in paragraph 57 of the Second Am. Complaint appear to be quoting from a referenced document and ins response, the United States of America states that the document speaks for itself. All remaining allegations in paragraph are denied.

58.     In response to paragraph 58 of the Second Am. Complaint, the United States of America the admits that certain agencies of the United States facilitate participation in federal adjudicative programs where appropriate, which can sometimes include evaluations of fear-based claims. The United States of America denies the remaining allegations in paragraph 58 of the Second Am. Complaint.

59.     The allegations in paragraph 59 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 59 of the Second Am. Complaint are against the United States of America, the allegations appear to state only legal conclusions and do not require a response. To the extent that any response by the United States is required, the allegations against it in paragraph 59 are denied.

60.     In response to paragraph 60 of the Second Am. Complaint, the United States of America admits that Decedent Roxsana Hernandez was ultimately transferred to facility in Milan, New Mexico. The United States of America is without sufficient information to admit or deny the remaining allegations in paragraph 60 of the Second Am. Complaint and therefore denies the allegations.

61.     The United States of America denies the allegations in paragraph 61 of the Second Am. Complaint.

62.     The United States of America denies the allegations in paragraph 62 of the Second Am. Complaint.

63.     In response to paragraph 63 of the Second Am. Complaint, the United States of America admits that, upon information belief, on or about May 9, 2018, Decedent Roxsana Hernandez and other individuals presented themselves at San Ysidro in California, and further admits that Decedent Roxsana Hernandez was later taken into custody. The United States of America is without sufficient information to admit or deny the remaining allegations in paragraph 63 of the Second Am. Complaint and therefore denies the allegations.

64.     The United States of America denies the allegations in paragraph 64 of the Second Am. Complaint.

65.     The United States of America denies the allegations in paragraph 65 of the Second Am. Complaint.

66.      The United States of America is without sufficient information to admit or deny the allegations in paragraph 66 of the Second Am. Complaint and therefore denies the allegations.

67.     The United States of America is without sufficient information to admit or deny the allegations in paragraph 67 of the Second Am. Complaint and therefore denies the allegations.

68.     The United States of America is without sufficient information to admit or deny the allegations in the first sentence of paragraph 68 of the Second Am. Complaint and therefore denies the allegations. The United States of America denies the remaining allegations in

paragraph 68 of the Second Am. Complaint.

69.    The United States of America denies the allegations in paragraph 69 of the Second Am. Complaint.

70.    The United States of America denies the allegations in paragraph 70 of the Second Am. Complaint.

71.    The United States of America denies the allegations in paragraph 71 of the Second Am. Complaint.

72.    The United States of America denies the allegations in paragraph 72 of the Second Am. Complaint.

73.    The United States of America is without sufficient information to admit or deny the allegations in the first sentence of paragraph 73 of the Second Am. Complaint and therefore denies the allegations. The United States of America denies the remaining allegations in paragraph 73 of the Second Am. Complaint.

74.    The United States of America is without sufficient information to admit or deny the allegations in paragraph 74 of the Second Am. Complaint and therefore denies the allegations.

75.    The United States of America is without sufficient information to admit or deny the allegations in paragraph 75 of the Second Am. Complaint and therefore denies the allegations.

76.    In response to paragraph 76 of the Second Am. Complaint, the United States of America admits that, upon information and belief, Decedent Roxsana Hernandez received a health screening, and further admits that it was documented that Decedent Roxsana Hernandez was HIV positive. The United States of America is without sufficient information to admit or

deny the remaining allegations in paragraph 76 of the Second Am. Complaint and therefore denies the allegations.

77.     In response to paragraph 77 of the Second Am. Complaint, the United States of America admits the allegations regarding information documented in decedent Roxsana Hernandez's medical records to the extent that the allegations are consistent with Ms. Hernandez's medical records. All allegations that are inconsistent with Ms. Hernandez's medical records are denied and all remaining allegations in paragraph 77 are denied.

78.     In response to paragraph 78 of the Complaint, the United States of America admits only that decedent Roxsana Hernandez was, upon information and belief, seen by medical care providers at a hospital in Chula Vista, California. All remaining allegations in paragraph 78 are denied.

79.     In response to paragraph 79 of the Complaint, the United States of America admits only that decedent Roxsana Hernandez was, upon information and belief, seen by medical care providers at a hospital in Chula Vista, California. All remaining allegations in paragraph 79 are denied.

80.     In response to paragraph 80 of the Complaint, the United States of America admits only that decedent Roxsana Hernandez was, upon information and belief, seen by medical care providers at a hospital in Chula Vista, California. All remaining allegations in paragraph 80 are denied.

81.     The United States of America denies the allegations in paragraph 81 of the Second Am. Complaint.

82.     The United States of America denies the allegations in paragraph 82 of the Second Am. Complaint.

83.     The United States of America denies the allegations in paragraph 83 of the Second Am. Complaint.

84.     The allegations in paragraph 84 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 84 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 84 are denied.

85.     The allegations in paragraph 85 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 84 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 85 are denied.

86.     In response to paragraph 86 of the Second Am. Complaint, the United States of America admits the allegations regarding information documented in decedent Roxsana Hernandez's medical records to the extent that the allegations are consistent with Ms. Hernandez's medical records. All allegations that are inconsistent with Ms. Hernandez's medical records are denied and all remaining allegations in paragraph 86 are denied.

87.     In response to paragraph 87 of the Second Am. Complaint, the United States of America admits the allegations regarding information documented in decedent Roxsana Hernandez's medical records to the extent that the allegations are consistent with Ms. Hernandez's medical records. All allegations that are inconsistent with Ms. Hernandez's medical records are denied and all remaining allegations in paragraph 87 are denied.

88.     The United States of America denies the allegations in paragraph 88 of the Second Am. Complaint.

16

89.   In response to paragraph 89 of the Second Am. Complaint, the United States of America admits the allegations regarding information documented in decedent Roxsana Hernandez's medical records to the extent that the allegations are consistent with Ms. Hernandez's medical records. All allegations that are inconsistent with Ms. Hernandez's medical records are denied and all remaining allegations in paragraph 89 are denied.

90.   The United States of America denies the allegations in paragraph 90 of the Second Am. Complaint.

91.   In response to paragraph 91 of the Second Am. Complaint, the United States of America admits that decedent Roxsana Hernandez was transferred from California to Milan, New Mexico during May 2018. The United States of America is without sufficient information to admit or deny the remaining allegations in paragraph 91 of the Second Am. Complaint and therefore denies the allegations.

