**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **Joleen K. Youngers,** | ) | |
| **As the Personal Representative of the** | ) | |
| **Wrongful Death Estate of Roxsana Hernandez** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 20-cv-00465-WPJ-JHR** |
| | ) | |
| **LaSalle Corrections Transport LLC,** | ) | |
| **LaSalle Corrections West LLC,** | ) | |
| **LaSalle Management Company, LLC** | ) | |
| **Global Precision Systems LLC,** | ) | |
| **TransCor America LLC,** | ) | |
| **CoreCivic, Inc., and** | ) | |
| **United States of America,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

This cause coming to be heard on Plaintiff's, Joleen K. Youngers, as Personal Representative of the Wrongful Death Estate of Roxsana Hernandez, and Defendant's, Global Precision Systems LLC ("GPS"), Joint Motion to Extend Plaintiff's Motion to Compel Deadline ("Joint Motion"), the Joint Motion having been filed, and the Court being duly advised in the premises,

**IT IS THEREFORE ORDERED as follows:**

Plaintiff's and GPS's Joint Motion is GRANTED.  Plaintiff's deadline to file a Motion to Compel against GPS is extended to September 30, 2022.

**IT IS SO ORDERED.**

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE