**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

JOLENE K. YOUNGERS, as the Personal
Representative of the Wrongful Death
Estate of Roxsana Hernandez,

        Plaintiff,

v.

LaSalle Corrections Transport LLC,
LaSalle Corrections West LLC,
LaSalle Management Company LLC,
Global Precision Systems LLC,
TransCor America LLC,
CoreCivic, Inc., and
United States of America,

        Defendants

Civ. No. 20-0465 WJ/JHR
Consolidated with
Civ. No. 21-0620 WJ/JHR

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND
CASE MANAGEMENT DEADLINES FOR EXPERT DISCLOSURES**

THIS MATTER comes before the Court on Defendant United States of America's

Unopposed Motion to Extend Case Management Deadlines for Expert Disclosures, Doc. 173.

The Court, having reviewed the Motion and noting the consent of Plaintiff, Co-

Defendants, and Third-Party Defendant, finds the Motion well-taken and grants the Motion.

The Court finds that the Motion demonstrates good cause to amend the Order Setting

Case Management Deadlines and Discovery Parameters, Doc. 150, by extending the expert

disclosure deadlines by 30-days.

IT IS THEREFORE ORDERED that Defendant United States' Unopposed Motion to

Extend Case Management Deadlines for Expert Disclosures, Doc. 173, is GRANTED, and the

expert disclosure deadlines in the Order Setting Case Management Deadlines and Discovery Parameters, Doc. 150, are modified as follows:

1.  Plaintiff's Rule 26(a)(2) expert disclosure          March 30, 2022

2.  Defendants' Rule 26(a)(2) expert disclosure        May 1, 2022

All other provisions of the Order Setting Case Management Deadlines and Discovery Parameters, Doc. 150, shall remain in effect.

IT IS SO ORDERED.


JERRY H. RITTER
United States Magistrate Judge