IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOLENE K. YOUNGERS, as the Personal
Representative of the Wrongful Death
Estate of Roxsana Hernandez,

     Plaintiff,

v.

LaSalle Corrections Transport LLC,
LaSalle Corrections West LLC,
LaSalle Management Company LLC,
Global Precision Systems LLC,
TransCor America LLC,
CoreCivic, Inc., and
United States of America,

     Defendants.

No. 1:20-cv-0465 WJ/JHR
*consolidated with*
1:21-cv-0620 WJ/JHR

**AMENDED ORDER GRANTING UNOPPOSED MOTION TO EXTEND
<u>CASE MANAGEMENT DEADLINES FOR EXPERT DISCLOSURES</u>**

**THIS MATTER** comes before the Court on Defendant United States of America's

Unopposed Motion to Extend Case Management Deadlines for Expert Disclosures, Doc. 173.

The Court, having reviewed the Motion and noting the consent of Plaintiff, Co-Defendants,

and Third-Party Defendant, finds the Motion well-taken and grants the Motion.

The Court finds that the Motion demonstrates good cause to amend the Order Setting Case

Management Deadlines and Discovery Parameters, Doc. 150, by extending the expert disclosure

deadlines by 30-days.

**IT IS THEREFORE ORDERED** that Defendant United States' Unopposed Motion to

Extend Case Management Deadlines for Expert Disclosures, Doc. 173, is GRANTED, and the

expert disclosure deadlines in the Order Setting Case Management Deadlines and Discovery

Parameters, Doc. 150, are modified as follows:

1.  **Plaintiff's Rule 26(a)(2) expert disclosure**      **March 30, 2023**

2.  **Defendants' Rule 26(a)(2) expert disclosure**   **May 31, 2023**

All other provisions of the Order Setting Case Management Deadlines and Discovery Parameters,

Doc. 150, shall remain in effect.

**IT IS SO ORDERED**.

_____

JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE

APPROVED/SUBMITTED BY:

**Defendant United States of America**

*/s/ Elizabeth M. Martinez 10/31/2022*
Elizabeth M. Martinez
Assistant United States Attorney
*Counsel for Defendant United States*

APPROVED:

**Plaintiff Jolene K. Youngers**

*Approved by Dale Melchert 10/31/2022*
Daniel Yohalem

Katherine E. Murray

Dale Melchert
Lynly Egyes
Omar Garcia
Transgender Law Center

Irene Lax
Cindy B. Morgan
Grant & Eisenhofer PA
*Counsel for Plaintiff*

**Defendants LaSalle Corrections Transport LLC
LaSalle Corrections West LLC
LaSalle Management Company LLC**

*Approved by Adam D. Rafkin 10/31/2022*
Adam D. Rafkin
Adam D. Rafkin, P.C.
*Counsel for LaSalle Defendants*

**Defendant Global Precision Systems LLC**

*Approved by Gregory D. Steinman 10/30/2022*
Gregory D. Steinman
Jari Lynn Rubio
Madison, Mroz, Steinman, Kenny & Olexy P.A.

Celina Hoffman
Park & Associates, LLC

*Counsel for Defendant Global Precisions Systems LLC*

**Defendants TransCor America LLC
CoreCivic Inc.**

<u>*Approved by Anne M. Orcutt 10/30/2022*</u>
Anne M. Orcutt
Daniel P. Struck
Jacob B. Lee
Struck, Love, Bojanowski & Acedo, PLC

Deborah D. Wells
Debra J. Moulton
Kennedy, Moulton & Wells PC
*Counsel for Defendants TransCorp America
and CoreCivic Inc.*

**Third Party Defendant Asset Protection
and Security Services LP**

<u>*Approved by Clinton E. Dow 10/31/2022*</u>
Clinton E. Dow
Robert Gentile
Guebert Bruckner PC
*Counsel for Third-Party Defendant*