## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JOLENE K. YOUNGERS, as the Personal
Representative of the Wrongful Death
Estate of Roxsana Hernandez,

          Plaintiff,

v.

LaSalle Corrections Transport LLC,
LaSalle Corrections West LLC,
LaSalle Management Company LLC,
Global Precision Systems LLC,
TransCor America LLC,
CoreCivic, Inc., and
United States of America,

          Defendants,

and

Global Precision Systems, LLC,

          Third-Party Plaintiff,

v.

Asset Protection and Security Services, L.P.,

          Third Party Defendant.

1:20-cv-0465 WJ/JHR
Consolidated with
1:21-cv-0620 WJ/JHR

## ORDER GRANTING DEFENDANT UNITED STATES' MOTION TO EXTEND DEADLINE FOR ANSWERING AND RESPONDING TO PLAINTIFF'S DISCOVERY REQUESTS

This matter comes before the Court on Defendant United States' Opposed Motion to

Extend Deadline for Answering and Responding to Plaintiff's Discovery Requests, Doc. 185,

and the representations of counsel during the December 12, 2022 informal status conference on

the motion, *see* Doc. 188, including Plaintiff's consent to entry of an order granting the motion.

The Court hereby orders Defendant United States to answer and respond to Plaintiff's

First Set of Interrogatories and Requests for Production on or before December 23, 2022.

    IT IS SO ORDERED this 13th day of December 2022.


_____
THE HONORABLE JERRY H. RITTER
United States Magistrate Judge