# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JOLENE K. YOUNGERS, as the Personal
Representative of the Wrongful Death
Estate of Roxsana Hernandez,

          Plaintiff,

     v.                                  1:20-cv-0465 WJ/JHR
                                          Consolidated with

LaSalle Corrections Transport LLC,         1:21-cv-0620 WJ/JHR
LaSalle Corrections West LLC,
LaSalle Management Company LLC,
Global Precision Systems LLC,
TransCor America LLC,
CoreCivic, Inc., and
United States of America,

          Defendants,

and

Global Precision Systems, LLC,

          Third-Party Plaintiff,

v.

Asset Protection and Security Services, L.P.,

          Third Party Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMITS FOR MOTIONS TO COMPEL DISCOVERY

THIS MATTER comes before the Court on Plaintiff's Motion To Exceed Page Limits

For Motions To Compel Discovery, Doc. 170.

The Court, having reviewed the Motion, which was initially opposed by Defendants

CoreCivic, Inc. and TransCor America, LLC, but later consented to by the same, Doc. 179, and

noting the consent of all Defendants and Third-Party Defendant, finds the Motion well-taken and grants the Motion.  The Court finds that per Local Rule of Civil Procedure 10.5, which provides that exhibits that exceed the page limit are permitted with the agreement of all parties, Plaintiff may exceed the page limit contained therein in her Motions to Compel Discovery against Defendant, CoreCivic Inc., Doc. 171, and against Defendant, TransCor America, LLC Doc. 172.

IT IS THEREFORE ORDERED that Plaintiff Joleen K. Youngers' Unopposed Motion to Exceed Page Limits for Motions to Compel Discovery, Doc. 170, is GRANTED.

IT IS SO ORDERED this 13th Day of December 2022.

_____
JERRY H. RITTER
United States Magistrate Judge