IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| Joleen K. Youngers,<br>As the Personal Representative of the<br>Wrongful Death Estate of Roxsana Hernandez<br><br>      Plaintiff,<br><br>  v.<br><br>LaSalle Corrections Transport LLC,<br>LaSalle Corrections West LLC,<br>LaSalle Management Company, LLC<br>Global Precision Systems LLC,<br>TransCor America LLC,<br>CoreCivic, Inc., and<br>United States of America,<br><br>      Defendants,<br><br>and<br><br>Global Precision Systems, LLC,<br><br>      Third-Party Plaintiff,<br><br>v.<br><br>Asset Protection and<br>Security Services, L.P.,<br><br>      Third-Party Defendant. | Case No. 20-cv-00465-WJ-JMR |

**ORDER GRANTING MOTION TO EXTEND**

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Extend Case Management Deadlines, Doc. 223.

The Court; having reviewed the Motion and noting the consent of Plaintiff, Defendants, and Third-Party Defendant; finds the Motion to be for good cause shown and grants the Motion.

IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion to Extend Case Management Deadlines, Doc. 223 is GRANTED, with the following deadlines:

    a. Plaintiff's Rule 26(a)(2) expert disclosure: June 28, 2023

    b. Defendants' Rule 26(a)(2) expert disclosure: August 29, 2023

    c. Plaintiff's Rule 26(a)(2) rebuttal expert disclosure: September 28, 2023

    d. Termination date for discovery: October 31, 2023

    e. Motions relating to discovery be filed by: November 7, 2023

    f. Pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) filed by: November 30, 2023

    g. Pretrial Order from Plaintiff to Defendants 14 days after pending Pretrial motions are resolved or, if there are no pending motions, December 14, 2023;

    h. Pretrial Order due to the Court: 14 days after the Pretrial Order from Plaintiff is served upon Defendants.

IT IS SO ORDERED.

_____
United States Magistrate Judge