IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

       Plaintiff,

vs.                                                                1:20-cv-00465-WJ-JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

       Defendants,

and

GLOBAL PRECISION SYSTEMS LLC,

       Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.,

       Third-Party Defendant.

## ORDER SETTING MOTION HEARING VIA ZOOM

THIS MATTER comes before the Court on Plaintiff's Motion to Compel Discovery

Against Defendant United States of America, field on March 13, 2022.  Doc. 220.  This matter

also comes before the Court on the remaining issues in Plaintiff's Motion to Compel Discovery

Against CoreCivic (Doc. 171) and Plaintiff's Motion to Compel Discovery Against Transcor

(Doc. 172).  Having reviewed the briefing, the Court finds that a hearing on the motions is

warranted.

IT IS THEREFORE ORDERED that counsel shall appear **before me via Zoom on Wednesday, May 10, 2023, at 9:00 a.m.**  The Court hereby orders counsel for all parties involved in these disputes to attend.[1]  Other parties in the case may attend, but their attendance is not required.

The Zoom ID and Passcode will be docketed separately and available to the parties but not the public.  Counsel are responsible for ensuring that their clients and any necessary witnesses who will be participating in the hearing have the Zoom ID and Passcode to join the proceedings.  Participants should connect to the proceeding 15 minutes prior to its scheduled start time to allow time for trouble shooting of any connectivity issues.  To ensure the record is of the best quality, participants are encouraged to use a headset to reduce static and background noise; if not using a headset, participants must ensure the audio feed at their location is muted when not speaking.

Members of the public wishing to LISTEN ONLY should dial either 1-669-254-5252 US (San Jose) or 1-646-828-7666 US (New York) and enter 161 133 0039 for access to this proceeding.  The above dial-in lines are NOT toll-free and carrier charges may apply at your expense.  This hearing will also be available for remote viewing by video stream.  Please visit

---

[1] The Court stated at the April 26, 2023 discovery hearing that counsel for Core Civic, Inc. and TransCor America, LLC may attend.  However, the Court has determined that the appearance of these parties is required.

the Court's website at https://www.nmd.uscourts.gov/district-court-streaming-services for

information and instructions to connect.

**Recording or broadcasting of court proceedings is strictly prohibited.**


Jennifer M. Rozzoni
United States Magistrate Judge