# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS, as Personal
Representative of the Wrongful Death
Estate of Roxsana Hernandez,

Plaintiff,

vs.

NO. 20-cv-00465-WJ-JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., and
UNITED STATES OF AMERICA,

Defendants.

## ORDER GRANTING JOINT REQUEST FOR EXTENSION OF DEADLINE TO FILE JOINT STATUS REPORT REGARDING DISCOVERY DISAGREEMENTS

Before the Court is the parties' Joint Request For Extension Of Deadline To File Joint Status Report Regarding Discovery Disagreements. After review and consideration, and good cause appearing,

**IT IS HEREBY ORDERED granting** the parties' Joint Request For Extension Of Deadline To File Joint Status Report Regarding Discovery Disagreements.

**IT IS FURTHER ORDERED extending** the parties' deadline to file the Joint Status Report to July 10, 2023.

_____
JENNIFER M. ROZZONI
UNITED STATES MAGISTRATE JUDGE

1

**SUBMITTED BY:**

*/s/Anne M. Orcutt*
Daniel P. Struck, AZ Bar No. 012377
Jacob B. Lee, NM Bar No. 154613
Anne M. Orcutt, AZ Bar No. 029387
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel.: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
jlee@strucklove.com
aorcutt@strucklove.com

Deborah D. Wells
Debra J. Moulton
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
Tel.: (505) 884-7887
Fax: (505) 884-7123
ddwells@kmwpc.com
dmoulton@kmwpc.com

*Attorneys for Defendants TransCor America, LLC
and CoreCivic Inc.*

*/s/ Cynthia Morgan (w/Permission)*
Cynthia Morgan, *Pro Hac Vice*
Grant & Eisenhofer P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
Tel: (302) 622-7086
cmorgan@gelaw.com

Irene R. Lax, *Pro Hac Vice*
Grant & Eisenhofer P.A.
485 Lexington Avenue

3

New York, NY 10017
Tel: (646)-722-8512
ilax@gelaw.com

Dale Melchert, *Pro Hac Vice*
Lynly Egyes, *Pro Hac Vice*
Transgender Law Center
P.O. Box 70976
Oakland, CA 94612
dale@transgenderlawcenter.org
lynly@transgenderlawcenter.org

Daniel Yohalem
Attorney at Law
1121 Paseo de Peralta
Santa Fe, New Mexico 87501
Phone: 505-983-9433 Fax 505-989-4844
During Covid:  505-690-2193
Daniel.yohalem@gmail.com

*Attorneys for Plaintiff*