IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

       Plaintiff,

vs.                                                                          1:20-cv-00465-WJ-JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

       Defendants,

and

GLOBAL PRECISION SYSTEMS LLC,

       Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.,

       Third-Party Defendant.

### ORDER DENYING MOTION FOR EXTENSION OF TIME

THIS MATTER comes before the Court on the United States of America's opposed Motion for Extension of Time to Submit Response to Plaintiff's Second Request for Production filed July 3, 2023 (Doc. 261) and the United States of America's Motion to Withdraw their Motion for Extension of Time to Submit Response to Plaintiff's Second Request for Production (Doc. 262) filed July 7, 2023. Also on July 7, 2023, the United States filed a Notice of Agreed Extension of Time to Submit Response to Plaintiff's Second Request for Production. Doc. 263.

1

Per the stipulation, the United States will have until July 17, 2023, to provide a response to the plaintiff's second request for production. *Id.*

Because the parties have already stipulated to an extension, the original motion for an extension of time (Doc. 261) is DENIED as moot. The motion to withdraw the motion for extension of time (Doc. 262) is also DENIED as moot.

_____
JENNIFER M. ROZZONI