IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

   Plaintiff,

v.               1:20-cv-00465-WJ-JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

   Defendants,

and

GLOBAL PRECISION SYSTEMS LLC,

   Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.,

   Third-Party Defendant.

**<u>ORDER SETTING TELEPHONIC STATUS CONFERENCE</u>**

   IT IS HEREBY ORDERED that a status conference will be held by telephone on

**<u>Thursday, August 10, 2023</u>**, at **3:30 p.m.** Counsel shall call my AT&T toll-free conference line at

1-877- 336-1831 and dial access code 4999264 to be joined to the proceedings.

   The parties should be prepared to discuss the case management deadlines, the settlement

conference currently scheduled for September 19, 2023, and what topics should be covered at the

discovery conference scheduled for August 31, 2023. The Court does not anticipate addressing the parties' discovery disputes at this status conference.

_____
JENNIFER M. ROZZONI
United States Magistrate Judge