IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

      Plaintiff,

v.                                                                                                       1:20-cv-00465-WJ-JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

      Defendants,

and

GLOBAL PRECISION SYSTEMS LLC,

      Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.,

      Third-Party Defendant.

## ORDER VACATING SETTLEMENT CONFERENCE, EXTENDING SCHEDULING ORDER DEADLINE, AND FOR POSITION STATEMENTS

THIS MATTER comes before the Court following the August 10, 2023, status conference. Doc. 280. Based on the parties' representations at the status conference, the Court hereby rules as follows:

- The settlement conference currently set for September 19, 2023, is vacated. The corresponding order is also vacated. Doc. 219.

- The deadline for the defendants' expert disclosure is extended to September 1, 2023.

- The parties shall file three-page position statements, as described at the status conference, by close of business on August 28, 2023. *See* Doc. 280, Clerk's Minutes.

JENNIFER M. ROZZONI
United States Magistrate Judge