IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

      Plaintiff,

vs.                                         1:20-cv-00465-WJ-JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

      Defendants,

and

GLOBAL PRECISION SYSTEMS LLC,

      Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.,

      Third-Party Defendant.

**ORDER ON DISCOVERY DISPUTES AND
<u>EXTENDING SCHEDULING ORDER DEADLINES</u>**

The Court held a discovery hearing on August 31, 2023, to rule on the issues raised in the

parties' letter briefs and Joint Status Report.  *See* Docs. 284–89.  Having discussed the discovery

issues with the parties, the Court rules as follows:

1. The United States shall re-produce 1560 pages of documents in the ordered unredacted
   format collected as part of the related ICE FOIA matter in the Northern District of
   California **no later than 10/10/23**.

2. The United States shall produce all other outstanding discovery—including ESI from ICE, CBP, and DHS, as well as additional discovery from the ICE FOIA matter in the Northern District of California—**no later than 1/19/24**. This is a hard deadline. The Court cautions the United States of potential sanctions if it does not comply with this deadline.

3. The Court orders plaintiff and the United States to meet and confer about a deadline for additional materials referenced in inspection reports produced in response to Plaintiff's Second Set of Requests for Production. The Court declines to issue a deadline for these materials. The parties may email the Court to set up a telephonic conference if they are unable to work out this issue after meeting and conferring.

4. The Court orders plaintiff, CoreCivic, and TransCor to meet and confer with the ESI vendor no later than **9/22/23**, if not earlier.

5. The Court orders plaintiff to provide new search terms and narrowed search parameters to CoreCivic and TransCor by **9/29/23**.

6. The Court orders CoreCivic and TransCor to produce all outstanding discovery by **1/19/24**. This is a hard deadline. The Court will consider sanctions if this is not met.

7. The Court orders Global Precision to produce all outstanding ESI by **1/19/24**.

8. The Court orders Global Precision to supplement discovery as previously discussed by **9/29/23**.

9. **The Court advises parties that, to the extent that discovery can be produced sooner, all parties should do so.**

The Court extends the following case management deadlines:

| | | |
|---|---|---|
| a) | Plaintiff's Rule 26(a)(2) expert disclosure: | September 29, 2023 |
| b) | Defendant's Rule 26(a)(2) expert disclosure: | February 2, 2024 |
| c) | Plaintiff's Rule 26(a)(2) rebuttal expert disclosure: | March 1, 2024 |
| d) | Termination date for discovery: | April 30, 2024 |
| e) | Motions relating to discovery to be filed by: | May 7, 2024 |
| f) | Pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) filed by: | May 30, 2024 |

g)    Proposed Pretrial Order: Plaintiff to Defendant by:    30 days after dispositive motions resolved.

Defendant to Court by:    14 days after service from plaintiff

All other deadlines and discovery parameters remain as previously set.  No further extensions of these deadlines will be granted, absent extenuating circumstances.


_____
JENNIFER M. ROZZONI
United States Magistrate Judge

3