IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

      Plaintiff,

v.                                                                      1:20-cv-00465-WJ-JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

      Defendants,

and

GLOBAL PRECISION SYSTEMS LLC,

      Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.,

      Third-Party Defendant.

## **ORDER SETTING TELEPHONIC STATUS CONFERENCE**

      IT IS HEREBY ORDERED that a status conference will be held by telephone on

**Thursday, January 25, 2024**, at **9:30 a.m.** Counsel shall call my AT&T toll-free conference

line at 1-877- 336-1831 and dial access code 4999264 to be joined to the proceedings.

                                  JENNIFER M. ROZZONI
                                  United States Magistrate Judge

1