IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

       Plaintiff,

v.                                         1:20-cv-00465-WJ-JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

       Defendants,

and

GLOBAL PRECISION SYSTEMS LLC,

       Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.,

       Third-Party Defendant.

### SECOND ORDER RESETTING MOTION HEARING VIA ZOOM

THIS MATTER comes before the Court on Plaintiff's Expedited Motion to Compel

Discovery Against Defendant Global Precision Systems, LLC, filed on December 5, 2023. Doc.

311. The Zoom motion hearing set for Tuesday, January 16, 2024, at 2:00 p.m. is hereby

VACATED. *See* Docs. 316, 317.

IT IS HEREBY ORDERED that counsel shall appear before me via Zoom on

**Wednesday, January 17, 2024, at 2:00 p.m.** The Court hereby orders counsel for both parties involved in this discovery dispute to attend. Other parties in the case may attend, but their attendance is not required.

The Zoom ID and Passcode will be docketed separately and available to the parties but not the public. Counsel are responsible for ensuring that their clients and any necessary witnesses who will be participating in the hearing have the Zoom ID and Passcode to join the proceedings. Participants should connect to the proceeding 15 minutes prior to its scheduled start time to allow time for trouble shooting of any connectivity issues. To ensure the record is of the best quality, participants are encouraged to use a headset to reduce static and background noise; if not using a headset, participants must ensure the audio feed at their location is muted when not speaking.

Members of the public wishing to LISTEN ONLY should dial either 1-669-254-5252 US (San Jose) or 1-646-828-7666 US (New York) and enter 161 168 1222 for access to this proceeding. The above dial-in lines are NOT toll-free and carrier charges may apply at your expense. This hearing will also be available for remote viewing by video stream. Please visit the Court's website at https://www.nmd.uscourts.gov/district-court-streaming-services for information and instructions to connect.

**Recording or broadcasting of court proceedings is strictly prohibited.**

JENNIFER M. ROZZONI
United States Magistrate Judge

2