IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

      Plaintiff,

vs.                                              1:20-cv-00465-WJ-JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

      Defendants,

and

GLOBAL PRECISION SYSTEMS LLC,

      Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.,

      Third-Party Defendant.

**<u>ORDER SETTING STATUS CONFERENCE VIA ZOOM</u>**

IT IS HEREBY ORDERED that the status conference set on January 25, 2024 at 9:30 a.m. is VACATED.   A status conference will instead be held <u>via</u> Zoom on **<u>Friday, March 15, 2024</u>**, at **11:00 a.m. Mountain Time.**   The parties should be prepared to discuss any remaining discovery issues, scheduling order deadlines, and interest in a settlement conference.

The Zoom ID and Passcode will be docketed separately and available to the parties but not the public.   Counsel are responsible for ensuring that their clients and witnesses have the

Zoom ID and Passcode necessary to join the proceedings.   Participants should connect to the proceeding 15 minutes prior its scheduled start time to allow time for trouble shooting of any connectivity issues.   To ensure the record is of the best quality, participants are encouraged to use a headset to reduce static and background noise; if not using a headset participants must ensure the audio feed at their location is muted when not speaking.

Members of the public wishing to LISTEN ONLY should dial either 1-669-254-5252 US (San Jose) or 1-646-828-7666 US (New York) and enter 160 564 9754 for access to this proceeding.   The above dial-in lines are NOT toll-free and carrier charges may apply at your expense.

**Recording or broadcasting of court proceedings is strictly prohibited.**

JENNIFER M. ROZZONI
United States Magistrate Judge

2

<u>Participating via Zoom</u>

In order to participate via Zoom, each of you (and any other individual participating) will need to have the Zoom app installed on your computer or smart phone. You can download the app for free at https://zoom.us.

**Zoom device requirements:**

1. An internet-enabled device with a camera and mic, such as a tablet, smartphone, or computer.
2. An internet connection – broadband wired or wireless (3G or 4G/LTE).
3. Speakers and a microphone – built-in or USB plug-in or wireless Bluetooth.
4. A webcam or HD webcam – built-in or USB plug-in.

If you've never used Zoom before, please review the following short instructional videos to become acquainted with the basics:

1. How to Join a Meeting
2. Joining & Configuring Audio & Video
3. If you receive a message that you are waiting for the host to start this meeting, it means that the host has not started the meeting. You have successfully connected to Zoom, and the meeting will begin as soon as the host starts the session.

If there is some reason you or your client cannot participate via Zoom, then please contact Chambers at rozzonichambers@nmd.uscourts.gov or call (505) 348-2300 to discuss options.