IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOLENE K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

     Plaintiff,

                         1:20-cv-0465 WJ-JMR

v.

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

     Defendants,

and

GLOBAL PRECISION SYSTEMS, LLC,

     Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.,

     Third-Party Defendant.

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME
TO SUBMIT ELECTRONICALLY STORED INFORMATION**

THIS MATTER, having come before the Court upon the Joint Motion for Extension of Time to Submit Electronically Stored Information (Doc. 338), the parties concurring in the requested extension, and the Court having read the Motion and being fully advised of the premises, finds that the Motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that the Defendants shall have until March 1, 2024, to produce Electronically Stored Information to Plaintiff.[1]  This deadline shall not be extended absent extenuating circumstances.

JENNIFER M. ROZZONI
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted and approved by:

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Brett C. Eaton filed 1/25/24*
BRETT C. EATON
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274
Fax (505) 346-7205
Brett.Eaton@usdoj.gov

Grant & Eisenhofer, P.A.

*/s/ Barbara Hart with approval 1/25/24*
Barbara Hart, Pro Hac Vice
Cynthia Morgan, Pro Hac Vice
123 Justison Street, 7th Floor
Wilmington, DE 19801
Tel: (302) 622-7086
bhart@gelaw.com
cmorgan@gelaw.com
485 Lexington Avenue
New York, NY 10017
Tel: (646)-722-8512

Transgender Law Center
Dale Melchert, Pro Hac Vice
Lynly Egyes, Pro Hac Vice
P.O. Box 70976
Oakland, CA 94612

---

[1] The deadlines for Global Precision Systems, LLC to produce ESI remain as previously set.

2

dale@transgenderlawcenter.org
lynly@transgenderlawcenter.org


Daniel Yohalem
Attorney at Law
1121 Paseo de Peralta
Santa Fe, New Mexico 87501
Phone: 505-983-9433 Fax 505-989-4844
During Covid: 505-690-2193
Daniel.yohalem@gmail.com
*Attorneys for Plaintiff Jolene K. Youngers*
*as Personal Representative of the Wrongful*
*Death Estate of Roxsana Hernandez*


STRUCK LOVE BOJANOWSKI & ACEDO, PLC

*/s/ Jacob B. Lee with approval 1/23/24*
Daniel P. Struck, AZ Bar No. 012377
Jacob B. Lee, NM Bar No. 154613
Dana M. Keene, AZ Bar No. 033619
Anne M. Orcutt, AZ Bar No. 029387
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel.: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
jlee@strucklove.com
dkeene@strucklove.com
aorcutt@strucklove.com


KENNEDY, MOULTON & WELLS, P.C.
Deborah D. Wells
Debra J. Moulton
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
Tel.: (505) 884-7887
Fax: (505) 884-7123
ddwells@kmwpc.com
dmoulton@kmwpc.com
*Attorneys for Defendants*
*TransCor America, LLC and CoreCivic Inc.*


ADAM DANIEL RAFKIN, Esq.
*/s/ Adam D. Rafkin with approval 1/23/24*
Adam D. Rafkin, P.C.
P.O. Box 1912

3

Ruidoso, New Mexico 88355
(575) 257-0129/257-0113 Fax
adr@rafkinlaw.com
*Attorney for LaSalle Defendants*

Madison, Mroz, Steinman, Kenny &
Olexy, P.A.

*/s/Gregory D. Steinman with approval 1/24/24*
Gregory D. Steinman, Esq.
Wan Erh Chen, Esq.
P.O. Box 25467
Albuquerque, New Mexico 87125
(505) 242-2177/(505) 242-7184 Fax
gds@madisonlaw.com
wc@madisonlaw.com
*Attorneys for Defendant and Third-Party
Plaintiff Global Precision Systems, LLC*

Guebert Gentile & Piazza, P.C.
*/s/ Clinton E. Dow with approval 1/24/24*
Robert F. Gentile, Esq.
Clinton E. Dow, Esq.
P.O. Box 93880
Albuquerque, New Mexico 87199
(505) 823-2300/(505) 823-9600 Fax
rgentile@guebertlaw.com
cdow@guebertlaw.com
*Attorneys for Third-Party Defendant
Asset Protection and Security Services, L.P.*