IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

    Plaintiff,

vs.                                                                                     1:20-cv-00465-WJ-JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

    Defendants,

and

GLOBAL PRECISION SYSTEMS LLC,

    Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.,

    Third-Party Defendant.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME AND
EXTENDING SCHEDULING ORDER DEADLINES**

THIS MATTER comes before the Court on Defendant Global Precisions Systems, LLC's ("GPS's) Motion for Relief from Order and Extension of Time (Doc. 349), filed on February 16, 2024.  Plaintiff file a Response (Doc. 352) and a Declaration in Support (Doc. 353).  GPS filed a reply (Doc. 355).  The Court held a hearing on February 29, 2024.  Doc. 360.  Having reviewed the briefing and the relevant law and the facts, and for the reasons stated at the hearing, the Court

finds the motion should be GRANTED. In addition, the Court grants the United States of America's ("USA's") request made by oral motion at the hearing to extend the deadline for it to produce ESI from the Department of Homeland Security Office for Civil Rights and Civil Policy ("CRCL"). Finally, the Court grants plaintiff's and the USA's joint request to extend the remaining scheduling order deadlines.

Specifically, the Court rules as follows:

1. By **3/15/24**, GPS will produce a hit count report to assess the amount of information the agreed-upon ESI protocol is returning. If the ESI protocol does not need to be narrowed, GPS must produce all responsive ESI by **3/29/24**. If the ESI protocol needs to be narrowed, plaintiff and GPS will meet and confer by **3/29/24** to narrow the ESI protocol and GPS will then produce all ESI no later than **4/12/24**.

2. The Court will impose a fine of $100 for each day that GPS fails to comply with each of these deadlines.

3. The Court extends the following scheduling order deadlines:

    | | | |
    |---|---|---|
    | a) | Termination date for discovery: | July 31, 2024 |
    | b) | Motions relating to discovery to be filed by: | August 9, 2024 |
    | c) | Pretrial motions other than discovery motions (including motions which may require a *Daubert* | August 16, 2024 |

    All other deadlines and discovery parameter remain as previously set. **<u>The Court will not grant any further extensions to the scheduling order deadlines absent extraordinary circumstances.</u>**

4. The Court extends the deadline for the USA to produce ESI from the Department of Homeland Security Office for Civil Rights and Civil Policy until **4/1/24**.

JENNIFER M. ROZZONI
United States Magistrate Judge