**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOLENE K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

      Plaintiff,

                                   1:20-cv-0465 WJ/JMR

v.                                Consolidated with 1:21-cv-0620 WJ/JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

      Defendants,

and

GLOBAL PRECISION SYSTEMS, LLC,

      Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.,

      Third Party Defendant.

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME
TO SUBMIT ELECTRONICALLY STORED INFORMATION**

THIS MATTER coming before the Court upon the Joint Motion for Extension of Time to Submit Electronically Stored Information (Doc. 370) the parties concurring in the requested extension, and the Court having read the Motion and being fully advised of the premises, finds that the Motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that the Defendant United States of America shall have until April 19, 2024, to complete production Electronically Stored Information to Plaintiff from Department of Homeland Security Office for Civil Rights Civil Liberties.

_____
JENNIFER M. ROZZONI
United States Magistrate Judge

Respectfully submitted and approved by:

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Brett C. Eaton filed 4/1/24*
BRETT C. EATON
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274
Fax (505) 346-7205
Brett.Eaton@usdoj.gov

And

*APPROVED BY EMAIL 03/29/24*
TRANSGENDER LAW CENTER
Dale Melchert, Pro Hac Vice
Lynly Egyes, Pro Hac Vice
P.O. Box 70976
Oakland, CA 94612
dale@transgenderlawcenter.org
lynly@transgenderlawcenter.org

GRANT & EISENHOFER, P.A.
Barbara Hart, Pro Hac Vice
Cynthia Morgan, Pro Hac Vice
123 Justison Street, 7th Floor
Wilmington, DE 19801
Tel: (302) 622-7086
bhart@gelaw.com
cmorgan@gelaw.com
485 Lexington Avenue
New York, NY 10017
Tel: (646)-722-8512

Daniel Yohalem
Attorney at Law
1121 Paseo de Peralta
Santa Fe, New Mexico 87501
Phone: 505-983-9433 Fax 505-989-4844
During Covid: 505-690-2193
Daniel.yohalem@gmail.com
*Attorneys for Plaintiff Jolene K. Youngers*
*as Personal Representative of the Wrongful*
*Death Estate of Roxsana Hernandez*