IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

      Plaintiff,

v.                                                    1:20-cv-00465-WJ-JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

      Defendants,

and

GLOBAL PRECISION SYSTEMS LLC,

      Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.,

      Third-Party Defendant.

**ORDER GRANTING DEFENDANTS TRANSCOR'S AND CORECIVIC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF MOTIONS TO COMPEL DISCOVERY**

Before the Court is Defendants TransCor's and CoreCivic's Unopposed Motion for Extension of Time to File Replies in Support of Motions to Compel Discovery. Doc. 387. After review and consideration, and good cause appearing,

1

**IT IS HEREBY ORDERED** that Defendants TransCor's and CoreCivic's Unopposed Motion for Extension of Time to File Replies in Support of Motions to Compel Discovery is GRANTED.

**IT IS FURTHER ORDERED** that the deadline for Defendants TransCor and CoreCivic to file Replies in Support of Motions to Compel to May 16, 2024.


JENNIFER M. ROZZONI
United States Magistrate Judge


**SUBMITTED BY:**

/s/ Dana Keene
Daniel P. Struck, AZ Bar No. 012377
Jacob B. Lee, NM Bar No. 154613
Dana M. Keene, AZ Bar No. 033619
Anne M. Orcutt, AZ Bar No. 029387
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel.: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
jlee@strucklove.com
dkeene@strucklove.com
aorcutt@strucklove.com

*Attorneys for Defendants TransCor America, LLC
and CoreCivic Inc.*


**APPROVED AS TO FORM:**

/s/ Ken S. Massey (w/Permission)
Ken S. Massey, Pro Hac Vice
Kathryne L. Hemmings, Pro Hac Vice

Grant & Eisenhofer P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
Phone: (302) 622-7000
kmassey@gelaw.com
khemmings@gelaw.com

Barbara J. Hart, Pro Hac Vice
Grant & Eisenhofer P.A.
485 Lexington Avenue
New York, NY 10017
Phone: (646)-722-8500
bhart@gelaw.com

Cynthia B. Morgan
Grant & Eisenhofer P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
Phone: (302) 652-9975
cmorgan@gelaw.com

Dale Melchert, Pro Hac Vice
Lynly Egyes, Pro Hac Vice
Transgender Law Center P.O. Box 70976
Oakland, CA 94612
dale@transgenderlawcenter.org
lynly@transgenderlawcenter.org

Daniel Yohalem
1121 Paseo de Peralta
Santa Fe, New Mexico 87501
505-690-2193
daniel.yohalem@gmail.com

*Attorneys for Plaintiff Jolene K. Youngers*
*as Personal Representative of the Wrongful*
*Death Estate of Roxsana Hernandez*