# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOLENE K. YOUNGERS,
AS PERSONAL REPRESENTATIVE OF THE
WRONGFUL DEATH ESTATE OF ROXSANA
HERNANDEZ,

      Plaintiff,

v.                                                                                                                                                                                      No. 1:20-cv-00465 WJ/JMR

MANAGEMENT & TRAINING CORPORATION,
LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORRECTIVE, INC.,

      Defendants,

and

GLOBAL PRECISION SYSTEMS, LLC,

      Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.

      Third-Party Defendant.

**DEFENDANT GLOBAL PRECISION SYSTEMS, LLC'S FED. R. CIV. P. 26(a)(1) FIRST SUPPLEMENTAL INITIAL DISCLOSURES**

      COMES NOW Defendant Global Precision Systems, LLC, ("GPS") through its counsel of record, Butt Thornton & Baehr PC (Monica R. Garcia), and hereby submits the following supplemental disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

**Electronically Stored Information (ESI)**

📁 [GPS - ESI - Production - GPS0001](#)

GPS_ESI_000001-GPS_ESI_000192

Respectfully Submitted,

BUTT THORNTON & BAEHR PC

/s/ *Monica R. Garcia*
Monica R. Garcia
P.O. Box 3170
Albuquerque, New Mexico  87190
Telephone: (505) 884-0777
Facsimile: (505) 889-8870
mrgarcia@btblaw.com
*Counsel for Defendant*
*Global Precision Services, LLC*