# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JOLENE K. YOUNGERS,
AS PERSONAL REPRESENTATIVE OF THE
WRONGFUL DEATH ESTATE OF ROXSANA
HERNANDEZ,

       Plaintiff,

v.                                                                                                No. 1:20-cv-00465 WJ/JMR

MANAGEMENT & TRAINING CORPORATION,
LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORRECTIVE, INC.,

       Defendants,

and

GLOBAL PRECISION SYSTEMS, LLC,

       Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.

       Third-Party Defendant.

### DEFENDANT GLOBAL PRECISION SYSTEMS, LLC'S FED. R. CIV. P. 26(a)(1) SECOND SUPPLEMENTAL INITIAL DISCLOSURES

       COMES NOW Defendant Global Precision Systems, LLC, ("GPS") through its counsel of record, Butt Thornton & Baehr PC (Monica R. Garcia), and hereby submits the following supplemental disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

**Electronically Stored Information (ESI)**

GPS - ESI - Production - GPS0002

GPS_ESI_000193 - GPS_ESI_045610

                                                        Respectfully Submitted,

                                                        BUTT THORNTON & BAEHR PC

                                                        /s/ *Monica R. Garcia*
                                                        Monica R. Garcia
                                                        P.O. Box 3170
                                                        Albuquerque, New Mexico  87190
                                                        Telephone: (505) 884-0777
                                                        Facsimile: (505) 889-8870
                                                        mrgarcia@btblaw.com
                                                        *Counsel for Defendant*
                                                        *Global Precision Services, LLC*