IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Joleen K. Youngers,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

     Plaintiff,

 v.                                                 20-cv-00465-WJ-JMR

LaSalle Corrections Transport LLC,
LaSalle Corrections West LLC,
LaSalle Management Company, LLC
Global Precision Systems LLC,
TransCor America LLC,
CoreCivic, Inc., and
United States of America,

       Defendants,

and

Global Precision Systems, LLC,

     Third-Party Plaintiff,

v.

Asset Protection and
Security Services, L.P.,

     Third-Party Defendant.

**ORDER GRANTING UNOPPOSED MOTION
TO EXTEND SCHEDULING ORDER DEADLINES**

THIS MATTER comes before the Court on the parties' unopposed motion to extend case

management deadlines. Doc. 413.  The Court, having reviewed the motion, finds it well taken and

will grant it.

IT IS THEREFORE ORDERED that the scheduling order deadlines are extended as follows:

a. Termination date for discovery:        October 1, 2024

b. Motions relating to discovery be filed by:      October 11, 2024

c. Pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) filed by:      October 18, 2024

All other deadlines and discovery parameters remain as previously set. **The Court will not grant any further extensions to the scheduling order deadlines absent extraordinary circumstances.**

_____
JENNIFER M. ROZZONI
United States Magistrate Judge

2