IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

      Plaintiff,

v.                                      1:20-cv-00465-WJ-JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS, LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

      Defendants,

and

GLOBAL PRECISION SYSTEMS, LLC,

      Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.,

      Third-Party Defendant.

## **ORDER GRANTING IN PART MOTION FOR SANCTIONS**

THIS MATTER comes before the Court on Plaintiff's Motion for Sanctions Against

Defendant GPS (Doc. 411), filed on June 13, 2024.  Defendant Global Precision Systems, LLC

("GPS") filed a response (Doc. 420) and plaintiff filed a reply (Doc. 422).  The Court held a

hearing on June 27, 2024.  Doc. 424.  Having reviewed the briefing, the relevant law and the

facts, and for the reasons stated at the hearing, the Court finds the motion should be GRANTED

IN PART and DENIED IN PART.

Specifically, the Court orders as follows:

1. GPS is ordered to pay plaintiff a fine of $100 per day for failure to produce ESI by the Court's deadline of April 12, 2024.  GPS is ordered to pay $100 per day for the period of April 12, 2024 through May 30, 2024—a total of $4,800.00.

2. GPS is ordered to re-run and re-produce ESI responsive to the interrogatories and RFPs plaintiff has already served on GPS.  The Court orders GPS to review the re-produced ESI for responsiveness and to thread the production.  The Court will not require GPS to link the re-produced ESI to specific discovery requests.

3. The Court declines to award attorney's fees connected to this motion.

   Any requests for relief in Plaintiff's Motion for Sanctions Against Defendant GPS (Doc.

411) not expressly discussed in this order are DENIED.  The Court orders GPS to re-produce the

ESI and pay the ordered $4,800.00 fine **no later than July 31, 2024**.

JENNIFER M. ROZZONI
United States Magistrate Judge

2