IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Joleen K. Youngers, as the Personal Representative of the Wrongful Death Estate of Roxsana Hernandez,**

      **Plaintiff,**

v.                                                                    C.A. No. 1:20-cv-00465-WJ-JMR

**LaSalle Corrections Transport LLC,
LaSalle Corrections West LLC,
LaSalle Management Company LLC
Global Precision Systems LLC,
TransCor America LLC, CoreCivic, Inc., and
United States of America,**

      **Defendants,**
and

**Global Precision Systems, LLC,**

      **Third-Party Plaintiff,**
v.

**Asset Protection and Security Services, L.P.,**

      **Third-Party Defendant.**

### **STIPULATION BETWEEN PLAINTIFF AND ALL LASALLE DEFENDANTS**

Plaintiff and LaSalle Corrections Transport LLC, LaSalle Corrections West LLC, and LaSalle Management Company LLC (collectively hereinafter "LaSalle Defendants"), through their respective attorneys, hereby stipulate and agree that LaSalle Defendants will no longer assert that LaSalle Corrections Transport LLC and LaSalle Corrections West LLC are separate entities for purposes of calculating the number of hours Roxsana was in the LaSalle Defendants' custody.

Respectfully submitted,

 /s/ ADAM RAFKIN
ADAM DANIEL RAFKIN, Esq.
Adam D. Rafkin, P.C.
P.O. Box 1912
Ruidoso, New Mexico 88355
(575) 257-0129/257-0113 Fax
adr@rafkinlaw.com

*Attorney for All Lasalle Defendants*


/s/  DANIEL YOHALEM
Daniel Yohalem
Attorney at Law
1121 Paseo de Peralta
Santa Fe, NM 87501
Phone: (505) 690-2193
daniel.yohalem@gmail.com

Cynthia B. Morgan, *Pro Hac vice*
Ken S. Massey, *Pro Hac Vice*
Grant & Eisenhofer P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
Phone: (302) 622-7000
cmorgan@gelaw.com
kmassey@gelaw.com

Lynly Egyes
Dale Melchert
Transgender Law Center
P.O. Box 70976
Oakland, CA 94612
Phone: (973) 454-6325
lynly@transgenderlawcenter.org
dale@transgenderlawcenter.org

*Attorneys for Plaintiff*