**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| JOLEEN K. YOUNGERS, as Personal Representative of the Wrongful Death Estate of Roxsana Hernandez, | |
| Plaintiff, | NO. 20-cv-00465-WJ-JMR |
| v. | |
| LASALLE CORRECTIONS TRANSPORT LLC, LASALLE CORRECTIONS WEST LLC, LASALLE MANAGEMENT COMPANY LLC, GLOBAL PRECISION SYSTEMS LLC, TRANSCOR AMERICA LLC, CORECIVIC, INC., and UNITED STATES OF AMERICA, | |
| Defendants. | |
| And | |
| GLOBAL PRECISION SYSTEMS, LLC, | |
| Third-Party Plaintiff, | |
| v. | |
| ASSET PROTECTION AND SECURITY SERVICES, L.P., | |
| Third-Party Defendant. | |

**STIPULATION REGARDING THE EXCLUSION OF DR. KRIS SPERRY AND HIS PRELIMINARY AUTOPSY REPORT**

Plaintiff Joleen K. Youngers, as Personal Representative of the Wrongful Death Estate of Roxsana Hernandez, and Defendants TransCor America, LLC ("TransCor") and CoreCivic, Inc. ("CoreCivic") (collectively referred to as the "Parties") agree and stipulate as follows:

1

1.      The Parties will not call Dr. Kris Sperry as a witness at any deposition, hearing, or at trial, or otherwise obtain his declaration and/or affidavit to use in support of any dispositive motion or other document filed with the Court.

2.      The Parties will not seek to admit Dr. Sperry's Preliminary Autopsy Report, dated July 12, 2018, any attachments to that report (including photographs and/or diagrams), or any other documents and/or electronically stored information ("ESI") authored or created by Dr. Sperry relating to the death of Roxsana Hernandez into evidence at trial, nor will they rely on this evidence in support of any dispositive motion or other document filed with the Court.

3.      The Parties will not question any witness about Dr. Sperry's opinions and conclusions, or his Preliminary Autopsy Report, its attachments, or any other documents and/or ESI authored or created by Dr. Sperry relating to the death of Roxsana Hernandez at any deposition, hearing, or at trial.

4.      The Parties' experts shall be precluded from relying on Dr. Sperry's opinions and conclusions, or his Preliminary Autopsy Report, its attachments, or any other documents and/or ESI authored or created by Dr. Sperry relating to the death of Roxsana Hernandez in any affidavit or declaration they offer, or at any hearing or at trial.

5.      The Parties and their fact and expert witnesses may not refer to Dr. Sperry, his Preliminary Autopsy Report and related documents, or any "independent autopsy"[1] conducted in this case in any affidavit or declaration they offer, or at any hearing or at trial.

6.      The Parties may not seek admission of or rely on any document referencing Dr. Sperry, his Preliminary Autopsy Report and related documents, or any "independent autopsy" conducted in this case.  In the event the Parties seek admission of such a document, any

---

[1] Independent autopsy," as it is used in this Stipulation, refers to the autopsy conducted by Dr. Sperry on June 8, 2018, which forms the basis of his Preliminary Autopsy Report. It does not refer to the State of New Mexico Office of the Medical Investigator's autopsy or report.

reference in the document to Dr. Sperry, his Preliminary Autopsy Report and related documents, or any "independent autopsy" shall be redacted and shall not be presented to the jury.

The Parties reserve their right to amend and/or supplement this Stipulation at any time.

