IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

       Plaintiff,

v.                                                          1:20-cv-00465-WJ-JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

       Defendants,

and

GLOBAL PRECISION SYSTEMS LLC,

       Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.,

       Third-Party Defendant.

**ORDER GRANTING MOTION AND SETTING ZOOM HEARING ON REQUEST TO EXTEND SCHEDULING ORDER DEADLINES**

THIS MATTER comes before the Court on Plaintiff's August 28, 2024 letter to the Court,[1] which the Court construes as a motion to set a hearing to discuss extending the scheduling order deadlines in this case. Doc. 442. The Court notes that it granted an extension

---

[1] Future filings with the Court should be filed on the docket.

of the scheduling order deadlines on June 13, 2024, at which time it instructed the parties that further extensions would not be granted "absent extraordinary circumstances." Doc. 414. Plaintiff's motion indicates that the parties "have been diligently working together to complete discovery" but claims that extenuating circumstances make it impossible to complete discovery by the current deadline of October 1, 2024. Doc. 442 at 2. In order to move this case forward as expeditiously as possible, the Court will not extend the scheduling order deadlines without a concrete and detailed plan from the parties. The Court therefore orders the parties to meet and confer, and to submit a **joint motion to extend the scheduling order deadlines, no later than September 11, 2024**. The motion must describe in detail[2] the remaining discovery needed, as well as a concrete plan for completing the remaining discovery.

The Court hereby sets a hearing on the to-be-filed motion. Counsel for all parties shall appear before me via Zoom on **Friday, September 13, 2024, at 11:00 a.m. MDT.**

The Zoom ID and Passcode will be docketed separately and available to the parties but not the public. Counsel are responsible for ensuring that their clients and any necessary witnesses who will be participating in the hearing have the Zoom ID and Passcode to join the proceedings. Participants should connect to the proceeding 15 minutes prior to its scheduled start time to allow time for trouble shooting of any connectivity issues. To ensure the record is of the best quality, participants are encouraged to use a headset to reduce static and background noise; if not

---

[2] The level of detail shall include, but not necessarily be limited to, the names of each individual left to be deposed, their current location, their dates of availability for deposition, whether the deposition will be in person or via Zoom (or a similar application), the anticipated length of the deposition, the specific documents Plaintiff believes the government has failed to produce, the government's efforts to date in looking for the documents and a realistic time frame for any additional search and production of such documents.

2

using a headset, participants must ensure the audio feed at their location is muted when not speaking.

Members of the public wishing to LISTEN ONLY should call 1-877-336-1831 and dial access code 4999264 to be joined to the proceedings.

**Recording or broadcasting of court proceedings is strictly prohibited.**

_____
JENNIFER M. ROZZONI
United States Magistrate Judge