IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

      Plaintiff,

v.                                                  1:20-cv-00465-WJ-JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

      Defendants,

and

GLOBAL PRECISION SYSTEMS LLC,

      Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.,

      Third-Party Defendant.

**ORDER GRANTING IN PART UNOPPOSED MOTION
FOR A SIX-MONTH DISCOVERY EXTENSION**

      THIS MATTER comes before the Court on Plaintiff and All Defendants' Joint Motion for Six Month Discovery Extension (Doc. 463), filed on September 11, 2024. The Court held a hearing on the motion on September 13, 2024. Doc. 465. As discussed at the hearing, the Court will grant the motion IN PART and extends the scheduling order deadlines as follows:

a)   Termination date for discovery:   December 30, 2024

b)   Motions relating to discovery to be filed by:[1]   January 21, 2025

c)   Pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing)[2] filed by:   January 31, 2025

d)   Proposed Pretrial Order:  Plaintiff to Defendant by:   March 18, 2025

Defendant to Court by:   April 1, 2025

All other deadlines and discovery parameters remain as previously set**.  Because this matter will be set for trial, the Court will not grant any further extensions to the scheduling order deadlines.**

_____
JENNIFER M. ROZZONI
United States Magistrate Judge

_____

[1] This deadline should not be construed to extend the 21-day time limit in D.N.M.LR-Civ. 26.6. The Court will permit the parties to extend the 21-day time limit for filing a motion to compel pursuant to Local Rule 26.6 by written stipulation filed with the Court, as long as the extension does not impact the court-ordered discovery motions deadline.

[2] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions in limine.  The Court will set a deadline for filing motions in limine in a separate order.