**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

JOLENE K. YOUNGERS,
AS PERSONAL REPRESENTATIVE OF THE
WRONGFUL DEATH ESTATE OF ROXSANA
HERNANDEZ,

       Plaintiff,

v.                                                No. 1:20-cv-00465 WJ-JMR

MANAGEMENT & TRAINING CORPORATION,
LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORRECTIVE, INC.,

       Defendants,

and

GLOBAL PRECISION SYSTEMS, LLC,

       Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.

       Third-Party Defendant.

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify Defendant Global Precision Systems, LLC's Responses to Plaintiff's Third Set of Requests for Production were emailed to Plaintiff c/o Daniel Yohalem, daniel.yohalem@gmail.com, Katherine Murray, kemurraylaw@gmail.com, Dale Melchert, dale@transgenderlawcenter.org, Lynly Egyes, lynly@transgenderlawcenter.org, R. Andrew Free,

andrew@immigrantcivilrights.com, Cynthia B. Morgan, cmorgan@gelaw.com, Kathryne L. Hemmings, khemmings@gelaw.com, Ken Massey, kmassey@gelaw.com, Barbara J. Hart, bhart@gelaw.com, on the 30th of September, 2024.

Respectfully Submitted,

BUTT THORNTON & BAEHR PC

/s/ Monica R. Garcia
Monica R. Garcia
Kristin A. Dearth
P.O. Box 3170
Albuquerque, New Mexico 87190
Telephone: (505) 884-0777
Facsimile: (505) 889-8870
mrgarcia@btblaw.com
*Counsel for Defendant*
*Global Precision Services, LLC*

I HEREBY CERTIFY that on the 30th day of September 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

*All Counsel of Record*

/s/ Monica R. Garcia
Monica R. Garcia