IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

      Plaintiff,

v.                                  1:20-cv-00465-WJ-JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

      Defendants,

and

GLOBAL PRECISION SYSTEMS LLC,

      Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.,

      Third-Party Defendant.

### ORDER SETTING EXPEDITED BRIEFING SCHEDULE AND HEARING ON MOTION FOR SANCTIONS

THIS MATTER comes before the Court on Plaintiff's Motion to Compel Discovery

Against Third Party Defendant Asset Protection and Security Services, L.P., filed on October 25,

2024.   Doc. 488.   In the motion, plaintiff asks the Court to set an expedited briefing schedule

due to the upcoming discovery deadline of December 31, 2024.   *Id*. at 2.   The Court agrees that

expedited briefing is appropriate, and orders it as set out below.   The Court also sets a hearing on the motion.

Given the numerous discovery disputes that have arisen in this case, the parties should now be familiar with how the Court is inclined to rule on many of the areas in dispute.   The Court expects the parties to apply this knowledge in continuing to attempt to resolve some or all of the current discovery disputes.   For those issues that must be resolved at the hearing, the Court advises the parties that it is inclined to award attorney's fees to the prevailing party, absent a convincing showing that one of the exceptions in Rule 37(a)(5)(A) applies.   FED. R. CIV. P. 37(a)(5)(A).

**IT IS HEREBY ORDERED** as follows:

1. Asset Protection's response to the motion shall be filed no later than **Monday, November 4, 2024**.   The parties may not extend this deadline without permission of the Court.

2. Plaintiff's reply, if any, shall be filed no later than **Friday, November 8, 2024**.   The parties may not extend this deadline without permission of the Court.

3. Counsel for the parties directly involved in this motion shall appear before me via Zoom on **Tuesday, November 19, 2024, at 2:00 p.m. MT.** Other parties in the case may attend, but their attendance is not required.

The Zoom ID and Passcode will be docketed separately and available to the parties but not the public. Counsel are responsible for ensuring that their clients and any necessary witnesses who will be participating in the hearing have the Zoom ID and Passcode to join the proceedings. Participants should connect to the proceeding 15 minutes prior to its scheduled start time to allow time for trouble shooting of any connectivity issues. To ensure the record is of the best quality, participants are encouraged to use a headset to reduce static and background noise; if not using a headset, participants must ensure the audio feed at their location is muted when not

speaking.

Members of the public wishing to LISTEN ONLY should call 1-877-336-1831 and dial

access code 4999264 to be joined to the proceedings.

**Recording or broadcasting of court proceedings is strictly prohibited.**

JENNIFER M. ROZZONI
United States Magistrate Judge