IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

       Plaintiff,

v.                                    1:20-cv-00465-WJ-JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

       Defendants,

and

GLOBAL PRECISION SYSTEMS LLC,

       Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.,

       Third-Party Defendant.

## ORDER SETTING STATUS CONFERENCE

THIS MATTER comes before the Court on plaintiff and Defendant United States of America's November 14, 2024 telephonic request for a conference.   These parties asked the Court to set a status conference to discuss settlement logistics between these parties, and the potential need to alter deposition and other dates to accommodate the settlement process.

The Court therefore sets a status conference to discuss these issues on Friday, **November 15, 2024, at 9:30 a.m. MT via Zoom.**   Parties other than plaintiff and the United States may

attend, but their attendance is not required.

The Zoom ID and Passcode will be docketed separately and available to the parties but not the public. Counsel are responsible for ensuring that their clients and any necessary witnesses who will be participating in the hearing have the Zoom ID and Passcode to join the proceedings. Participants should connect to the proceeding 15 minutes prior to its scheduled start time to allow time for trouble shooting of any connectivity issues. To ensure the record is of the best quality, participants are encouraged to use a headset to reduce static and background noise; if not using a headset, participants must ensure the audio feed at their location is muted when not speaking.

Members of the public wishing to LISTEN ONLY should call 1-877-336-1831 and dial access code 4999264 to be joined to the proceedings.

**Recording or broadcasting of court proceedings is strictly prohibited.**

_Jennifer M. Rozzoni_
JENNIFER M. ROZZONI
United States Magistrate Judge