IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

      Plaintiff,

v.                                              1:20-cv-00465-WJ-JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

      Defendants,

and

GLOBAL PRECISION SYSTEMS LLC,

      Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.,

      Third-Party Defendant.

## **ORDER EXTENDING TIME TO CONDUCT DEPOSITIONS**

THIS MATTER comes before the Court on defendant United States of America and plaintiff's oral motion to allow additional time for depositions against witnesses connected to defendant United States. *See* Doc. 500 (clerk's minutes). Having heard from the parties, the Court orders as follows:

1. The three 30(b)(6) ICE witness depositions set for 11/20/2024 may be vacated and reset in the week of 1/13/2025.  The parties should reset the depositions in the week of 1/13/2025 no later than 11/22/2024.

2. The Court orders the parties to meet and confer by 11/22/2024 about the remaining depositions in this case to assess whether they are all necessary.

All other discovery must be completed by December 30, 2024.  All other deadlines and

discovery parameters remain as previously set.

JENNIFER M. ROZZONI
United States Magistrate Judge

2