IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

      Plaintiff,

v.                                                 1:20-cv-00465-WJ-JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

      Defendants,

and

GLOBAL PRECISION SYSTEMS LLC,

      Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.,

      Third-Party Defendant.

### **ORDER SETTING STATUS CONFERENCE**

THIS MATTER comes before the parties' November 21, 2024 emailed request for the

Court to hold a status conference.   The Court hereby sets a status conference to discuss these

issues on **Monday, November 25, 2024, at 4:00 p.m. Mountain Time via Zoom.**

The Zoom ID and Passcode will be docketed separately and available to the parties but

not the public. Counsel are responsible for ensuring that their clients and any necessary witnesses

who will be participating in the hearing have the Zoom ID and Passcode to join the proceedings.

Participants should connect to the proceeding 15 minutes prior to its scheduled start time to allow time for trouble shooting of any connectivity issues. To ensure the record is of the best quality, participants are encouraged to use a headset to reduce static and background noise; if not using a headset, participants must ensure the audio feed at their location is muted when not speaking.

Members of the public wishing to LISTEN ONLY should call 1-877-336-1831 and dial access code 4999264 to be joined to the proceedings.

**Recording or broadcasting of court proceedings is strictly prohibited.**

JENNIFER M. ROZZONI
United States Magistrate Judge