IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

    Plaintiff,

v.                                                  1:20-cv-00465-WJ-JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

    Defendants,

and

GLOBAL PRECISION SYSTEMS LLC,

    Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.,

    Third-Party Defendant.

## ORDER SETTING PRE-SETTLEMENT CONFERENCES

In preparation for the settlement conference set for Wednesday, January 08, 2025 and Thursday, January 9, 2025, the Court will conduct separate telephonic pre-settlement conferences with counsel for plaintiff(s) and counsel for defendant(s):

- Counsel for Plaintiff: **Monday, January 06, 2025**, at 9:00 a.m. MST.

- Counsel for Defendant United States of America: **Monday, January 06, 2025, at 10:00 a.m. MST.**

1

- Counsel for Defendant/Third Party Plaintiff Global Precision Systems, LLC:  **Monday, January 6, 2025, at 11:00 a.m. MST.**

- Counsel for Defendants LaSalle Corrections Transport, LLC; LaSalle Management Company, LLC; and LaSalle Corrections West, LLC:  **Tuesday, January 7, 2025, at 8:30 a.m. MST**.

- Counsel for Defendants TransCor America, LLC and CoreCivic, Inc.:  **Tuesday, January 7, 2025, at 9:30 a.m. MST**.

- Counsel for Third-Party Defendant Asset Protection and Security Services, L.P.:  **Tuesday, January 7, 2025, at 10:30 a.m. MST**.

The Court will call counsel at the scheduled times.[1]

_____
JENNIFER M. ROZZONI
United States Magistrate Judge

---

[1] Plaintiff will instead call chambers at 505-348-2300 at the scheduled time.

2