# EXHIBIT D

```
         IN THE UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF NEW MEXICO


JOLEEN K. YOUNGERS,            )
as Personal Representative of  )
the Wrongful Death Estate of   )
Roxsana Hernandez,             )
                               )
               Plaintiff,      ) No.20-cv-00465
                               ) -WJ-JMR
          vs.                  )
                               )
LASALLE CORRECTIONS TRANSPORT  )
LLC, LASALLE CORRECTIONS WEST  )
LLC, LASALLE MANAGEMENT        )
COMPANY LLC, GLOBAL PRECISION  )
SYSTEMS LLC, TRANSCOR          )
AMERICA LLC, CORECIVIC, INC.,  )
and UNITED STATES OF AMERICA,  )
                               )
               Defendants.     )
-------------------------------



            REMOTE VIDEOTAPED DEPOSITION OF

                 HARISH MOORJANI, M.D.

              Thursday, September 5, 2024



Reported by:

LISA M. MURACO

JOB NO. 32522
```

```
 1                  H. Moorjani, MD
 2             (Exhibit 2, Bates Number
 3      CC_Hernandez 017481, Report, marked for
 4      identification.)
 5  BY MR. MASSEY:
 6      Q.    Dr. Moorjani, did you review this
 7  report in anticipation for today's deposition?
 8      A.    Yes, I have it in front of me.
 9      Q.    Okay.
10            Could you tell me why you submitted
11  an amended report?
12      A.    So there was an error in this -- in
13  the first report I submitted.  And -- and an
14  amended report.
15            And the error had to do with the
16  name of the drug that I had referenced.  It was
17  pure oversight on my part.
18            I had put in rituximab instead of
19  BIKTARVY in the report.
20            So it was pointed out to me.  And
21  once I realized that I had made a mistake, I
22  amended it and submitted an amended report to
23  Ms. Keene.
24      Q.    How was that error pointed out to
25  you?
```

```
 1                    H. Moorjani, MD
 2       A.    I think it was --
 3             (Multiple speakers.)
 4             MS. KEENE:  I don't her -- before we
 5       answer, objection as to -- to work product.
 6             I don't him testifying as to what we
 7       communicated.
 8  BY MR. MASSEY:
 9       Q.    So, Dr. Moorjani, to the extent that
10  you were made aware of this error outside of
11  any conversation with your counsel, you can
12  answer the question.
13       A.    No, I was made aware of it by the
14  counsel.
15       Q.    Are there any other differences
16  between the original report and this amended
17  report?
18       A.    I don't believe so.
19       Q.    Did you also offer responses to
20  experts' reports submitted by the plaintiff in
21  the amended report?
22       A.    Yeah.  They were unchanged from my
23  first report.
24       Q.    Does this report contain all the
25  opinions about the matters involved in this
```

```
 1                    H. Moorjani, MD
 2   consultant, and I provide both inpatient and
 3   outpatient infectious disease services for
 4   patients that are in New York state prisons.
 5        Q.    Are you going into the actual prison
 6   facilities themselves?
 7        A.    That is correct.
 8        Q.    And how many times a week would you
 9   say you go into an actual prison or similar
10   facility?
11        A.    At least once a week, if not more.
12        Q.    And do you treat patients there that
13   are HIV positive?
14        A.    That is correct.
15        Q.    Do you treat patients that have MCD?
16        A.    I have in the past.  It's a very
17   rare condition.  But I've treated patients in
18   New York state prisons with MCD, yes.
19        Q.    About how many cases would you
20   estimate?
21        A.    You know, it's a very rare
22   diagnosis.  I've only had three cases of MCD in
23   my career since my fellowship.  And two of them
24   were New York state prisons and one of them was
25   in private practice.
```

H. Moorjani, MD

1  taking care of HIV and HHV-8 patients and
2  patients with lymphoma.
3              And so, we now have medications that
4  can treat Castleman's disease.  Unicentric
5  versus multicentric, a little different
6  approach.
7              And so, Rituxan is one of the
8  anti-CD20, I believe.  I stand corrected on the
9  actual immune system part that the Rituxan
10 works on.  I'm not a hematologist.
11             But it works on part of the immune
12 system that is causing the damage in
13 Castleman's disease.  And it can help the
14 patient overcome Castleman's disease, whether
15 it happens over days, weeks, or months.  But
16 it's part of a treatment regimen.
17             There are other modalities of
18 treatment as well.  And there are some
19 protocols that talk about sequential
20 treatments.  There are some protocols that go
21 for, you know, collective treatment.
22             It depends on the patient's
23 individual situation.  And depends on the
24 clinical case.

H. Moorjani, MD

But despite best interventions in some cases, patients will succumb to Castleman's disease. We know that. So it's not a be-all and end-all. Rituximab is not a be-all and end-all. It's one of the drugs we have in our armamentarium which helps us treat patients with Castleman's disease.

And now, this has to be done after a thorough evaluation and stabilization of the patient's system so that they can tolerate not just Rituxan, but other medications, to make sure their liver and their kidneys are in -- in the best possible shape that they could be before we do all these interventions.

So it's a clinical decision. It's a clinical -- ongoing evaluation that then results in, hopefully, a positive outcome for some of these patients.

But some of these patients, despite all of that, do succumb.

Q. Have you ever personally treated a patient with rituximab who was suffering from MCD?

A. So the last patient I had with MCD,

1         H. Moorjani, MD
2  I don't believe received Rituxan.  No, did not.
3       Q.    What about any other patients that
4  had MCD?
5       A.    No.  So Rituxan treatment for MCD,
6  as I understand, is very recent introduction --
7       Q.    How recent?
8       A.    -- in MCD.
9             That -- I don't know exactly that.
10            I can look that up, if you want.
11      Q.    Well, in your -- you don't need to
12 look anything up.
13            But, you know, as best you can
14 recall and in your professional opinion --
15      A.    Yeah.
16      Q.    -- was it available in 2018?
17      A.    I believe so.
18      Q.    Do you recall the portion of your
19 report, and we can bring it up, if need be,
20 where you said it was not readily available?
21      A.    Yeah.
22            Do you want me to opine on that?
23      Q.    Well, what I wanted to ask you is:
24 Where specifically did you mean?
25            Where is rituximab in 2018?