IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS, as Personal
Representative of the Wrongful Death
Estate of Roxsana Hernandez,

        Plaintiff,

v.

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., and
UNITED STATES OF AMERICA,

        Defendants.

And

GLOBAL PRECISION SYSTEMS, LLC,

        Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY
SERVICES, L.P.,

        Third-Party Defendant.

NO. 20-cv-00465-WJ-JMR

## UNOPPOSED MOTION FOR LEAVE TO APPEAR VIRTUALLY

Defendants CoreCivic, Inc. ("CoreCivic") and TransCor America, LLC ("TransCor") respectfully request permission for Daniel P. Struck to appear virtually at the settlement conference scheduled for January 8–9, 2025, as counsel for CoreCivic and TransCor. Jacob B. Lee will appear in person as counsel for CoreCivic and TransCor.

Jennifer Williams, Deputy General Counsel and Vice President, Litigation, will appear in person as the corporate representative for both CoreCivic and TransCor.

Mr. Struck currently has hearings and conferences scheduled in other matters in federal and state court in Arizona on January 7–9, 2024, that will prevent him from appearing in person at the settlement conference in this matter, including a settlement conference in *Maria Slinger v. CoreCivic Inc., et al.*, No. C20231939 (Pima County Sup. Ct.), on January 7, 2024; a scheduling conference in *Harvey Kendrick v. Derek Massey, et al.*, No. S1100CV202200335 (Pinal County Sup. Ct.), on January 8, 2024; and a hearing on a Motion for Reconsideration in *Shawn Jensen, et al., v. Ryan Thornell, et al.*, No. CV-12-00601-PHX-ROS (D. Ariz.), on January 9, 2024. To the extent his schedule permits, however, he would like to appear virtually at the settlement conference in this matter. Pursuant to the September 18, 2024, Order Setting Settlement Conference (Dkt. 467 at 2), undersigned counsel attending the settlement conference in-person will provide a Zoom link and the necessary equipment for Mr. Struck to do so if this Motion is granted.

Counsel for Plaintiff and the other Defendants have confirmed they either take no position or do not oppose this Motion.

| | |
|---|---|
| Dated: December 26, 2024 | */s/ Jacob B. Lee* |
| | Daniel P. Struck, AZ Bar No. 012377 |
| | Rachel Love, AZ Bar No. 019881 |
| | Jacob B. Lee, NM Bar No. 154613 |
| | Dana M. Keene, AZ Bar No. 033619 |
| | Anne M. Orcutt, AZ Bar No. 029387 |
| | Carmine DiPiero, AZ Bar No. 035255 |
| | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
| | 3100 West Ray Road, Suite 300 |
| | Chandler, AZ 85226 |
| | Tel.: (480) 420-1600 |
| | Fax: (480) 420-1696 |
| | dstruck@strucklove.com |
| | rlove@strucklove.com |

jlee@strucklove.com
dkeene@strucklove.com
aorcutt@strucklove.com
cdipiero@strucklove.com

Deborah D. Wells
Debra J. Moulton
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
Tel.: (505) 884-7887
Fax: (505) 884-7123
ddwells@kmwpc.com
dmoulton@kmwpc.com

*Attorneys for Defendants TransCor America, LLC and CoreCivic Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 26, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Cynthia B. Morgan | cmorgan@gelaw.com |
| Barbara J. Hart | bhart@gelaw.com |
| Kathryne L. Hemmings | khemmings@gelaw.com |
| Ken Massey | kmassey@gelaw.com |
| Dale Melchert | dale@transgenderlawcenter.org |
| Lynly Egyes | lynly@transgenderlawcenter.org |
| Daniel Yohalem | daniel.yohalem@gmail.com |

*Attorneys for Plaintiff*

| | |
|---|---|
| Monica Garcia | mrgarcia@btblaw.com |
| Kristin A. Dearth | kadearth@btblaw.com |

*Attorneys for Defendant/Third Party Plaintiff Global Precision Systems LLC*

| | |
|---|---|
| Adam D. Rafkin | adr@rafkinlaw.com |

*Attorney for LaSalle Defendants*

| | |
|---|---|
| Brett C. Eaton | brett.eaton@usdoj.gov |
| Nicholas M. Sydow | nicholas.sydow@usdoj.gov |

*Attorney for Defendant United States of America*

| | |
|---|---|
| Robert F. Gentile | rgentile@guebertlaw.com |
| Clinton E. Dow | cdow@guebertlaw.com |

*Attorneys for Third-Party Defendant Asset Protection and Security Services, L.P.*

        */s/ Kim Penny*