IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS, as Personal
Representative of the Wrongful Death
Estate of Roxsana Hernandez,

        Plaintiff,

v.

                                      1:20-cv-00465-WJ-JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC.,   and
UNITED STATES OF AMERICA,

        Defendants.

and

GLOBAL PRECISION SYSTEMS, LLC,

        Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY
SERVICES, L.P.,

        Third-Party Defendant.

**ORDER AUTHORIZING PARTIES TO
APPEAR REMOTELY AT SETTLEMENT CONFERENCE**

THIS MATTER comes before the Court on defendants CoreCivic, Inc. and TransCor America, LLC's Unopposed Motion for Leave to Appear Virtually (Doc. 535), defendant and third-party plaintiff Global Precision Systems, LLC's letter requesting permission for its representative to appear remotely (Exh. 1), and third-party defendant Asset Protection and Security Services, L.P.'s letter requesting the same (Exh. 2).  Having reviewed all three documents and the

parties' respective positions, the Court hereby GRANTS the requests for the following parties to appear remotely at the settlement conference scheduled for January 8th and 9th of 2025.

- Daniel P. Struck, counsel for CoreCivic and TransCor;

- Kathleen Huntley-Robertson, representative for GPS;

- Adriane Price, insurance adjuster for Asset Protection; and

- Michael Winnie, representative for Asset Protection.

JENNIFER M. ROZZONI
United States Magistrate Judge