# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS,
as the Personal Representative of the
Wrongful Death Estate of Roxsana Hernandez,

   Plaintiff,

v.                   1:20-cv-0465 WJ/JMR
                     Consolidated with 1:21-cv-0620 WJ/JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., AND
UNITED STATES OF AMERICA,

   Defendants,

and

GLOBAL PRECISION SYSTEMS, LLC,

   Third-Party Plaintiff,

v.

ASSET PROTECTION AND SECURITY SERVICES, L.P.,

   Third Party Defendant.

## **STIPULATION OF DISMISSAL OF CLAIMS AGAINST THE UNITED STATES**

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jolene K. Youngers, as the Personal Representative of the Wrongful Death Estate of Roxsana Hernandez, and Defendant United States of America, through their undersigned counsel, hereby stipulate and agree that all claims against the United States in the above-captioned case have been settled and are dismissed with prejudice, with each party to bear its own costs and attorney fees. No other claims asserted by Plaintiff in the above-captioned case are affected by this stipulation.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

__*Brett C. Eaton*_____
BRETT C. EATON
Assistant United States Attorney
201 Third Street NW, Suite 900
Albuquerque, NM 87102
(505) 224-1507; Fax (505) 346-7205
Brett.Eaton@usdoj.gov
*Attorney for Defendant*


*Approved via email by Daniel Yohalem on 1/23/25*
KEN S. MASSEY
CYNTHIA MORGAN
Grant & Eisenhofer PA
123 Justison Street, 7th Floor
Wilmington, DE 19801
(302) 622-7189
kmassey@gelaw.com
cmorgan@gelaw.com

DALE MELCHERT
LYNLY EGYES
Transgender Law Center
P.O. Box 70976
Oakland, CA 94612
(510) 407-6367
dale@transgenderlawcenter.org
lynly@transgenderlawcenter.org

DANIEL YOHALEM
Daniel Yohalem Attorney at Law
1121 Paseo de Peralta
Sana Fe, NM 87501
(505) 983-9433
daniel.yohalem@gmail.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2025, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

                                                    *Brett C. Eaton*
                                                    BRETT C. EATON
                                                    Assistant United States Attorney