IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOLEEN K. YOUNGERS, as Personal
Representative of the Wrongful Death
Estate of Roxsana Hernandez,

        Plaintiff,

v.

                              1:20-cv-00465-WJ-JMR

LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC,
CORECIVIC, INC., and
UNITED STATES OF AMERICA,

        Defendants.

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE CLOSING DOCUMENTS REGARDING DEFENDANTS TRANSCOR AND CORECIVIC**

Before the Court is the parties' Joint Motion to Extend Deadline to File Closing Documents Regarding Defendants TransCor and CoreCivic. Doc. 560. After review and consideration, and good cause appearing, the parties' Joint Motion to Extend Deadline to File Closing Documents is hereby GRANTED.

IT IS HEREBY ORDERED that the deadline to submit closing documents is extended to February 21, 2025.[1]

_____
JENNIFER M. ROZZONI
United States Magistrate Judge

---

[1] The parties motion mentions extending these deadlines "from September 7, 2025 (Dkt. 555), to September 21, 2025." Doc. 560. Based on context, this appears to be a typographical error. The Court understands the parties to be requesting the Court to "extend the deadline to submit closing documents by two weeks to Friday, February 21, 2025." *Id.*

**SUBMITTED BY:**

/s/ Jacob B. Lee
Daniel P. Struck, AZ Bar No. 012377
Jacob B. Lee, NM Bar No. 154613
Dana M. Keene, AZ Bar No. 033619
Anne M. Orcutt, AZ Bar No. 029387
Carmine DiPiero, AZ Bar No. 035255
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel.: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
jlee@strucklove.com
dkeene@strucklove.com
aorcutt@strucklove.com
cdipiero@strucklove.com

*Attorneys for Defendants TransCor America, LLC
and CoreCivic Inc.*

**APPROVED AS TO FORM:**

/s/ Cynthia B. Morgan (w/Permission)
Ken S. Massey, Pro Hac Vice
Kathryne L. Hemmings, Pro Hac Vice
Grant & Eisenhofer P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
Phone: (302) 622-7000
kmassey@gelaw.com
khemmings@gelaw.com

Barbara J. Hart, Pro Hac Vice
Grant & Eisenhofer P.A.
485 Lexington Avenue
New York, NY 10017
Phone: (646)-722-8500
bhart@gelaw.com

Cynthia B. Morgan
Grant & Eisenhofer P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
Phone: (302) 652-9975
cmorgan@gelaw.com

Dale Melchert, Pro Hac Vice
Lynly Egyes, Pro Hac Vice
Transgender Law Center P.O. Box 70976
Oakland, CA 94612
dale@transgenderlawcenter.org
lynly@transgenderlawcenter.org

Daniel Yohalem
1121 Paseo de Peralta
Santa Fe, New Mexico 87501
505-690-2193
daniel.yohalem@gmail.com

*Attorneys for Plaintiff Jolene K. Youngers*
*as Personal Representative of the Wrongful*
*Death Estate of Roxsana Hernandez*