**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

---

**JOLENE K. YOUNGERS, AS PERSONAL
REPRESENTATIVE OF THE WRONGFUL
DEATH ESTATE OF ROXSANA HERNANDEZ**,

Plaintiff,

v.

No. 1:20-CV-00465-WJ-JMR

**MANAGEMENT & TRAINING CORPORATION,
LASALLE CORRECTIONS TRANSPORT LLC,
LASALLE CORRECTIONS WEST LLC,
LASALLE MANAGEMENT COMPANY LLC,
GLOBAL PRECISION SYSTEMS LLC,
TRANSCOR AMERICA LLC, CORECIVIC, INC**,

Defendants,

and

**GLOBAL PRECISION SYSTEMS, LLC**,

Third-Party Plaintiff,

v.

**ASSET PROTECTION AND SECURITIES SERVICES, L.P.**,

Third-Party Defendant,

and

**JOLENE K. YOUNGERS, AS PERSONAL
REPRESENTATIVE OF THE WRONGFUL
DEATH ESTATE OF ROXSANA HERNANDEZ,**

**Plaintiff,**

**vs.**

No. 1:21-CV-00620-WJ-JMR

**UNITED STATES OF AMERICA,**

**Defendant.**

1

## ORDER CLOSING CASES

**THIS MATTER** is before the Court on Stipulation of Dismissal of Claims Against the United States **[Doc. 556],** Stipulation of Dismissal as to Defendants LaSalle Corrections Transport LLC, LaSalle Corrections West LLC, and LaSalle Management Company, LLC. **[Doc. 561]**, Stipulation of Dismissal of Claims Against Global Precision Systems, LLC **[Doc. 563],** Stipulation of Dismissal of Claims Against Asset Protection and Security Services, L.P. **[Doc. 564],** and Stipulation to Dismiss With prejudice All Claims Against Defendants Transcor and CoreCivic **[Doc. 565].**  The parties have voluntarily dismissed these actions pursuant to Fed. R. Civ. P. 41(a)(1).  The dismissal of the actions is self-executing and require no further action by the Court. *De Leon v. Marcos,* 659 F.3d 1276, 1283 (10th Cir. 2011).

**IT IS THEREFORE ORDERED:**

(1) All pending motions **[Doc. 521, 522, 532, 533, 543, 544, 545, 546, 549]** are **DENIED as moot**; and

(2) These civil cases have been voluntarily **DISMISSED** and are **CLOSED**.

/s/

_____
WILLIAM P. JOHNOSN
SENIOR UNITED STATES DISTRICT JUDGE

2