92.   The United States of America is without sufficient information to admit or deny the allegations in paragraph 92 of the Second Am. Complaint and therefore denies the allegations.

93.   The United States of America denies the allegations in paragraph 93 of the Second Am. Complaint.

94.   In response to the allegations in paragraph 94 of the Second Am. Complaint, it is unclear what document, if any, is being quoted in paragraph 94, and the United States of America is without sufficient information to respond to the allegations; therefore, the allegations in paragraph 94 are denied.

95.     In response to paragraph 95 of the Second Am. Complaint, it is unclear what "medical summary" the allegations refer to, and in response, the United States of America therefore denies the allegations in paragraph 95 of the Second Am. Complaint.

96.     In response to paragraph 96 of the Second Am. Complaint, the United States of America admits only that decedent Roxsana Hernandez was transported to New Mexico while in custody. The remaining allegations in paragraph 96 of the Second Am. Complaint are insufficiently specific for the United States to form a response, and the United States of America therefore denies all remaining allegations in paragraph 96 of the Second Am. Complaint.

97.     The United States of America denies the allegations in paragraph 97 of the Second Am. Complaint.

98.     In response to paragraph 98 of the Second Am. Complaint, the allegations against the United States are insufficiently specific and appear to be directed to a variety of different entities and/or Co-Defendants. As a result, the United States of America denies the allegations in paragraph 98 of the Second Am. Complaint.

99.     The United States of America denies the allegations in paragraph 99 of the Second Am. Complaint.

100.     The United States of America denies the allegations in paragraph 100 of the Second Am. Complaint.

101.     The United States of America denies the allegations in paragraph 101 of the Second Am. Complaint.

102.     The allegations in paragraph 102 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent,

if any, that any of the allegations in paragraph 102 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 102 are denied.

103.    The allegations in paragraph 103 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 103 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 103 are denied.

104.    The allegations in paragraph 104 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 104 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 104 are denied.

105.    The allegations in paragraph 105 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 105 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 105 are denied.

106.    The allegations in paragraph 106 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 106 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 106 are denied.

107.    The allegations in paragraph 107 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 107 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 107 are denied.

108.    The allegations in paragraph 108 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 108 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 108 are denied.

109.    The allegations in paragraph 109 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 109 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 109 are denied.

110.    The allegations in paragraph 110 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 110 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 110 are denied.

111.    The allegations in paragraph 111 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 111 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 111 are denied.

112.    The allegations in paragraph 112 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 112 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 112 are denied.

113.    The allegations in paragraph 113 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent,

if any, that any of the allegations in paragraph 113 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 113 are denied.

114. The allegations in paragraph 114 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 114 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 114 are denied.

115. The allegations in paragraph 115 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 115 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 115 are denied.

116. The allegations in paragraph 116 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 116 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 116 are denied.

117. The allegations in paragraph 117 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 117 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 117 are denied.

118. The allegations in paragraph 118 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 118 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 118 are denied.

21

119.    The allegations in paragraph 119 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 119 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 119 are denied.

120.    The allegations in paragraph 120 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 120 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 120 are denied.

121.    The allegations in paragraph 121 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 121 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 121 are denied.

122.    The allegations in paragraph 122 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 122 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 122 are denied.

123.    The allegations in paragraph 123 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 123 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 123 are denied.

124.    The allegations in paragraph 124 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent,

22

if any, that any of the allegations in paragraph 124 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 124 are denied.

125. The allegations in paragraph 125 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 125 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 125 are denied.

126. The allegations in paragraph 126 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 126 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 126 are denied.

127. The allegations in paragraph 127 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 127 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 127 are denied.

128. The allegations in paragraph 128 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 128 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 128 are denied.

129. The allegations in paragraph 129 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 129 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 129 are denied.

130.    The allegations in paragraph 130 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 130 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 130 are denied.

131.    The allegations in paragraph 131 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 131 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 131 are denied.

132.    In response to paragraph 132 of the Second Am. Complaint, the United States of America admits only that decedent Roxsana Hernandez was transported from Arizona to Texas and that she was in custody during that time. The United States of America is without sufficient information to admit or deny the remaining allegations of paragraph 132 of the Second Am. Complaint and therefore denies the allegations.

133.    The United States of America is without sufficient information to admit or deny the allegations in paragraph 133 of the Second Am. Complaint and therefore denies the allegations.

134.    In response to paragraph 134 of the Second Am. Complaint, the United States of America admits only that decedent Roxsana Hernandez was in custody in or near El Paso, Texas for a period of time. The United States of America is without sufficient information to admit or deny the remaining allegations of paragraph 134 of the Second Am. Complaint and therefore denies the allegations.

135.    The United States of America is without sufficient information to admit or deny the allegations in paragraph 135 of the Second Am. Complaint and therefore denies the allegations.

136.    The United States of America is without sufficient information to admit or deny the allegations in paragraph 136 of the Second Am. Complaint and therefore denies the allegations.

137.    The allegations in paragraph 137 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 137 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 137 are denied.

138.    The United States of America is without sufficient information to admit or deny the allegations in paragraph 138 of the Second Am. Complaint and therefore denies the allegations.

139.    The United States of America is without sufficient information to admit or deny the allegations in paragraph 139 of the Second Am. Complaint and therefore denies the allegations.

140.    The United States of America is without sufficient information to admit or deny the allegations in paragraph 140 of the Second Am. Complaint and therefore denies the allegations.

141.    The United States of America is without sufficient information to admit or deny the allegations in paragraph 141 of the Second Am. Complaint and therefore denies the allegations.

142.   The allegations in paragraph 142 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 142 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 142 are denied.

143.   The allegations in paragraph 143 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 143 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 143 are denied.

144.   The allegations in paragraph 144 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 144 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 144 are denied.

145.   The allegations in paragraph 145 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 145 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 145 are denied.

146.   The allegations in paragraph 146 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 146 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 146 are denied.

147.   The allegations in paragraph 147 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent,

if any, that any of the allegations in paragraph 147 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 147 are denied.

148. The United States of America is without sufficient information to admit or deny the allegations in paragraph 148 of the Second Am. Complaint and therefore denies the allegations.

149. The United States of America is without sufficient information to admit or deny the allegations in paragraph 149 of the Second Am. Complaint and therefore denies the allegations.

150. The United States of America is without sufficient information to admit or deny the allegations in paragraph 150 of the Second Am. Complaint and therefore denies the allegations.

151. The allegations in paragraph 151 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 151 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 151 are denied.

152. The allegations in paragraph 152 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 152 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 152 are denied.