Dated:  August 27, 2024

/s/ Dana Keene
Daniel P. Struck, AZ Bar No. 012377
Jacob B. Lee, NM Bar No. 154613
Dana M. Keene, AZ Bar No. 033619
Anne M. Orcutt, AZ Bar No. 029387
Carmine DiPiero, AZ Bar No. 035255
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel.: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
jlee@strucklove.com
dkeene@strucklove.com
aorcutt@strucklove.com
cdipiero@strucklove.com

Deborah D. Wells
Debra J. Moulton
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
Tel.: (505) 884-7887
Fax: (505) 884-7123
ddwells@kmwpc.com
dmoulton@kmwpc.com

*Attorneys for Defendants TransCor America, LLC and CoreCivic Inc.*

/s/ Daniel Yohalem (w/Permission)
Ken S. Massey, Pro Hac Vice
Cynthia B. Morgan, Pro Hac vice
Kathryne L. Hemmings, Pro Hac Vice
GRANT & EISENHOFER P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
Phone: (302) 622-7000

3

kmassey@gelaw.com
cmorgan@gelaw.com
khemmings@gelaw.com

Barbara J. Hart, Pro Hac Vice
Grant & Eisenhofer P.A.
485 Lexington Ave.
New York, NY 10017
Phone: (646) 722-8500
bhart@gelaw.com

Daniel Yohalem Attorney at Law
1121 Paseo de Peralta
Santa Fe, NM 87501
Phone: (505) 690-2193
daniel.yohalem@gmail.com

Lynly Egyes
Dale Melchert
Transgender Law Center
P.O. Box 70976 Oakland, CA 94612Phone: (973)
454-6325
lynly@transgenderlawcenter.org
dale@transgenderlawcenter.org

*Attorneys for Plaintiff*

/s/ Adam D. Rafkin (w/Permission)
Adam D. Rafkin
Adam D. Rafkin, P.C.
P.O. Box 1912
Ruidoso, NM 88355
(575) 257-0129
adr@rafkinlaw.com

*Attorney for Defendants*
*LaSalle Corrections Transport LLC,*
*LaSalle Corrections West LLC, and*
*LaSalle Management Company, LLC*

/s/ Monica R. Garcia (w/Permission)
Monica R. Garcia
Kristin A. Dearth
Butt Thornton & Baehr Pc

4

P.O. Box 3170
Albuquerque, New Mexico 87190
Telephone: (505) 884-0777
mrgarcia@btblaw.com
kadearth@btblaw.com

*Attorneys for Defendant and Third Party*
*Plaintiff Global Precision Systems LLC*

/s/ Brett C. Eaton (w/Permission)
Brett C. Eaton
Nicholas M. Sydow
Assistant U.S. Attorneys
United States Attorney's Office
201 Third Street NW, Suite 900
Albuquerque, NM 87102
(505) 224-1507
brett.eaton@usdoj.gov
nicholas.sydow@usdoj.gov

*Attorney for Defendant*
*United States of America*

/s/ Clinton E. Dow (w/Permission)
Robert Gentile
Clinton E. Dow
Guebert Gentile Piazza & Junker P.C.
Box 93880
Albuquerque, NM 87199
(505) 823-2300
rgentile@guerbertlaw.com
cdow@guebertlaw.com

*Attorneys for Third-Party Defendant*
*Asset Protection and Security Services, L.P.*

**IT IS SO ORDERED.**

/s/
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**

5

# CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Cynthia B. Morgan     cmorgan@gelaw.com
Barbara J. Hart     bhart@gelaw.com
Kathryne L. Hemmings     khemmings@gelaw.com
Ken Massey     kmassey@gelaw.com
Dale Melchert     dale@transgenderlawcenter.org
Lynly Egyes     lynly@transgenderlawcenter.org
Daniel Yohalem     daniel.yohalem@gmail.com
*Attorneys for Plaintiff*

Monica Garcia     mrgarcia@btblaw.com
Kristin A. Dearth     kadearth@btblaw.com
*Attorneys for Defendant and Third Party*
*Plaintiff Global Precision Systems LLC*

Adam D. Rafkin     adr@rafkinlaw.com
*Attorney for LaSalle Defendants*

Brett C. Eaton     brett.eaton@usdoj.gov
Nicholas M. Sydow     nicholas.sydow@usdoj.gov
*Attorney for Defendant United States of America*

Robert F. Gentile     rgentile@guebertlaw.com
Clinton E. Dow     cdow@guebertlaw.com
*Attorneys for Third-Party Defendant*
*Asset Protection and Security Services, L.P.*

/s/ Allen Rowley