153. The allegations in paragraph 153 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 153 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 153 are denied.

154. The allegations in paragraph 154 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 154 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 154 are denied.

155. The allegations in paragraph 155 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 155 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 155 are denied.

156. The allegations in paragraph 156 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 156 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 156 are denied.

157. The United States of America is without sufficient information to admit or deny the allegations in paragraph 157 of the Second Am. Complaint and therefore denies the allegations.

158. The allegations in paragraph 158 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 158 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 158 are denied.

159. The United States of America is without sufficient information to admit or deny the allegations in paragraph 159 of the Second Am. Complaint and therefore denies the allegations.

160.    The United States of America is without sufficient information to admit or deny the allegations in paragraph 160 of the Second Am. Complaint and therefore denies the allegations.

161.    The allegations in paragraph 161 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 161 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 161 are denied.

162.    The allegations in paragraph 162 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 162 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 162 are denied.

163.    The allegations in paragraph 163 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 163 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 163 are denied.

164.    The allegations in paragraph 164 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 164 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 164 are denied.

165.    The allegations in paragraph 165 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 165 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 165 are denied.

166.    The allegations in paragraph 166 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 166 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 166 are denied.

167.    The allegations in paragraph 167 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 167 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 167 are denied.

168.    The United States of America is without sufficient information to admit or deny the allegations in paragraph 168 of the Second Am. Complaint and therefore denies the allegations.

169.    The United States of America is without sufficient information to admit or deny the allegations in paragraph 169 of the Second Am. Complaint and therefore denies the allegations.

170.    The United States of America is without sufficient information to admit or deny the allegations in paragraph 170 of the Second Am. Complaint and therefore denies the allegations.

171.    The allegations in paragraph 171 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 171 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 171 are denied.

172.    The allegations in paragraph 172 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent,

if any, that any of the allegations in paragraph 172 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 172 are denied.

173.    The allegations in paragraph 173 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 173 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 173 are denied.

174.    The allegations in paragraph 174 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 174 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 174 are denied.

175.    The allegations in paragraph 175 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 175 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 175 are denied.

176.    The allegations in paragraph 176 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 176 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 176 are denied.

177.    The allegations in paragraph 177 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 177 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 177 are denied.

178.    The United States of America is without sufficient information to admit or deny the allegations in paragraph 178 of the Second Am. Complaint and therefore denies the allegations.

179.    The allegations in paragraph 179 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 179 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 179 are denied.

180.    The allegations in paragraph 180 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 180 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 180 are denied.

181.    The allegations in paragraph 181 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 181 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 181 are denied.

182.    The allegations in paragraph 182 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 182 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 182 are denied.

183.    The United States of America is without sufficient information to admit or deny the allegations in paragraph 183 of the Second Am. Complaint and therefore denies the allegations.

184. The United States of America is without sufficient information to admit or deny the allegations in paragraph 184 of the Second Am. Complaint and therefore denies the allegations.

185. The United States of America is without sufficient information to admit or deny the allegations in paragraph 185 of the Second Am. Complaint and therefore denies the allegations.

186. The United States of America is without sufficient information to admit or deny the allegations in paragraph 186 of the Second Am. Complaint and therefore denies the allegations.

187. The United States of America is without sufficient information to admit or deny the allegations in paragraph 187 of the Second Am. Complaint and therefore denies the allegations. The United States of America specifically denies that any of its employees or deemed employees acted negligently in any role any may have had in transporting decedent Roxsana Hernandez.

188. In response to paragraph 188 of the Second Am. Complaint, the United States of America admits that, upon information and belief, decedent Roxsana Hernandez died on or about May 25, 2018.

189. The United States of America is without sufficient information to admit or deny the allegations in paragraph 189 of the Second Am. Complaint and therefore denies the allegations.

190. The United States of America is without sufficient information to admit or deny the allegations in paragraph 190 of the Second Am. Complaint and therefore denies the allegations.

191.     The United States of America is without sufficient information to admit or deny the allegations in paragraph 191 of the Second Am. Complaint and therefore denies the allegations.

192.     The United States of America is without sufficient information to admit or deny the allegations in paragraph 192 of the Second Am. Complaint and therefore denies the allegations.

193.     The allegations in paragraph 193 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 193 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 193 are denied.

194.     The allegations in paragraph 194 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 194 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 194 are denied.

195.     The allegations in paragraph 195 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 195 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 195 are denied.

196.     The allegations in paragraph 196 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 196 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 196 are denied.

197.    The allegations in paragraph 197 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 197 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 197 are denied.

198.    The allegations in paragraph 198 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 198 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 198 are denied.

199.    The allegations in paragraph 199 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 199 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 199 are denied.

200.    The allegations in paragraph 200 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 200 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 200 are denied.

201.    The allegations in paragraph 201 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 201 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 201 are denied.

202.    The allegations in paragraph 202 of the Second Am. Complaint appear to quote directly from a referenced document and to the extent, if any, that paragraph 202 makes allegations against the United States of America, the United States responds and states that the

document speaks for itself. All remaining allegations against the United States in paragraph 202 of the Second Am. Complaint are denied.

203.    The United States of America denies all allegations against it in paragraph 203 of the Second Am. Complaint. The United States of America is without sufficient information to admit or deny any allegations in paragraph 203 of the Second Am. Complaint and therefore denies the allegations.

204.    The allegations in paragraph 204 of the Second Am. Complaint appear to reference one or more unspecified documents and to the extent, if any, that paragraph 204 makes allegations against the United States of America, the United States responds and says that the documents speak for themselves. All remaining allegations against the United States in paragraph 204 of the Second Am. Complaint are denied.

205.    The allegations in paragraph 205 of the Second Am. Complaint appear to quote from a referenced document and to the extent, if any, that paragraph 205 makes allegations against the United States of America, the United States responds and states that the document speaks for itself. All remaining allegations against the United States in paragraph 205 of the Second Am. Complaint are denied.

206.    The allegations in paragraph 206 of the Second Am. Complaint appear to quote directly from a referenced document and to the extent, if any, that paragraph 206 makes allegations against the United States of America, the United States responds and says that the document speaks for itself. All remaining allegations against the United States in paragraph 206 of the Second Am. Complaint are denied.

207.    The allegations in paragraph 207 of the Second Am. Complaint appear to quote from a referenced document and to the extent, if any, that paragraph 207 makes allegations

against the United States of America, the United States responds and says that the document speaks for itself. All remaining allegations against the United States in paragraph 207 of the Second Am. Complaint are denied.

208.    The allegations in paragraph 208 of the Second Am. Complaint appear to quote from a referenced document and to the extent, if any, that paragraph 208 makes allegations against the United States of America, the United States responds and says that the document speaks for itself. All remaining allegations against the United States in paragraph 208 of the Second Am. Complaint are denied.

209.    The allegations in paragraph 209 of the Second Am. Complaint appear to quote from a referenced document and to the extent, if any, that paragraph 209 makes allegations against the United States of America, the United States responds and says that the document speaks for itself. All remaining allegations against the United States in paragraph 209 of the Second Am. Complaint are denied.

210.    The allegations in paragraph 210 of the Second Am. Complaint appear to quote from a referenced document and to the extent, if any, that paragraph 210 makes allegations against the United States of America, the United States responds and says that the document speaks for itself. All remaining allegations against the United States in paragraph 210 of the Second Am. Complaint are denied.

211.    The allegations in paragraph 211 of the Second Am. Complaint appear to quote from a referenced document and to the extent, if any, that paragraph 211 makes allegations against the United States of America, the United States responds and says that the document speaks for itself. All remaining allegations against the United States in paragraph 211 of the Second Am. Complaint are denied.

212.    The allegations in paragraph 212 of the Second Am. Complaint, including all bulleted subparts, appear to state legal conclusions founded on a referenced document to which no response is required. To the extent, if any, that a response by the United States of America is required, the allegations are denied.

213.    The allegations in paragraph 213 of the Second Am. Complaint appear to state legal conclusions founded on a referenced document and/or regulations to which no response is required. To the extent, if any, that a response by the United States of America is required, the allegations are denied.

214.    In response to paragraph 214 of the Second Am. Complaint, the United States of America responds and states that it is unclear against which party the allegations are directed. Paragraph 214 appears to state legal conclusions founded on a referenced document to which no response is required. To the extent, if any, that a response by the United States of America is required, the allegations are denied.

215.    The allegations in paragraph 215 of the Second Am. Complaint, appear to state legal conclusions founded on a referenced document to which no response is required. To the extent, if any, that a response by the United States of America is required, the allegations are denied.

216.    The allegations in paragraph 216 of the Second Am. Complaint appear to state legal conclusions founded on a referenced document and/or regulations to which no response is required. To the extent, if any, that a response by the United States of America is required, the allegations are denied.

217.    The allegations against the United States of America, if any, in paragraph 217 of the Second Am. Complaint appear to state legal conclusions founded on a referenced document

38

to which no response is required. To the extent, if any, that a response by the United States of America is required, the allegations are denied.

218. The allegations against the United States of America, if any, in paragraph 218 of the Second Am. Complaint appear to state legal conclusions founded on a referenced document to which no response is required. To the extent, if any, that a response by the United States of America is required, the allegations are denied.

219. In response to paragraph 219 of the Second Am. Complaint, to the extent, if any, that paragraph 219 makes any allegations against the United States of America, the allegations are denied.

220. In response to paragraph 220 of the Second Am. Complaint, to the extent, if any, that paragraph 220 makes any allegations against the United States of America, the allegations are denied.

221. In response to paragraph 221 of the Second Am. Complaint, to the extent, if any, that paragraph 221 makes any allegations against the United States of America, the allegations are denied.

222. In response to paragraph 222 of the Second Am. Complaint, to the extent, if any, that paragraph 222 makes any allegations against the United States of America, the allegations are denied.

223. In response to paragraph 223 of the Second Am. Complaint, to the extent, if any, that paragraph 223 makes any allegations against the United States of America, the allegations are denied.

224. In response to paragraph 224 of the Second Am. Complaint, the United States of America denies the allegation in the first sentence of paragraph 224. The remaining allegations

in paragraph 224 list only events that Plaintiff alleges did not happen and further appears to allege standards that are inapplicable to the United States of America. As a result, all remaining allegations against the United States of America, if any, in paragraph 224 are denied.

225.    The allegations in paragraph 225 of the Second Am. Complaint identifies only an action that Plaintiff alleges did not occur, and further appears to allege an obligation that is inapplicable to the United States of America. As a result, all allegations against the United States of America, if any, in paragraph 225 are denied.

226.    The United States of America denies the allegations in paragraph 226 of the Second Am. Complaint.

### Response to COUNT ONE

227.    In response to paragraph 227 of the Second Am. Complaint, the United States of America incorporates its responses and denials to paragraphs 1 through 226 as though fully set forth herein.

228.    Paragraph 228 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations in paragraph 228.

229.    Paragraph 229 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations in paragraph 229.

230.    Paragraph 230 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations in paragraph 230.

231.    Paragraph 231 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations in paragraph 231.

232.    Paragraph 232 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations in paragraph 232.

233.    Paragraph 233 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations in paragraph 233.

234.    Paragraph 234 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations in paragraph 234.

235.    Paragraph 235 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations in paragraph 235.

236.    In response to paragraph 236 of the Second Am. Complaint, the allegations appear to state information purported to be contained in the medical or other records of decedent Roxsana Hernandez and in response, the United States of America states that the records speak for themselves. The Untied States of America denies the remaining allegations in paragraph 236 of the Second Am. Complaint.

237.    The United States of America denies the allegations against it in paragraph 237 of the Second Am. Complaint.

238.    Paragraph 238 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations against it in paragraph 238.

239.    Paragraph 239 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations in paragraph 239.

240.    Paragraph 240 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations against it in paragraph 240.

241.    The United States of America denies the allegations against it in paragraph 241 of the Second Am. Complaint.

242.    The United States of America denies the allegations against it in paragraph 242 of the Second Am. Complaint.

243.    The United States of America denies the allegations against it in paragraph 243 of the Second Am. Complaint.

244.    The United States of America denies the allegations against it in paragraph 244 of the Second Am. Complaint.

245.    The United States of America denies the allegations against it in paragraph 245 of the Second Am. Complaint.

246.    The United States of America denies the allegations against it in paragraph 246 of the Second Am. Complaint.

247.    The United States of America denies the allegations against it in paragraph 247 of the Second Am. Complaint.

248.    The United States of America denies the allegations against it in paragraph 248 of the Second Am. Complaint.

249.    The United States of America denies the allegations against it in paragraph 249 of the Second Am. Complaint.

250.    The United States of America denies the allegations against it in paragraph 250 of the Second Am. Complaint.

251.    The United States of America denies the allegations against it in paragraph 251 of the Second Am. Complaint.

### Response to COUNT TWO

252.    In response to paragraph 252 of the Second Am. Complaint, the United States of America incorporates its responses and denials to paragraphs 1 through 251 as though fully set forth herein.

253.    The allegations in paragraph 253 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 253 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 253 are denied.

254.    The allegations in paragraph 254 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 254 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 254 are denied.

255.    The allegations in paragraph 255 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent,

if any, that any of the allegations in paragraph 255 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 255 are denied.

256.    The allegations in paragraph 256 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 256 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 256 are denied.

257.    The allegations in paragraph 257 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 257 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 257 are denied.

### Response to COUNT THREE

258.    In response to paragraph 258 of the Second Am. Complaint, the United States of America incorporates its responses and denials to paragraphs 1 through 257 as though fully set forth herein.

259.    The allegations in paragraph 259 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 259 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 259 are denied.

260.    The allegations in paragraph 260 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 260 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 260 are denied.

261.    The allegations in paragraph 261 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 261 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 261 are denied.

262.    The allegations in paragraph 262 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 262 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 262 are denied.

263.    The allegations in paragraph 263 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 263 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 263 are denied.

264.    The allegations in paragraph 264 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 264 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 264 are denied.

265.    The allegations in paragraph 265 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 265 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 265 are denied.

266.    The allegations in paragraph 266 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent,

if any, that any of the allegations in paragraph 266 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 266 are denied.

267. The allegations in paragraph 267 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 267 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 267 are denied.

268. The allegations in paragraph 268 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 268 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 268 are denied.

269. The allegations in paragraph 269 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 269 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 269 are denied.

### Response to COUNT FOUR

270. In response to paragraph 270 of the Second Am. Complaint, the United States of America incorporates its responses and denials to paragraphs 1 through 269 as though fully set forth herein.

271. The allegations in paragraph 271 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 271 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 271 are denied.

272. The allegations in paragraph 272 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 272 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 272 are denied.

273. The allegations in paragraph 273 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 273 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 273 are denied.

274. The allegations in paragraph 274 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 274 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 274 are denied.

275. The allegations in paragraph 275 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 275 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 275 are denied.

276. The allegations in paragraph 276 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 276 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 276 are denied.

277. The allegations in paragraph 277 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent,

if any, that any of the allegations in paragraph 277 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 277 are denied.

278. The allegations in paragraph 278 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 278 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 278 are denied.

279. The allegations in paragraph 279 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 279 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 279 are denied.

280. The allegations in paragraph 280 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 280 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 280 are denied.

**Response to COUNT FIVE**

281. In response to paragraph 281 of the Second Am. Complaint, the United States of America incorporates its responses and denials to paragraphs 1 through 280 as though fully set forth herein.

282. The allegations in paragraph 282 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 282 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 282 are denied.

283. The allegations in paragraph 283 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 283 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 283 are denied.

284. The allegations in paragraph 284 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 284 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 284 are denied.

285. The allegations in paragraph 285 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 285 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 285 are denied.

286. The allegations in paragraph 286 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 286 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 286 are denied.

287. The allegations in paragraph 287 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 287 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 287 are denied.

288. The allegations in paragraph 288 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent,

if any, that any of the allegations in paragraph 288 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 288 are denied.

289. The allegations in paragraph 289 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 289 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 289 are denied.

## Response to COUNT SIX

290. In response to paragraph 290 of the Second Am. Complaint, the United States of America incorporates its responses and denials to paragraphs 1 through 289 as though fully set forth herein.

291. The allegations in paragraph 291 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 291 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 291 are denied.

292. The allegations in paragraph 292 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 292 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 292 are denied.

293. The allegations in paragraph 293 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 293 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 293 are denied.

294.    The allegations in paragraph 294 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 294 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 294 are denied.

295.    The allegations in paragraph 295 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 295 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 295 are denied.

296.    The allegations in paragraph 296 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 296 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 296 are denied.

297.    The allegations in paragraph 297 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 297 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 297 are denied.

298.    The allegations in paragraph 298 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 298 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 298 are denied.

299.    The allegations in paragraph 299 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent,

if any, that any of the allegations in paragraph 299 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 299 are denied.

## Response to COUNT SEVEN

300.    In response to paragraph 300 of the Second Am. Complaint, the United States of America incorporates its responses and denials to paragraphs 1 through 299 as though fully set forth herein.

301.    The allegations in paragraph 301 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 301 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 301 are denied.

302.    The allegations in paragraph 302 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 302 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 302 are denied.

303.    The allegations in paragraph 303 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 303 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 303 are denied.

304.    The allegations in paragraph 304 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 304 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 304 are denied.

52

305.    The allegations in paragraph 305 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 305 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 305 are denied.

306.    The allegations in paragraph 306 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 306 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 306 are denied.

307.    The allegations in paragraph 307 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 307 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 307 are denied.

308.    The allegations in paragraph 308 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 308 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 308 are denied.

309.    The allegations in paragraph 309 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 309 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 309 are denied.

310.    The allegations in paragraph 310 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent,

if any, that any of the allegations in paragraph 310 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 310 are denied.

311.    The allegations in paragraph 311 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 311 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 311 are denied.

312.    The allegations in paragraph 312 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 312 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 312 are denied.

313.    The allegations in paragraph 313 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 313 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 313 are denied.

314.    The allegations in paragraph 314 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 314 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 314 are denied.

315.    The allegations in paragraph 315 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 315 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 315 are denied.

316.    The allegations in paragraph 316 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 316 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 316 are denied.

**Response to COUNT EIGHT**

317.    In response to paragraph 317 of the Second Am. Complaint, the United States of America incorporates its responses and denials to paragraphs 1 through 316 as though fully set forth herein.

318.    The allegations in paragraph 318 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 318 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 318 are denied.

319.    The allegations in paragraph 319 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 319 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 319 are denied.

320.    The allegations in paragraph 320 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 320 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 320 are denied.

321.    The allegations in paragraph 321 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent,

if any, that any of the allegations in paragraph 321 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 321 are denied.

322.    The allegations in paragraph 322 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 322 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 322 are denied.

323.    The allegations in paragraph 323 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 323 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 323 are denied.

324.    The allegations in paragraph 324 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 324 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 324 are denied.

325.    The allegations in paragraph 325 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 325 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 325 are denied.

326.    The allegations in paragraph 326 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 326 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 326 are denied.

327.     The allegations in paragraph 327 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 327 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 327 are denied.

### Response to COUNT NINE

328.     In response to paragraph 328 of the Second Am. Complaint, the United States of America incorporates its responses and denials to paragraphs 1 through 327 as though fully set forth herein.

329.     The allegations in paragraph 329 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 329 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 329 are denied.

330.     The allegations in paragraph 330 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 330 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 330 are denied.

331.     The allegations in paragraph 331 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 331 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 331 are denied.

332.     The allegations in paragraph 332 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent,

if any, that any of the allegations in paragraph 332 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 332 are denied.

333.    The allegations in paragraph 333 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 333 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 333 are denied.

334.    The allegations in paragraph 334 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 334 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 334 are denied.

335.    The allegations in paragraph 335 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 335 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 335 are denied.

336.    The allegations in paragraph 336 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 336 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 336 are denied.

337.    The allegations in paragraph 337 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 337 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 337 are denied.

**Response to COUNT TEN**

338.    In response to paragraph 338 of the Second Am. Complaint, the United States of America incorporates its responses and denials to paragraphs 1 through 337 as though fully set forth herein.

339.    The allegations in paragraph 339 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 339 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 339 are denied.

340.    The allegations in paragraph 340 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 340 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 340 are denied.

341.    The allegations in paragraph 341 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 341 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 341 are denied.

342.    The allegations in paragraph 342 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 342 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 342 are denied.

343.    The allegations in paragraph 343 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent,

if any, that any of the allegations in paragraph 343 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 343 are denied.

344.   The allegations in paragraph 344 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 344 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 344 are denied.

345.   The allegations in paragraph 345 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 345 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 345 are denied.

346.   The allegations in paragraph 346 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 346 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 346 are denied.

347.   The allegations in paragraph 347 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 347 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 347 are denied.

348.   The allegations in paragraph 348 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 348 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 348 are denied.

60

349.     The allegations in paragraph 349 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 349 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 349 are denied.

350.     The allegations in paragraph 350 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 350 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 350 are denied.

351.     The allegations in paragraph 351 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 351 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 351 are denied.

352.     The allegations in paragraph 352 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 352 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 352 are denied.

353.     The allegations in paragraph 353 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 353 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 353 are denied.

**Response to COUNT ELEVEN**

354.    In response to paragraph 354 of the Second Am. Complaint, the United States of America incorporates its responses and denials to paragraphs 1 through 353 as though fully set forth herein.

355.    The allegations in paragraph 355 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 355 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 355 are denied.

356.    The allegations in paragraph 356 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 356 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 356 are denied.

357.    The allegations in paragraph 357 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 357 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 357 are denied.

358.    The allegations in paragraph 358 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 358 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 358 are denied.

359.    The allegations in paragraph 359 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent,

if any, that any of the allegations in paragraph 359 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 359 are denied.

360. The allegations in paragraph 360 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 360 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 360 are denied.

361. The allegations in paragraph 361 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 361 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 361 are denied.

362. The allegations in paragraph 362 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 362 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 362 are denied.

363. The allegations in paragraph 363 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 363 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 363 are denied.

364. The allegations in paragraph 364 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 364 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 364 are denied.

365.    The allegations in paragraph 365 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 365 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 365 are denied.

366.    The allegations in paragraph 366 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 366 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 366 are denied.

367.    The allegations in paragraph 367 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 367 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 367 are denied.

368.    The allegations in paragraph 368 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 368 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 368 are denied.

369.    The allegations in paragraph 369 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 369 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 369 are denied.

370.    The allegations in paragraph 370 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent,

if any, that any of the allegations in paragraph 370 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 370 are denied.

371. The allegations in paragraph 371 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 371 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 371 are denied.

Response to COUNT TWELVE

372. In response to paragraph 372 of the Second Am. Complaint, the United States of America incorporates its responses and denials to paragraphs 1 through 371 as though fully set forth herein.

373. The allegations in paragraph 373 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 373 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 373 are denied.

374. The allegations in paragraph 374 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 374 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 374 are denied.

375. The allegations in paragraph 375 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 375 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 375 are denied.

376.     The allegations in paragraph 376 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 376 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 376 are denied.

377.     The allegations in paragraph 377 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 377 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 377 are denied.

378.     The allegations in paragraph 378 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 378 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 378 are denied.

379.     The allegations in paragraph 379 of the Second Am. Complaint do not appear to be directed to the United States of America and therefore no response is required. To the extent, if any, that any of the allegations in paragraph 379 of the Second Am. Complaint are against the United States of America, the allegations against it in paragraph 379 are denied.

### Response to COUNT THIRTEEN

380.     In response to paragraph 380 of the Second Am. Complaint, the United States of America incorporates its responses and denials to paragraphs 1 through 379 as though fully set forth herein.

381.     Paragraph 381 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations in paragraph 381.

382.    Paragraph 382 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations in paragraph 382.

383.    Paragraph 383 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations in paragraph 383.

384.    The United States of America denies the allegations against it in paragraph 384 of the Second Am. Complaint.

385.    The United States of America denies the allegations against it in paragraph 385 of the Second Am. Complaint.

386.    The United States of America denies the allegations against it in paragraph 386 of the Second Am. Complaint.

387.    The United States of America denies the allegations against it in paragraph 387 of the Second Am. Complaint.

388.    The United States of America denies the allegations against it in paragraph 388 of the Second Am. Complaint.

389.    The United States of America denies the allegations against it in paragraph 389 of the Second Am. Complaint.

390.    The United States of America denies the allegations against it in paragraph 390 of the Second Am. Complaint.

391.    The United States of America denies the allegations against it in paragraph 391 of the Second Am. Complaint.

392.    The United States of America denies the allegations against it in paragraph 392 of the Second Am. Complaint.

393.    Paragraph 393 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations in paragraph 393.

394.    Paragraph 394 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations in paragraph 394.

395.    Paragraph 395 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations against it in paragraph 395.

396.    The United States of America denies the allegations against it in paragraph 396 of the Second Am. Complaint.

397.    The United States of America denies the allegations against it in paragraph 397 of the Second Am. Complaint.

398.    The United States of America denies the allegations against it in paragraph 398 of the Second Am. Complaint.

399.    The United States of America denies the allegations against it in paragraph 399 of the Second Am. Complaint.

400.    The United States of America denies the allegations against it in paragraph 400 of the Second Am. Complaint.

401.    The United States of America denies the allegations against it in paragraph 401 of the Second Am. Complaint.

402.    The United States of America denies the allegations against it in paragraph 402 of the Second Am. Complaint.

## Response to COUNT FOURTEEN

403.    In response to paragraph 403 of the Second Am. Complaint, the United States of America incorporates its responses and denials to paragraphs 1 through 402 as though fully set forth herein.

404.    The United States of America denies the allegations against it in paragraph 404 of the Second Am. Complaint.

405.    The United States of America denies the allegations against it in paragraph 405 of the Second Am. Complaint.

406.    The United States of America denies the allegations against it in paragraph 406 of the Second Am. Complaint.

407.    The United States of America denies the allegations against it in paragraph 407 of the Second Am. Complaint, including all subparagraphs.

408.    The United States of America denies the allegations against it in paragraph 408 of the Second Am. Complaint.

409.    The United States of America denies the allegations against it in paragraph 409 of the Second Am. Complaint.

410.    The United States of America denies the allegations against it in paragraph 410 of the Second Am. Complaint.

411.    The United States of America denies the allegations against it in paragraph 411 of the Second Am. Complaint.

412.    The United States of America denies the allegations against it in paragraph 412 of the Second Am. Complaint.

413.    The United States of America denies the allegations against it in paragraph 413 of the Second Am. Complaint.

414.    Paragraph 414 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations against it in paragraph 414.

415.    Paragraph 415 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations against it in paragraph 415.

416.    Paragraph 416 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations against it in paragraph 416.

417.    The United States of America denies the allegations against it in paragraph 417 of the Second Am. Complaint.

418.    The United States of America denies the allegations against it in paragraph 418 of the Second Am. Complaint.

419.    The United States of America denies the allegations against it in paragraph 419 of the Second Am. Complaint.

420.    The United States of America denies the allegations against it in paragraph 420 of the Second Am. Complaint, including all subparagraphs.

421.    The United States of America denies the allegations against it in paragraph 421 of the Second Am. Complaint.

422.    The United States of America denies the allegations against it in paragraph 422 of the Second Am. Complaint.

423.    The United States of America denies the allegations against it in paragraph 423 of the Second Am. Complaint.

424.    The United States of America denies the allegations against it in paragraph 424 of the Second Am. Complaint.

425.    The United States of America denies the allegations against it in paragraph 425 of the Second Am. Complaint.

426.    The United States of America denies the allegations against it in paragraph 426 of the Second Am. Complaint.

427.    The United States of America denies the allegations against it in paragraph 427 of the Second Am. Complaint.

### Response to COUNT FIFTEEN

428.    In response to paragraph 428 of the Second Am. Complaint, the United States of America incorporates its responses and denials to paragraphs 1 through 427 as though fully set forth herein.

429.    The United States of America denies the allegations against it in paragraph 429 of the Second Am. Complaint.

430.    The United States of America denies the allegations against it in paragraph 430 of the Second Am. Complaint.

431.    The United States of America denies the allegations against it in paragraph 431 of the Second Am. Complaint.

432.   In response to paragraph 432 of the Second Am. Complaint, the United States of America denies that decedent Roxsana Hernandez was "placed in [an] 'Ice Box.'" The United States of America is without sufficient information to admit or deny the remaining allegations in paragraph 432 of the Second Am. Complaint and therefore denies the allegations.

433.   The United States of America denies the allegations against it in paragraph 433 of the Second Am. Complaint.

434.   In response to the first sentence of paragraph 434 of the Second Am. Complaint, the United States of America denies that decedent Roxsana Hernandez was "detained in [an] 'Ice Box.'" The United States of America is without sufficient information to admit or deny the remaining allegations in the first sentence of paragraph 434 of the Second Am. Complaint. The United States denies the remaining allegations in paragraph 434 of the Second Am. Complaint.

435.   The United States of America denies the allegations against it in paragraph 435 of the Second Am. Complaint.

436.   The United States of America denies the allegations against it in paragraph 436 of the Second Am. Complaint.

437.   The United States of America denies the allegations against it in paragraph 437 of the Second Am. Complaint.

438.   The United States of America denies the allegations against it in paragraph 438 of the Second Am. Complaint.

439.   The United States of America denies the allegations against it in paragraph 439 of the Second Am. Complaint.

440.   The United States of America denies the allegations against it in paragraph 440 of the Second Am. Complaint.

441.    The United States of America denies the allegations against it in paragraph 441 of the Second Am. Complaint.

442.    The United States of America denies the allegations against it in paragraph 442 of the Second Am. Complaint.

443.    The United States of America denies the allegations against it in paragraph 443 of the Second Am. Complaint.

### Response to COUNT SIXTEEN

444.    In response to paragraph 444 of the Second Am. Complaint, the United States of America incorporates its responses and denials to paragraphs 1 through 443 as though fully set forth herein.

445.    The United States of America denies the allegations against it in paragraph 445 of the Second Am. Complaint.

446.    The United States of America denies the allegations against it in paragraph 446 of the Second Am. Complaint.

447.    The United States of America denies the allegations against it in paragraph 447 of the Second Am. Complaint.

448.    The United States of America denies the allegations against it in paragraph 448 of the Second Am. Complaint.

449.    Paragraph 449 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations against it in paragraph 449.

450.    In response to paragraph 450 of the Second Am. Complaint, the United States of America admits that decedent Roxsana Hernandez received a health screening while she was in

73

the custody of the United States. The remainder of the allegation in paragraph 450 appears to be referencing an unspecified medical record or other document, and if so, the United States of America responds and states that the document speaks for itself. All remaining allegations in paragraph 450 of the Second Am. Complaint are denied.

451.    In response to paragraph 451 of the Second Am. Complaint, the United States of America admits that decedent Roxsana Hernandez received a health screening while she was in the custody of the United States. The remainder of the allegation in paragraph 451 appears to be referencing an unspecified medical record or other document, and if so, the United States of America responds and states that the document speaks for itself. All remaining allegations in paragraph 451 of the Second Am. Complaint are denied.

452.    In response to paragraph 452 of the Second Am. Complaint, the United States of America admits that decedent Roxsana Hernandez was taken to a hospital in Chula Vista, California for assessment while she was in custody. All remaining allegations in paragraph 452 of the Second Am. Complaint are denied.

453.    The United States of America denies the allegations against it in paragraph 453 of the Second Am. Complaint.

454.    In response to paragraph 454 of the Second Am. Complaint, the allegations contained therein appear to be partially referencing documentation in a medical record and, if so, the United States of America responds and states that the document speaks for itself. The United States of America denies the remaining allegations against it in paragraph 454 of the Second Am. Complaint.

455.    The United States of America denies the allegations against it in paragraph 455 of the Second Am. Complaint.

74

456.    The United States of America denies the allegations against it in paragraph 456 of the Second Am. Complaint.

457.    The United States of America denies the allegations against it in paragraph 457 of the Second Am. Complaint.

458.    The United States of America denies the allegations against it in paragraph 458 of the Second Am. Complaint.

459.    The United States of America denies the allegations against it in paragraph 459 of the Second Am. Complaint.

### Response to COUNT SEVENTEEN

460.    In response to paragraph 460 of the Second Am. Complaint, the United States of America incorporates its responses and denials to paragraphs 1 through 459 as though fully set forth herein.

461.    Paragraph 461 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations against it in paragraph 461.

462.    The United States of America denies the allegations against it in paragraph 462 of the Second Am. Complaint.

463.    The United States of America denies the allegations against it in paragraph 463 of the Second Am. Complaint.

464.    The United States of America denies the allegations against it in paragraph 464 of the Second Am. Complaint.

465.    The United States of America denies the allegations against it in paragraph 465 of the Second Am. Complaint.

466. The United States of America denies the allegations against it in paragraph 466 of the Second Am. Complaint.

467. The United States of America denies the allegations against it in paragraph 467 of the Second Am. Complaint.

468. The United States of America denies the allegations against it in paragraph 468 of the Second Am. Complaint, including all subparagraphs.

469. The United States of America denies the allegations against it in paragraph 469 of the Second Am. Complaint.

470. The United States of America denies the allegations against it in paragraph 470 of the Second Am. Complaint.

### Response to COUNT EIGHTEEN

471. In response to paragraph 471 of the Second Am. Complaint, the United States of America incorporates its responses and denials to paragraphs 1 through 470 as though fully set forth herein.

472. Paragraph 472 of the Second Am. Complaint states only a legal conclusion to which no response is required. To the extent that any response is required, the United States of America denies the allegations against it in paragraph 472.

473. The United States of America denies the allegations against it in paragraph 473 of the Second Am. Complaint.

474. The United States of America denies the allegations against it in paragraph 474 of the Second Am. Complaint.

475. The United States of America denies the allegations against it in paragraph 475 of the Second Am. Complaint.

476.    The United States of America denies the allegations against it in paragraph 476 of the Second Am. Complaint.

477.    The United States of America denies the allegations against it in paragraph 477 of the Second Am. Complaint.

478.    The United States of America denies the allegations against it in paragraph 478 of the Second Am. Complaint.

479.    The United States of America denies the allegations against it in paragraph 479 of the Second Am. Complaint.

480.    The United States of America denies the allegations against it in paragraph 480 of the Second Am. Complaint, including all subparagraphs.

481.    The United States of America denies the allegations against it in paragraph 481 of the Second Am. Complaint.

482.    The United States of America denies the allegations against it in paragraph 482 of the Second Am. Complaint.

483.    The United States of America denies the allegations against it in paragraph 483 of the Second Am. Complaint.

## RESPONSE TO REQUEST FOR RELIEF

The numbered paragraphs 1 through 5 under the heading "Request for Relief" in the Second Am. Complaint contain only Plaintiff's request relief and no response by the United States of America is required. To the extent that any response is required, the United States of America denies that it was negligent, denies that it caused any harm to decedent Roxsana Hernandez, and further denies that any of Plaintiff's requested relief is appropriate or recoverable against the United States of America.

## AFFIRMATIVE DEFENSES

The United States of America asserts the following affirmative defenses.

### First Defense

Defendant United States of America denies all allegations contained in the Second Am. Complaint not specifically admitted herein.

### Second Defense

This Court lacks jurisdiction over any of Plaintiff's claims which were not the subject of an administrative tort claim. 28 U.S.C. § 2675(a).

### Third Defense

The injuries or damages, or both, alleged in the Second Am. Complaint were not proximately caused by a negligent act or omission of any employee of the United States or deemed employee of the United States, acting within the scope and course of employment.

### Fourth Defense

Defendant United States of America is not liable for prejudgment interest or punitive damages under 28 U.S.C. § 2674.

### Fifth Defense

Recovery is limited to the amount of the administrative claim under 28 U.S.C. § 2675(b), 28 U.S.C. § 1346(b).

### Sixth Defense

Any recovery by Plaintiff is subject to the availability of appropriated funds.  42 U.S.C. § 223(k).

**Seventh Defense**

To the extent Plaintiff is entitled to damages, which is denied, any damages in this action that Plaintiff alleges to be the result of medical negligence or malpractice are limited under the terms of the New Mexico Medical Malpractice Act, NMSA 1978 § 41-5-6 (Repl. Pamp. 2007), and other provisions of the same Act that might apply as appropriate.

**Eighth Defense**

Defendant United States of America is not liable for attorneys' fees except as provided by the FTCA.

**Ninth Defense**

Plaintiff is not entitled to an award of costs except as provided by 28 U.S.C. §2412.

**Tenth Defense**

Plaintiff is not entitled to trial by jury against the United States under 28 U.S.C. § 2402.

**Eleventh Defense**

To the extent Plaintiff is entitled to damages, which is denied, Plaintiff's entitlement, if any, should be reduced by any allowable credits or offsets or any benefits paid to Plaintiff by any agency of the United States of America.

**Twelfth Defense**

Defendant United States of America is entitled to have its liability for Plaintiff's damages, if any, reduced according to New Mexico law of comparative fault pursuant to NMSA 1978 § 41-3A-1.

**Thirteenth Defense**

To the extent that Plaintiff alleges negligence or fault on the part of anyone who is not an employee of the United States acting within the scope of their office or employment, or who was an independent contractor, this Court lacks jurisdiction.

**Fourteenth Defense**

The negligent acts or omissions of others, known or unknown, over whom the United States had no control, were superseding and intervening causes, such that the chain of causation was broken, and Defendant United States of America therefore cannot be held liable.

**Fifteenth Defense**

The laws of the state of California are inapplicable to this action.

**Sixteenth Defense**

Defendant United States of America asserts that it has, or may have, additional affirmative defenses that are not known to Defendant at this time but may be ascertained through discovery.  Defendant United States of America specifically preserves these and other affirmative defenses as they are ascertained through discovery.

WHEREFORE, Defendant United States of America respectfully requests that the Complaint against it be dismissed with prejudice, that judgment be entered in favor of the United States, and for such other and further relief as the Court deems appropriate in this action.

Respectfully submitted,

FRED J. FEDERICI
United States Attorney


*/s/ Kimberly Bell 2/28/22*
KIMBERLY BELL
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 224-1519
Kimberly.Bell@usdoj.gov


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **2/28/2022**, I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.


*/s/ Kimberly Bell*
KIMBERLY BELL
Assistant United States Attorney

81